**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, et al.,<br><br>PLAINTIFF(S)<br>v.<br>KRISTI NOEM, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:25-cv-09848-AB-AS<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/17/2025 | 4 | Application to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

Attorney Carl J. Bergquist is to follow Local Rules 83-2.1.2 and 83-2.1.3 and re-file Application of Non-Resident to Appear Pro Hac Vice.

Dated: 10/22/2025    By: _[signature]_
U.S. District Judge / U.S. Magistrate Judge