**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Kristi Noem, et. al.,

Defendants.

Case No. 2:25-cv-09848-AB-AS

**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION**

Plaintiffs move the Court for an order certifying this case as a class action on behalf of the following classes of similarly situated persons:

- **Pending Petition Class:** All individuals with pending principal or derivative U visa petitions, T visa petitions, or VAWA self-petitions who ICE detains or seeks to detain for civil immigration enforcement;
- **Deferred Action Class:** All individuals to whom USCIS has granted deferred action based on a pending U or T visa petition and who, during the authorized period of deferred action, ICE detains, seeks to detain, or removed without providing notice and an opportunity to be heard regarding potential revocation of their deferred action status; and

- **Stay of Removal Class:** All individuals with a pending U or T visa petition who, since January 30, 2025, have been, are, or will be detained by ICE and who request or requested a stay of a final removal order prior to enforcement of that removal order.

Plaintiffs also move the Court to appoint:

- Lupe A., Camila B., Paulo C., Kenia Jackeline Merlos, Luna E., Carmen F., Yessenia Ruano, and Daniel H. as the **Pending Petition Class** representatives;
- Lupe A., Camila B., Paulo C., and Ms. Merlos as the **Deferred Action Class** representatives; and
- Carmen F. and Ms. Ruano as the **Stay of Removal Class** representatives.

Plaintiffs also request that the Court appoint counsel from the Center for Human Rights and Constitutional Law, Public Counsel, La Raza Centro Legal, and the Coalition for Humane Immigrant Rights as class counsel for the three classes.

Plaintiffs have established that the requirements of Federal Rule of Civil Procedure 23(a) and (b)(2) have been met for each proposed class. *See* Fed. R. Civ. P. 23(a), (b)(2). Therefore, the Court grants Plaintiffs' motion, certifies the classes as defined above, and appoints the proposed class representatives and class counsel as listed above.

**IT IS SO ORDERED.**

Dated:

____________________________________

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE