UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Kristi Noem, et. al.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:25-cv-09848-AB-AS<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

　　The Court **GRANTS** Plaintiffs' Ex Parte Application for Leave to File Brief in Excess of 25 Pages in Support of their Motion for Preliminary Injunction, and **ORDERS**: Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Preliminary Injunction may be up to 41 pages. Defendants' opposition may be up to 41 pages. Plaintiffs' reply may be up to 15 pages.

　　**IT IS SO ORDERED.**

Dated: November 14, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE