CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF DANIEL EDWARD LOGAN, JR., CHIEF DEPUTY ATTORNEY GENERAL OF DELAWARE DEPARTMENT OF JUSTICE** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist* (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

KATHLEEN JENNINGS
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
CRIMINAL DIVISION (302) 577-8500
FRAUD DIVISION (302) 577-8600
FAX (302) 577-2610

# DECLARATION

I, Daniel Edward Logan Jr., declare and state as follows:

1. My name is Daniel Edward Logan Jr., and I submit this declaration to explain the detrimental impact that detaining and removing U-Visa applicants, despite deferred action status, has on public safety and the administration of justice.
2. I am the Chief Deputy Attorney General for the Delaware Department of Justice, the highest unelected position in a Department of nearly 550 employees responsible for the statewide administration of criminal prosecution.
3. I have 19 years of criminal prosecution experience, both in the State of Delaware and the United States Attorney's Office for the District of Delaware, where I also served as the first "Border Security Coordinator." I have experience prosecuting all types of crimes from state traffic offenses to homicides. As an Assistant United States Attorney, I also prosecuted approximately 200 Illegal Reentry cases during the first term of President Trump.
4. The Delaware Department of Justice has full criminal jurisdiction in the State. There are no local district attorneys. The Delaware Attorney General is the chief law enforcement officer of the state. As such, we are responsible for the protection of our cooperating witnesses and victims.
5. When a cooperating witness or a victim is an undocumented individual, we routinely offer certification in the U-Visa process when appropriate. As a state prosecutor, I have likely reviewed or certified over 100 U-Visa applications to ensure that the applicant met the criteria set forth for the process, namely that the crime qualified and that the victim cooperated substantially.
6. Compounding the normal concerns shared almost universally by victims and witnesses to violent offenses (fear, trauma, anxiety of seeing the perpetrator in a court room), many undocumented witnesses and victims also fear immigration consequences. The U-Visa is an essential part of assuring undocumented victims that the State will do everything she can to protect the necessary witness in exchange for full cooperation with law enforcement.
7. U-Visas are critical for the justice system. So too is honoring the deferred action status of individuals who courageously agree to cooperate with law enforcement.

8. Recently, my office had to intervene on behalf of an undocumented female who was the victim of a 2019 domestic violence stabbing. The defendant, her husband, was also undocumented. In a fit of rage, he stabbed her in the stomach before fleeing the scene.
9. Without the assistance of the victim, the State would have been unable to prosecute this matter, but she was understandably afraid of the consequences, including but not limited to, immigration removal. The victim found the courage and cooperated with our office enough to secure a plea against her husband. Following his conviction, the defendant was removed to his Central American country of origin.
10. In consideration of the bravery she displayed in the successful prosecution of her violent husband, the State of Delaware certified her U-Visa application. She was placed in deferred action status awaiting the formal determination of the application.
11. She was in that deferred action status when Immigration and Customs Enforcement (ICE) and U.S. Marshals entered her home in search of a relative. Her son was struck in the face by the doorknob as officers cleared entry. In the commotion, the victim, who spoke little to no English, continued to yell "No." That universal sound of disapproval went unheeded as officers stormed the home and arrested her relative. They were not there for her, and she did not forcefully resist them.
12. As an Assistant United States Attorney in the District of Delaware for seven years, I know that ICE religiously honored deferred action status if the individual is collateral to their purpose. Here, the victim was not ICE's target and validly had deferred action status from her 2019 stabbing prosecution cooperation. Nevertheless, ICE detained her, and transported her over 1200 miles away from her teenage kids to Monroe, Louisiana.
13. The callous nature of the administration's stance on collateral arrests, especially those who helped the justice system secure convictions of violent individuals, is alarming. It threatens the very core principal of public safety. The State of Delaware simply cannot assure victims and witnesses that cooperation with the State affords some protection when the federal government is free to disregard even established concepts like deferred action under U-Visas.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

[signature]

Daniel Edward Logan Jr.

November 4, 2025

Date