CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Kristi Noem, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF OSCAR MONTES** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist* (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

# DECLARATION OF ATTORNEY OSCAR RENE MONTES

I, Oscar Rene Montes, declare and state as follows:

**Background**

1. My name is Oscar Rene Montes, and I submit this declaration in support of Immigration Center for Women and Children v. Noem, Case No. 2:25-cv-009848.
2. I am a Supervising Attorney at the Immigration Center for Women and Children's Los Angeles office, located at 634 S. Spring Street, Suite 727, Los Angeles, CA, 90014.
3. I am licensed to practice law in the states of New York and California. I primarily represent survivors of crimes and domestic violence in applications for U Nonimmigrant Status and VAWA self-petitions, and also represent unaccompanied children in their applications for relief.

**Summary of Detained Client with Pending Application for U Nonimmigrant Status and Deferred Action**

4. Our office represents Ms. EKM in her petition for U Nonimmigrant Status, which was filed on August 28, 2023. Ms. EKM is the survivor of domestic violence who cooperated with the Los Angeles Police Department in the investigation against her abuser.
5. Ms. EKM attended a check-in appointment with ICE ERO office at 300 N. Los Angeles Street in Los Angeles, California on September 22, 2025. At that appointment, she was detained and transferred to the Adelanto ICE Processing Center. To my knowledge, she is still detained at Adelanto.
6. On October 29, 2025, our office received an I-765 approval notice for an Employment Authorization Document ("EAD") for Ms. EKM in the (c)(14) category, which pertains to individuals who have been granted deferred action. On November 3, 2025, our office received the EAD for Ms. EKM.
7. On November 5, 2025, I filed an I-246 Application for Stay of Deportation or Removal at the ICE ERO field office in Los Angeles.
8. On November 7, 2025, Ms. EKM called me from detention and informed me that ICE would be trying to remove her that day. I spoke to an officer who informed and advocated for her removal to be halted for several reasons.
9. I explained that I had filed a request for a Stay and submitted evidence of this to the Deportation Officer assigned to Ms. EKM's case. He informed me that her stay of removal had been denied.

10. I explained that Ms. EKM had been granted deferred action, and that this deferred action had not been revoked by USCIS. The Officer told me that having deferred action does not affect ICE and that they are able to remove her despite the grant.
11. I also told them that a request for a Temporary Restraining Order ("TRO") had been filed in Federal Court, to which the officer responded that until a TRO was issued, ICE was free to move forward with her removal.
12. Later that afternoon, I received an email from Anthony Santana, Supervisory Detention and Deportation Officer, Detained Docket, at the Adelanto ICE Processing Center, saying: "Please be advised that there is currently no legal impediment to removal. While the initial determination of your clients nonimmigrant U visa application was deemed prima facie eligible, this does not preclude ERO from carrying out your client's removal."
13. I was later contacted by Ms. EKM and told that she was taken to the border but not removed and returned to Adelanto.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Date: November 12, 2025

Oscar Rene Montes