# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Immigration Center for Women and Children et al <br><br> v. <br><br> Kristi Noem et al <br><br> PLAINTIFF(S) / DEFENDANT(S). | CASE NUMBER <br><br> 2:25-cv-09848-AB-ASx <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

**TRANSFER ORDER DECLINED**

_____          _____
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases do not call for the determination of the same or similar legal or factual issues. In older case, plaintiffs challenged the lack of access to counsel by immigration detainees at the Adelanto facility in 2018. The newer case does not involve the right to counsel, Adelanto, or detainees. It challenges 2025 guidance and policies recently promulgated by the current administration allowing for the arrest and deportation of crime victims previously not subject to deportation.

November 24, 2025          [signature]
Date                                           United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:18-cv-02604-JGB-SHKx   and the present case:

- [ ] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*     ☐ *Statistics Clerk*