UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Immigration Center for Women and Children, et al.,

Plaintiffs,

v.

Kristi Noem, et al.,

Defendants

No. 2:25-cv-09848-AB-AS

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING DEADLINES FOR PLAINTIFFS' CLASS CERTIFICATION MOTION AND PRELIMINARY INJUNCTION MOTION**

Honorable André Birotte Jr.
United States District Judge

The Court **APPROVES** the Stipulation and orders as follows:

1. The hearing for the Plaintiffs' class certification motion [Dkt. No. 23] is continued from December 12, 2025 to January 16, 2026, at 10:00 a.m.
2. The hearing for the Plaintiffs' preliminary injunction motion [Dkt. No. 31] is continued from December 12, 2025 to January 16, 2026, at 10:00 a.m.
3. The Defendants' responses to the class certification and preliminary injunction motion are due by December 12, 2025.
4. Plaintiffs must file reply briefs. They are due by December 23, 2025.

Dated: December 2, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE