UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR CERTIFICATION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. André Birotte Jr.<br>United States District Judge |

The Court **APPROVES** the parties' Joint Stipulation and **ORDERS**:

1. Defendants' oppositions to the Motion for Class Certification and the Motion for Preliminary Injunction are due by December 19, 2025;

2. Plaintiffs' replies are due by January 12, 2026.

3. The hearing on Plaintiffs' Motion for Class Certification [ECF No. 23] and Motion for Preliminary Injunction [ECF No. 31] is continued from January 16, 2026 to Tuesday, February 10, 2026, at 10:00 a.m.

**SO ORDERED.**

Dated: December 10, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2