| | |
|---|---|
| CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW<br>Bardis Vakili (Cal. Bar No. 247783)<br>bardis@centerforhumanrights.org<br>Sarah E. Kahn (Cal. Bar No. 341901)<br>sarah@centerforhumanrights.org<br>Erika Cervantes (Cal. Bar No. 344432)<br>erika@centerforhumanrights.org<br>1505 E 17th St. Ste. 117<br>Santa Ana, CA 92705<br>Tel: (909) 274-9057<br><br>Attorneys for Plaintiffs<br><br>Additional counsel listed on the following page | TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>PUSHKAL MISHRA (SBN 298695)<br>Special Assistant United States Attorney<br>Federal Building, Suite 7211<br>300 North Los Angeles Street<br>Los Angeles, California 90012<br>Telephone: (714) 338-3503<br>E-mail: pushkal.mishra@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 24, 2025<br>Current response date: December 24, 2025<br>New response date: January 24, 2026<br><br>Hon. André Birotte Jr.<br>United States District Judge |

1

1  Additional Counsel for Plaintiffs:
2  LA RAZA CENTRO LEGAL
   Stephen A. Rosenbaum (Cal. Bar No. 98634)
3  srosenbaum@law.berkeley.edu
   Jordan Weiner (Cal. Bar No. 356297)
4  jordan@lrcl.org
   474 Valencia Street, Suite 295
5  San Francisco, CA 94103
   Tel: (415) 575-3500
6
   PUBLIC COUNSEL
7  Rebecca Brown (Cal. Bar No. 345805)
   rbrown@publiccounsel.org
8  Kathleen Rivas (Cal. Bar No. 333600)
   krivas@publiccounsel.org
9  610 South Ardmore Ave.
   Los Angeles, CA 90005
10 Tel: (213) 385-2977

11 COALITION FOR HUMANE IMMIGRANT RIGHTS
   Carl Bergquist (DC Bar 1720816) *
12 cbergquist@chirla.org
   2351 Hempstead Road
13 Ottawa Hills, OH 43606
   Tel: (310) 279-6025
14
   Adam Reese (Cal. Bar No. 362898)
15 areese@chirla.org
   2533 W 3rd Street, #101
16 Los Angeles, CA 90057
   Tel: (213) 353-1333
17

18 * *Admitted pro hac vice*

19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for Defendants to respond to Plaintiffs' complaint in the above-entitled action will be extended by 30 days, from December 24, 2025 to January 24, 2026.

Local Rule 8-3 provides that an initial stipulation extending the time by thirty days or less within which to respond to a complaint must be filed with the Court, but does not require Court approval. This is the first such request for extension by Defendants.

Respectfully submitted,

Dated:  December 24, 2025

*/s/ Bardis Vakili*
BARDIS VAKILI

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili
Sarah Kahn
Erika Cervantes

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum
Jordan Weiner

PUBLIC COUNSEL
Rebecca Brown
Kathleen Rivas

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist
Adam Reese

*Attorneys for Plaintiffs*

Dated:  December 24, 2025

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

*/s/ Pushkal Mishra*
PUSHKAL MISHRA
Special Assistant United States Attorney

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above signatories concur in the contents of this document and have authorized this filing.

Dated: December 24, 2025           */s/ Pushkal Mishra*
                                   PUSHKAL MISHRA