CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Kristi Noem, et. al,

Defendants.

Case No.: 2:25-cv-09848-AB-AS

**DECLARATION OF JILL NEDVED**

*Additional Counsel for Plaintiffs:*

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

# DECLARATION OF JILL NEDVED

I, Jill Nedved, declare and state as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am an attorney who works at Gonzales, Gonzales & Gonzales Immigration Law Offices.
3. I represent Plaintiff Kenia Jackeline Merlos in her removal proceedings.
4. From June 28, 2025 to October 27, 2025, Plaintiff Kenia Jackeline Merlos was detained and in immigration custody.
5. On October 14, 2025, I represented Ms. Merlos in a removal proceeding at which the immigration judge terminated her proceedings. Despite my request that ICE release her, ICE continued to detain her pending a possible appeal to the BIA.
6. Another attorney with whom I was in direct communication filed a habeas petition on behalf of Ms. Merlos.
7. On October 27, 2025, Ms. Merlos was released from U.S. Immigration and Customs Enforcement ("ICE") custody.
8. To date, Plaintiff Kenia Jackeline Merlos remains free from immigration custody.
9. Attached as Exhibit K to Dkt. 23-12 is a redacted true and correct copy of Kenia Jackeline Merlos' March 8, 2024 U visa receipt notice issued by U.S. Citizenship and Immigration Services ("USCIS"), and Kenia Jackeline Merlos' December 13, 2024 Bona Fide Determination Notice issued by USCIS.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed this 2nd day of January, 2026, in Seattle, Washington.

Respectfully submitted,

_*/s/ Jill Nedved*_________________

Jill Nedved