CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Kristi Noem, et. al,

Defendants.

Case No.: 2:25-cv-09848-AB-AS

**DECLARATION OF CHRISTINE HOFFMAN**

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

# DECLARATION OF CHRISTINE HOFFMAN

I, Christine Hoffman, declare and state as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am the Managing Attorney of Gilarranz Hoffman Law PLLC.
3. I represent Plaintiff Daniel H. in his U visa petition and removal proceedings.
4. From August 23, 2025to December 7, 2025 Plaintiff Daniel H. was detained and in the custody of U.S. Immigration and Customs Enforcement ("ICE").
5. On December 7, 2025, ICE removed Plaintiff Daniel H. back to his home country.
6. To date, Plaintiff Daniel H. remains in his home country.
7. Attached as Exhibit S to Dkt. 23-12 is a redacted true and correct copy of Plaintiff Daniel H.'s request for administrative closure, continuance, parole or termination of proceedings, dated October 2, 2025, and ICE's denial of Plaintiff Daniel H.'s release, dated October 15, 2025.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed this 29th day of December, 2025, in Oklahoma City, Oklahoma

Respectfully submitted,

_/s/ Christine Hoffman_____

Christine Hoffman