CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Kristi Noem, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF MARC E. CHRISTOPHER** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

# DECLARATION OF MARC E. CHRISTOPHER

I, Marc E. Christopher, declare and state as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am the Managing Attorney at Christopher & De León Law Office.
3. I represent Plaintiff Yessenia Ruano as her immigration attorney.
4. Attached as Exhibit L to Dkt. 23-12 is a redacted true and correct copy of Yessenia Ruano's Order of Supervision form noting her appearance at regular U.S. Immigration and Customs Enforcement ("ICE") check ins, provided to me during my representation of Ms. Ruano as part of her case file.
5. Attached as Exhibit M to Dkt. 23-12 is a redacted true and correct copy of Yessenia Ruano's receipt notice for her I-914 application for a T visa issued by U.S. Citizenship and Immigration Services ("USCIS"), provided to me during my representation of Ms. Ruano as part of her case file.
6. Attached as Exhibit N to Dkt. 23-12 is a redacted true and correct copy of Yessenia Ruano's Warning for Failure to Depart issued by ICE, provided to me during my representation of Ms. Ruano as part of her case file.
7. Attached as Exhibit O to Dkt. 23-12 is a redacted true and correct copy of Yessenia Ruano's February 2025 Application for a Stay of Removal noting her pending T visa, provided to me during my representation of Ms. Ruano as part of her case file.
8. Attached as Exhibit P to Dkt. 23-12 is a redacted true and correct copy of ICE's denial of Yessenia Ruano's Application for a Stay, provided to me during my representation of Ms. Ruano as part of her case file.
9. Attached as Exhibit Q to Dkt. 23-12 is a redacted true and correct copy of Yessenia Ruano's Application and Request for a Stay of Removal, dated

June 2, 2025, which I filed on her behalf, and ICE's denial of Yessenia Ruano's Application for a Stay.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed this 28th day of December, 2025, in South Milwaukee, Wisconsin.

Respectfully submitted,

Marc E. Christopher