CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Kristi Noem, et. al,

Defendants.

Case No.: 2:25-cv-09848-AB-AS

**DECLARATION OF KAREN CRAWFORD**

*Additional Counsel for Plaintiffs:*

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

# DECLARATION OF KAREN CRAWFORD

I, Karen Crawford, declare and state as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am the Managing Attorney of the Law Office of Karen J. Crawford, PLLC.
3. I represent Plaintiff Paulo C. in his habeas and removal proceedings.
4. Attached as Exhibit D to Dkt. 23-12 is a redacted true and correct copy of Plaintiff Paulo C's letter of bona fide determination issued by the United States Citizenship and Immigration Services ("USCIS"); Plaintiff Paulo C.'s work authorization; and the decision of an immigration judge in Plaintiff Paulo C.'s case. I received the copy of the letter of bona fide determination and work authorization from Jonathan Levy, the attorney at the nonprofit agency American Gateways who is representing Paulo C. in his U visa application. I received the decision of the immigration judge directly from EOIR, as I am the attorney of record.
5. From July 25, 2025 to November 25, 2025, Plaintiff Paulo C. was detained and in the custody of U.S. Immigration and Customs Enforcement ("ICE").
6. On November 24, 2025, the United States District Court of the Western District of Texas granted Plaintiff Paulo C.'s Petition for Habeas Corpus. The Texas District Court ordered ICE to release Plaintiff Paulo C. by November 25, 2025.
7. When ICE released Paulo C. pursuant to the order, they issued him an Order of Supervision. That Order of Supervision stated that he had been ordered removed on August 12, 2025, and ordering him to report to ICE in San Antonio, Texas on December 9, 2025. This Order of Supervision was incorrect. While Paulo C. had been ordered removed on August 12, 2025, the

Immigration Judge granted a motion to reconsider on August 29, 2025, and Paulo C. no longer had a removal order because of that.

8. At my request, Paulo C. hired local counsel to represent him at his check in on December 9, 2025. That attorney was able to advocate that ICE void the in appropriately issued Order of Supervision. They issued an Order of Release on Recognizance. Paulo C. will be required to continue reporting to check ins with ICE under this order. Prior to his detention on July 25, 2025, he was not subject to any reporting requirements.
9. To date, Plaintiff Paulo C. remains free from ICE custody, subject to the conditions of the Order of Release on Recognizance.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed this 29th day of December, 2025, in Austin, Texas.

Respectfully submitted,

_*/s/ Karen Crawford*_________________
Karen Crawford