CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Kristi Noem, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF** [redacted] |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

**DECLARATION OF [redacted]**

I, [redacted], declare and state as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am the Managing Attorney of [redacted] Law Firm, PLLC.
3. I represent Plaintiff Carmen F. in her removal proceedings and her U visa petition.
4. Attached as Exhibit E to Dkt. 23-12 is a redacted true and correct copy of ICE's grant of a stay of removal in Plaintiff Carmen F.'s case, dated November 19, 2024, and Plaintiff Carmen F.'s application for a stay of removal, dated November 14, 2024.
5. Attached as Exhibit F to Dkt. 23-12 is a redacted true and correct copy of Plaintiff Carmen F.'s Motion for a Stay of Removal, dated July 14, 2025.
6. Attached as Exhibit G to Dkt. 23-12 is a redacted true and correct copy of Department of Homeland Security's Opposition to Plaintiff Carmen F.'s Motion for a Stay of Removal, dated July 23, 2025.
7. Attached as Exhibit H to Dkt. 23-12 is a redacted true and correct copy of Plaintiff Carmen F.'s request for parole from Immigration and Customs Enforcement ("ICE") Family Detention.
8. Attached as Exhibit I to Dkt. 23-12 is a redacted true and correct copy of Plaintiff Carmen F.'s request for humanitarian parole.
9. Attached as Exhibit J to Dkt. 23-12 is a redacted true and correct copy of a Decision from the Board of Immigration Appeals in Plaintiff Carmen F.'s case, dated July 31, 2025.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed this 29 day of December, 2025, in Houston, Texas.

Respectfully submitted,

[redacted]