CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Kristi Noem, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF KATHRINE ELIZABETH REYNOLDS** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

DECLARATION OF KATHRINE ELIZABETH REYNOLDS

I, Kathrine Elizabeth Reynolds, declare and state as follows:

**Background**

1. My name is Kathrine Elizabeth Reynolds, and I submit this declaration in support of *Immigration Center for Women and Children v. Noem*, Case No. 2:25-cv-009848.

2. I am a staff attorney in the Immigration Unit at MetroWest Legal Services, located at 1671 Worcester Road, Suite 203, Framingham, MA 01701.

3. I am an attorney licensed to practice law in the Commonwealth of Massachusetts. I exclusively represent immigrant survivors of domestic violence and sexual assault in their immigration matters.

**Summary of Detention of Client with Pending VAWA Self-Petition and Adjustment of Status Application**

4. I represent Ms. MM in her immigration matters. On April 6, 2023, we filed a Self-Petition under the Violence Against Women Act ("VAWA Self-Petition") on behalf of Ms. MM, based on the battery and extreme cruelty Ms. MM suffered from her abusive US Citizen husband. On June 26, 2023, we filed an Application for Adjustment of Status on behalf of Ms. MM. As of the date of this declaration, these applications are pending before the United States Citizenship and Immigration Services ("USCIS").

5. On September 20, 2023, USCIS, made a *Prima Facie Determination*, determining that Ms. MM met the basic eligibility requirements for self-petitioning under the Violence Against Women Act.

6. On November 10, 2025, Ms. MM's abusive ex-husband ("Abuser") showed up at Ms. MM's home demanding to see their shared three (3)-year-old United States Citizen daughter ("Child"). As it was not Abuser's parenting time and Child was sick, Ms. MM asked Abuser to leave her home. Abuser called the police and falsely accused Ms. MM of pushing him to the ground. Ms. MM was arrested and charged with Assault and Battery on a Family or Household Member under Massachusetts General Laws c. 265 s. 13M. Ms. MM has not been convicted of the Assault and Battery charge and anticipates that the charge will be dismissed.

7. On November 11, 2025, Ms. MM appeared at Framingham District Court in Framingham, MA for arraignment on the Assault and Battery Charge. Ms. MM also filled out a complaint for a protection order against Abuser before she left the courthouse.

8. On her way out of the courthouse Ms. MM was detained by Immigration and Customs Enforcement ("ICE") and brought to the ICE Boston Field Office in Burlington, MA.

9. Ms. MM was detained for two (2) days, until November 13, 2025, at the ICE Boston Field Office, which is not a detention center and where she had no access to bedding, showers, or personal hygiene products.

10. On November 12, 2025, Counsel for Ms. MM filed a Petition for a Writ of *Habeus Corpus* with the United States District Court, District of Massachusetts, requesting Ms. MM's immediate release.

11. On November 13, 2025, ICE agreed to release Ms. MM from the ICE Boston Field Office on her own recognizance. Ms. MM was placed on Alternatives to Detention ("ATD") and fitted with an ankle monitor, which she is still required to wear as of the date of this declaration.

**Impact of Ms. MM's Detention**

12. Ms. MM's detention by ICE and the aftermath of it has been very distressing to her and to her family and has opened Ms. MM up to continued abuse and harassment from Abuser.

13. On November 17, 2025, Abuser filed an emergency motion for short order with the Middlesex County Probate & Family Court in Massachusetts, requesting sole custody of their Child due to Ms. MM's detention by ICE.

14. Ms. MM has been forced to appear in Probate Court to oppose Abuser's emergency motion for sole custody of Child. Abuser has threatened to remove Child from the United States, should he be granted sole custody. These types of threats and abuse of the legal system are consistent with the years of abuse Ms. MM has suffered from Abuser.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Date: November 21, 2025

Kathrine Elizabeth Reynolds