CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Kristi Noem, et. al,

Defendants.

Case No.: 2:25-cv-09848-AB-AS

**DECLARATION OF SCOTT E. BELLGRAU**

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted Pro Hac Vice*

# DECLARATION OF ATTORNEY SCOTT E. BELLGRAU

I, Scott E. Bellgrau, declare and state as follows:

**Background**

1. My name is Scott E. Bellgrau, and I submit this declaration in support of Immigration Center for Women and Children v. Noem, Case No. 2:25-cv-009848.
2. I am an immigration attorney at the Law Offices of Scott E. Bellgrau, P.C., 124 W. Diversey Ave., Elmhurst, IL 60126.
3. I am licensed to practice law in the state of Illinois.

**Summary of Detained Client with Pending Application for U nonimmigrant Status and Deferred Action**

4. Our office represents Mrs. P.L. and her spouse, Mr. A.Z., in their petition for U Nonimmigrant Status. Their petitions were filed on May 8, 2023. Ms. P.L. is the victim of domestic battery who cooperated with the Chicago Police Department in the investigation against her abuser. Mr. A.Z. filed an I-918A as a qualifying family member of a U-1 recipient.
5. In the spring of 2025, both parties were granted deferred action after USCIS determined that their I-918's were bona fide.
6. On October 30, 2025, Mr. A.Z. was detained in Arkansas at a truck weight station. He was held for close to one week (without the filing of any criminal charges) and then turned over to ICE. Mr. A.Z. presented his bona fide determination and his employment authorization card but was still detained.
7. Mr. A.Z. filed a Motion for Bond Redetermination Hearing. The

immigration judge denied his request for a bond holding that Mr. A.Z. was an extreme flight risk because his deferred action grant and U visa filing were speculative.

8. Mr. A.Z. remains in ICE custody and in removal proceedings. He and his family have retained separate counsel to pursue a Writ of Habeas. I continue to represent Mr. A.Z. in his pending removal proceedings.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/22/2025 Respectfully submitted,

Scott E. Bellgrau