UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

The Court **APPROVES** the parties' Stipulation and **EXTENDS** Defendants' deadline to respond to the Complaint by 30 days, from January 24, 2026, to February 24, 2026.

Dated: January 23, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE