UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Immigration Center for Women and Children, et al.,

Plaintiffs,

v.

Kristi Noem, et al.

Defendant.

Case No. 2:25-cv-09848-AB-AS

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE PORTIONS OF DECLARATION UNDER SEAL**

Plaintiffs submitted an Application to File Portions of Declaration Under Seal.

Specifically, Plaintiffs seek leave from the Court to file under seal the name of Carmen F.'s attorney.

On October 30, 2025, this Court granted Plaintiffs' Application to Proceed under Pseudonym, for a Limited Interim Protective Order, and File Documents Under Seal. Dkt. 24. This Court found that Plaintiffs' "'need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity.'" *Id*. (quoting *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). This Court further found that "the factual and legal justifications establish 'good cause' and 'compelling reasons' for the redactions Plaintiffs seek leave to implement." *Id*. (quoting *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). The Court granted leave to file "[f]or Carmen F.,

name of immigration lawyer" under seal. *Id*. at *2.

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court **GRANTS** Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: January 29, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE