UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-09848-AB-AS | Date: | February 10, 2026 |
|---|---|---|---|

| Title: | *Immigration Center for Women and Children et al v. Kristi, et al.* |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Bardis Vakili
Kathleen Rivas
Erika Cervantes
Rebecca Sarah Brown
Sarah Kahn
Adam Reese

Attorney(s) Present for Defendant(s):

Pushkal Mishra

**Proceedings:**   **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [23] AND MOTION FOR PRELIMINARY INJUNCTION [31]**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.