UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al*., <br><br> Defendants. | No. 2:25-cv-09848-AB-AS <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Honorable André Birotte Jr. <br> United States District Judge |

Pursuant to joint stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants to respond to the Complaint in the above-entitled action is extended from February 24, 2026 to 14 days after the Court issues its orders deciding both of the two currently pending motions: the Motion for Class Certification (ECF No. 23) and the Motion for Preliminary Injunction (ECF No. 31).

Dated: _____        _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE