UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

The Court APPROVES the parties' Stipulation. Defendants' deadline to respond to the Complaint is extended from February 24, 2026 to 14 days after the Court issues its orders deciding both of the two currently pending motions: the Motion for Class Certification (ECF No. 23) and the Motion for Preliminary Injunction (ECF No. 31).

SO ORDERED.

Dated: February 16, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE