CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Monika Langarica (Cal. Bar No. 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Markwayne Mullin, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF YESSENIA RUANO IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO CLARIFY OR ENFORCE, OR IN THE ALTERNATIVE, MODIFY THE COURT'S MAY 20, 2026 ORDER** |

*Additional Counsel for Plaintiffs:*

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist* (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

## DECLARATION OF YESSENIA RUANO

I, Yessenia Ruano, declare as follows:

1. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.
2. I came to the U.S. in 2011. Life was extremely difficult for me after coming to the United States alone, especially because I was traumatized by the violence I fled in El Salvador and my experience being trafficked.
3. In 2013, I was working at a pizza company and met a man, Miguel Angel Guerra Dominguez. He was so respectful and kind, and after everything I had been through, he was there for me. We fell in love.
4. In 2015, we had twin daughters. At my first ultrasound, the doctor said, “both babies are ok!” I said, “both?!” I was in shock, but my husband was ecstatic. He immediately called his parents and my parents to share the news. It was the first time someone in either of our families had twins.
5. In 2024, we married. The same year, we were able to buy our first home. We had worked so hard for this and we felt that we had built the life that we dreamed of for our family.
6. He is a devoted father and husband. My daughters play with him often, they adore him.
7. He works hard to provide for our family. He worked in construction on the weekends and still had the same job at the pizza factory.
8. My husband has never been arrested and has no criminal record.
9. I applied for a T visa on February 11, 2025. My husband is a derivative on my T visa application, we applied together at the same time.
10. In June 2025, an ICE agent informed my attorney that I would be detained at my next ICE check in. I could not imagine being separated from my children and imprisoned. I also couldn’t imagine leaving them in the U.S. and returning to El Salvador without them, but they had never even visited El Salvador. Their lives, friends, school, sports, and communities are in Milwaukee, where they were born and raised.
11. It was an impossible choice, but I decided that I couldn’t bear separation from my children. We left under the threat of my detention on June 17, 2025. My husband initially stayed behind.
12. The adjustment was horrible for my daughters. They cried almost every day. As a teacher, I taught my students and my kids that they are the future, the most important part of our community. After we had to leave

the country, my kids asked me, "mom, if we are important to the country, why do they never consider our feelings?"

13. They missed their dad so much that they cried for him constantly.
14. My husband worried about us every day. He decided we needed him, his emotional support, financial support, and his protection. On or around August 9, 2025, he left the United States to join my daughters and me in El Salvador.
15. He gave up his job and opportunities in the United States to go back to the country he had once fled so that we would not have to be without him. I am unbelievably grateful for his act of devotion to our family, but I know the transition has been very difficult for him too.
16. It has been so difficult for our whole family in El Salvador. The bilingual school costs thousands of dollars a month and we cannot make ends meet. I am training to work at a call center because there are no teaching opportunities for me. Miguel is taking construction work where he can. We want our daughters to have the education they were getting in the U.S., but we cannot afford it. In addition to the emotional and mental health toll this whole experience has taken on us, it has also caused us extreme financial hardship.
17. We had started to build a fulfilling life in the U.S. I had a job I loved teaching children, my husband had been at the same pizza company for many years and had the additional income from construction, and my daughters were doing well in school. My family was happy. Now I feel lost in El Salvador. I cannot understand why this had to happen to us.
18. When I learned that this case had given me an opportunity to bring my children home, I cried. All I want is to see my daughters smiling again. But the thought of having to choose between taking advantage of this opportunity to return home to the United States and remaining together as a family with my husband is causing me the same kind of agony I felt when I made the extremely difficult decision to bring my U.S. citizen daughters to El Salvador rather than leave them behind.
19. My husband is a good man, a good partner, and a good father. He deserves to be me and with his children, and my daughters deserve to have their dad. I can't imagine separating my family again.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23rd day of June 2026, in El Salvador.

[signature]

Yessenia Ruano