CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Monika Langarica (Cal. Bar No. 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br>v.<br>Markwayne Mullin, et. al,<br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF BARDIS VAKILI IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO CLARIFY OR ENFORCE, OR IN THE ALTERNATIVE, MODIFY THE COURT'S MAY 20, 2026 ORDER** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist* (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

I, Bardis Vakili, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.

2. I am the Legal Director at the Center for Human Rights & Constitutional Law and one of the counsel for Plaintiffs in this matter.

3. On May 27, 2026, during a conference of counsel, Plaintiffs requested Defendants' position on permitting Carmen F.'s minor son and Yessenia Ruano's husband to return to the United States in light of the Court's May 20, 2026 Order requiring Defendants to permit them to reenter the United States.

4. On June 5, 2026, Plaintiffs sent a letter requesting Defendants permit Carmen F.'s minor son and Yessenia Ruano's husband return with them and laying out their position.

5. On June 16, 2026, Defendants responded that facilitating the return of Carmen F.'s son and Ms. Ruano's husband is not required under the terms of the order.

6. The parties met and conferred on June 22, 2026 but were unable to resolve their dispute.

7. The parties agreed that Plaintiffs would file the present motion by Thursday, June 25, 2026; Defendants would file their response by Thursday, July 2, 2026; and, if an Order has not issued by that time, Plaintiffs would file a Reply by Tuesday July 7, 2026. Parties accordingly request such briefing schedule.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct.
Executed this June 25, 2026, in San Diego, California

Respectfully submitted,
*/s/ Bardis Vakili*
Bardis Vakili