UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Immigration Center for Women and Children, et al.,<br>Plaintiffs,<br>v.<br>Markwayne Mullin, et al.,<br>Defendant. | Case No. 2:25-cv-09848-AB-AS<br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO CLARIFY OR ENFORCE, OR IN THE ALTERNATIVE MODIFY, THE COURT'S MAY 20, 2026 ORDER** |

Pending before the Court is Plaintiffs' Ex Parte Motion to Clarify or Enforce, or in the Alternative Modify, the Court's May 20, 2026 Order. On agreement of the parties, the matter was presented through expedited briefing. Having considered the arguments presented, and in light of the Court's equitable authority and authority under the All Writs Act, the Court GRANTS Plaintiffs' Motion and CLARIFIES its Order Granting Plaintiffs Motion for Class Certification and Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction, Dkt. 57, ("May 20 Order) to enjoin Defendants from:

(1) preventing the re-entry of Carmen F. **and her minor son S.F., a derivative on her U visa application**, into the United States in the same immigration status they had prior to their forced expulsion from the United States, and from removing Carmen

F. **and her minor son** S.F. without a prima facie determination regarding their eligibility regarding the visas for which they applied, and

(2) preventing the re-entry of Yessenia Ruano **and her husband Miguel Angel Guerra Dominguez, a derivative on her T visa application,** into the United States in the same immigration status they had prior to their forced expulsion from the United States from removing Yessenia Ruano **and her husband Miguel Angel Guerra Dominguez** without a prima facie determination regarding their eligibility regarding the visas for which they applied.

The Court MODIFIES its May 20 Order at page 96 consistent with the above clarification.

The Court further ORDERS as follows:

(1) Defendants are preliminarily ENJOINED from preventing the re-entry of Carmen F. **and her minor son S.F., a derivative on her U visa application,** to the United States in the same immigration status they had prior to their forced expulsion from the United States, and are further ENJOINED from removing Carmen F. **and her minor son S.F.** without a prima facie determination regarding their eligibility regarding the visas for which they applied.; and

(2) Defendants are preliminarily ENJOINED from preventing the re-entry of Yessenia Ruano **and her husband Miguel Angel Guerra Dominguez, a derivative on her T visa application,** to the United States in the same immigration status they had prior to their forced expulsion from the United States, and are further ENJOINED from removing Yessenia Ruano **and her husband Miguel Angel Guerra Dominguez** without a prima facie determination regarding their eligibility regarding the visas for which they applied.

**IT IS SO ORDERED.**

Dated:

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE