CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Monika Langarica (Cal. Bar No. 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

Plaintiffs,

v.

Markwayne Mullin, et. al,

Defendants.

Case No.: 2:25-cv-09848-AB-AS

**DECLARATION OF DANIEL H. IN SUPPORT OF EX PARTE MOTION FOR PRELIMINARY INJUNCTION TO PERMIT THE RETURN OF DANIEL H. TO THE UNITED STATES**

*Additional Counsel for Plaintiffs:*

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist* (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

## DECLARATION OF [redacted] [redacted] [redacted]

I, [redacted], declare as follows:

1. When the complaint in this case, *ICWC v. Noem*, was filed, on October 14, 2025, I was detained at Rio Grande ICE Detention Center.
2. The conditions were horrific. I could not bear to be there.
3. I was held in barracks with about 80 other men. Many were sick, suffering fevers or freezing cold at night, but the staff refused to help us. When we asked to see a doctor, they ignored us.
4. I, too, became sick. As a child, I had very serious bronchitis. I was hospitalized for some time, and ever since have been extremely prone to bronchitis and illness of the lungs.
5. In detention, I contracted bronchitis.
6. They refused to give me medicine. They let me see a doctor only once, who told me only that my lungs were fine and sent me back to the barracks.
7. I was horribly sick. I was coughing so much that I would vomit. At night I had a fever; during the day I was shaking with cold.
8. I stopped being able to keep down food. I began to lose weight and became very skinny. During the time I was locked up in jail, when I was sick and begging for a doctor to see me because I was ill, I fainted from coughing so much and vomited. When the guards arrived, they thought I was faking it and kicked me twice to make me get up.
9. Sometimes I was too sick even to go outside during the short time we were allowed to see the sun.
10. Every time I called my wife she would cry. Sometimes I broke down, too. I missed her terribly, and I knew how much she was worrying about me. I couldn't support her, I couldn't provide for her, I couldn't even hold her while I listened to her cry.
11. On around December 2, 2025, the immigration judge denied my request for cancellation. I saw that when others in the detention center would appeal denials in their cases, it was futile because they

would just wait and wait for months. I was told it would take six months or a year to get a decision, and I could not endure so much more detention.

12. I especially worried that it would endanger my health or life to stay detained because I could not access the medical attention I needed.
13. I did not want to be deported also because the thought of being permanently separated from my daughters was agonizing. But I could not stand to remain detained. The situation felt impossible.
14. Everything in this system was so unjust, I felt hopeless and could not face another day alone in that place.
15. I learned that because of my pending U visa petition, I could ask for a request for a stay of removal to stop my deportation, which could have gotten my U visa petition reviewed. When I learned of that option, I finally felt hopeful and wanted to try for that.
16. Sadly I was deported before I could do that. My court hearing when the judge denied my application for cancellation was on a Tuesday—December 2, 2025. By the following Saturday, December 6, I was taken from Rio Grante Detention Center. By the next day, December 7, I was deported and in Guatemala by noon.
17. I later learned that my attorney prepared a form for me to sign to request to stay my removal. But it never got to me because my deportation happened so fast, just days after I was ordered removed, and it takes much longer to receive mail in the detention center I was in.
18. My U visa is based on an incident that occurred when someone I knew from high school in Guatemala, along with other men, attacked me and my father outside my father's house in 2009.
19. I helped police find him and went to court to testify against him. He ended up pleading guilty. Afterwards he served time in jail and then was deported back to Guatemala.
20. I knew the person who stabbed me from high school, so we had mutual acquaintances. Those mutual acquaintances told me was deported to Guatemala after he served time in jail, and they also told me that he blamed me for his imprisonment and deportation and had vowed to kill me if I ever went back.

21. I have heard from others that my attacker now knows that I have been deported and am in Guatemala, so I have to avoid certain areas in order to remain safe. I fear for my life because I am sure that if he were to see me, he would try to hurt or kill me.

22. I live with my parents in Guatemala. They are so afraid that this man will find me and hurt me that they will not even let me leave the house without them. I spend most of my time trapped inside their home in hiding.

23. I can only work here with a mechanic who is very close to the house because itis too dangerous for me to go farther from my parents' house because of this man who has vowed to kill me. So my ability to work is extremely limited and I do not make enough money to get by in Guatemala or to support my daughters and wife back home in the United States.

24. My father has diabetes. He has been very sick. We cannot afford his medicine, which is very expensive here. I am desperate to be able to make a better income, but there are no opportunities for me here.

25. I miss my family tremendously and pray for a chance to be with them again. I yearn to be with my wife and to see and spend time with my daughters, who are growing so fast. I think only of coming home.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa a mi mejor conocimiento, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 24 de Junio del año 2025, en Guatemala.

[redacted]

# CERTIFICATE OF INTERPRETATION

I Sarah Kahn, certify that I used a contracted interpretation service to interpret between Spanish and English, and that the interpreter translated the foregoing between Spanish and English. I further certify that, using the contracted interpreter, I read the foregoing to Daniel H. and he affirmed that it is true and correct.

Dated: June 24, 2026 */s/ Sarah Kahn*