CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Monika Langarica (Cal. Bar No. 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Immigration Center for Women and Children, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne Mullin, et. al,<br><br>Defendants. | Case No.: 2:25-cv-09848-AB-AS<br><br>**DECLARATION OF SARAH KAHN IN SUPPORT OF EX PARTE MOTION FOR PRELIMINARY INJUNCTION TO PERMIT THE RETURN OF DANIEL H. TO THE UNITED STATES** |

*Additional Counsel for Plaintiffs:*
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

# DECLARATION OF SARAH KAHN

I, Sarah Kahn, hereby declare:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.
2. I am a Senior Staff Attorney with the Center for Human Rights and Constitutional Law.
3. Attached as **Exhibit A** to this declaration is a true and correct copy of the USCIS Receipt Notice for Daniel H.'s amended I-918 application for a U visa.
4. Attached as **Exhibit B** to this declaration is a true and correct copy of DHS's November 7, 2025 Opposition to Daniel H.'s Motion for Bond.
5. Attached as **Exhibit C** to this declaration is a true and correct copy of the Immigration Judge's November 7, 2025 Order Denying Bond to Daniel H.
6. Attached as **Exhibit D** to this declaration is a true and correct copy of the Immigration Judge's October 7, 2025 Order Denying Administrative Closure to Daniel H.
7. On December 3, 2025, Daniel H.'s immigration lawyer informed me that the immigration judge had denied his cancellation claims. On December 4, 2025, she informed me of conflicts in her schedule preventing her from completing an I-246 form Application for a Stay of Deportation or Removal. I prepared the form and on December 5, 2025, I sent the form and packet by mail to Daniel H. at Rio Grande ICE Processing Center. I later learned that he was transferred to a plane late that night and removed from the United States the following day, before the form could arrive.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing statements are true and correct. Executed on this 24th day of

June, 2026, in Los Angeles, California.

Respectfully submitted,

*/s/ Sarah Kahn*
Sarah Kahn

# Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| IOE8725210618 | | I918 - PETITION FOR U NONIMMIGRANT STATUS |
| Received Date: 09/17/2025 | Priority Date: | [redacted] |
| Notice Date: 03/13/2026 | Page: 1 of 2 | [redacted] |

[redacted]
c/o HOFFMAN, CHRISTINE
GILARRANZ HOFFMAN LAW PLLC
5830 NW EXPRESSWAY STE 177
OKLAHOMA CITY OK 73132

**Notice Type:** Receipt Notice
Fee Waived

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the center with jurisdiction over your filing. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the center with jurisdiction over your filing in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

National Benefits Center
U.S. Citizenship & Immigration Services
P.O. BOX 25920
Overland Park, KS 66225

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225

**USCIS Contact Center: www.uscis.gov/contactcenter**

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# Exhibit B

Jo Ann McLane
Chief Counsel
Oscar J. Montemayor
Deputy Chief Counsel
Kevin F. Patcha
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
1717 Zoy St., Annex
Harlingen, TX 78552

DETAINED

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**LAREDO, TEXAS**

**IN THE MATTER OF:** )

[redacted] ) [redacted]

***IN BOND PROCEEDINGS*** )

Immigration Judge: Garcia, Emmanuel | Next Hearing: November 7, 2025

**DEPARTMENT OF HOMELAND SECURITY'S**
**NOTICE OF FILING**

Uploaded on: 11/07/2025 at 08:08:38 AM (Central Standard Time) Base City: LRD

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**LAREDO, TEXAS**

**IN THE MATTER OF:**

[redacted] [redacted]

***IN BOND PROCEEDINGS***

## DEPARTMENT OF HOMELAND SECURITY'S NOTICE OF FILING

The Department of Homeland Security ("DHS"), by and through the undersigned Assistant Chief Counsel, respectfully submits the following documents for this Honorable Court's consideration in the above-styled case.

Respectfully Submitted,

Kevin F. Patcha
Assistant Chief Counsel
U.S. Department of Homeland Security
Immigration and Customs Enforcement

## TABLE OF CONTENTS

**TAB** **PAGES**

**A.** Form I-213, Record of Deportable/Inadmissible Alien ..…………………......................... 5 – 7.

**B.** Certificate of Service ..…………………………………………………………………..... 9.

# TAB A

U.S. Department of Homeland Security Subject ID:399935611

# Record of Deportable/Inadmissible Alien

Family Name (CAPS) [redacted] First Middle
Sex: M | Hair: | Eyes: | Cmplxn:

Country of Citizenship: GUATEMALA
Passport Number and Country of Issue:
File Number: [redacted]
Height: 64 | Weight: 180 | Occupation:

U.S. Address: Bluebonnet Detention Center, 400 2ND ST, ANSON, TEXAS, 79501
Scars and Marks:

Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, WI-Without Inspection
Passenger Boarded at:
F.B.I. Number: [redacted] ☒ [redacted] ☐ [redacted] ☐ [redacted] ☐ [redacted] ☐ [redacted]

Number, Street, City, Province (State) and Country of Permanent Residence: GUATEMALA
[redacted] Apprehension: NCA

Date of Birth: [redacted]/1990 Age:34
Date of Action: 08/23/2025
Location Code:
At/Near: Oklahoma City, OK
Date/Hour: 08/23/2025 0832

City, Province (State) and Country of Birth: QUETZALTENANGO, GUATEMALA
AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐
By: A 9671 QUIROZ

NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry: Not Applicable
Status When Found:

Date Visa Issued:
Social Security Number:
Length of Time Illegally in U.S.:

Immigration Record: NEGATIVE
Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known: See Narrative
Mother's Present and Maiden Names, Nationality, and Address, if Known: See Narrative

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed
Fingerprinted? ☒ Yes ☐ No
Systems Checks:
Charge Code Words(s):

Name and Address of (Last)(Current) U.S. Employer:
Type of Employment:
Salary: Hr
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

[redacted] [redacted]



ARREST COORDINATES:
-------------------

ADDRESS USED ON I-862:
-----------------------
Address Type: UNVALIDATED
Address: Bluebonnet Detention Center, 400 2ND ST, ANSON, TEXAS, 79501

Alien has been advised of communication privileges 08/23/2025 (Date/Initials)
(Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer:
on: August 23, 2025 at 0000 ( time )
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer:

U.S. Department of Homeland Security | Continuation Page for Form I213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| [redacted] | [redacted] Event No:OKC2508000299 | 08/23/2025 |

FATHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA [redacted]

MOTHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA [redacted]

Other Family/Associates Not in Event:
-------------------------------------
[redacted]

NARRATIVE:
----------
ENCOUNTER:
On 08/23/2025 at approximately 0645, OKC FUGOPS Officers were conducting surveillance at 4448 NW 19th St, Oklahoma City, OK, the last known address of targeted criminal alien [redacted] At approximately 0650, a subject matching the description of the target got into his registered vehicle (Toyota Rav4 KPT 074) and was seen leaving the residence. A vehicle stop was initiated on I-35 and Britton Rd. During the stop, officers encountered [redacted] who handed officers a Guatemalan ID and positively identified himself as the target. [redacted] stated that he entered the US without inspection. The SUBJECT also acknowledged his prior arrest for driving under the influence.

The SUBJECT was placed under arrest by the U.S. Immigration and Customs Enforcement (ICE) Oklahoma City Fugitive Operations Team. The SUBJECT was transported to the Oklahoma City Resident Office for further processing.

ADMISSIBILITY / REMOVABILITY:
The SUBJECT claimed to be a citizen and national of Guatemala who last entered the United States illegally at or near an unknown place on or about an unknown time. The SUBJECT is inadmissible under Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that they are an alien present in the United States without being admitted or

| Signature | Title |
| --- | --- |
| | |





Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security** **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| [redacted] | [redacted] | 08/23/2025 |

**paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.**

**IMMIGRATION HISTORY:**
**On November 23, 2006, the SUBJECT was encountered by Border Patrol and served with a Notice to Appear. On April 23, 2007, the SUBJECT was granted a Voluntary Departure by an Immigration Judge and departed the US through Atlanta, GA on August 13, 2007.**

**CRIMINAL HISTORY:**
**Arrest Date: December 11, 2010**
**Arresting Agency: Oklahoma City Police Department, OK**
**Charges: Driving Under the Influence of Alcohol, No State Drivers License**
**Disposition: Pled Nolo Contendere**
**Sentencing Date: January 12, 2011**
**Conviction: No State Drivers License**
**Sentence: $182 fine**

**HEALTH:**
**The SUBJECT was claimed to be in good health.**

**MILITARY SERVICE:**
**The SUBJECT has never served in the United States Military.**

**DACA:**
**The SUBJECT does not possess DACA.**

**CHILD CUSTODY ISSUES:**
**The SUBJECT advised they have no child custody issues.**

**PROPERTY:**
**The SUBJECT's property was placed in a bag with property tag [redacted]. The SUBJECT's identity documents were placed in the SUBJECT's A-file. The SUBJECT had $57 USD that they kept on their person.**

**DNA COLLECTED:**
**The SUBJECT's DNA was collected with device F4670089.**

**DISPOSITION:**
**The SUBJECT was served with a Notice to Appear and will be held in ICE detention pending immigration proceedings. The SUBJECT was provided with the opportunity for a phone call and given an attorney list while being processed at the Oklahoma City ICE ERO Resident Office.**

| Signature | Title |
|---|---|
| | |

# TAB B

[redacted] [redacted]

## CERTIFICATE OF SERVICE

On November 06, 2025, I, Kevin F. Patcha, Assistant Chief counsel, caused to be delivered a copy of this **U.S. Department of Homeland Security Notice of Filing** on Counsel for the Respondent:

☐ by first-class mail, postage pre-paid to:

☐ by first-class mail, postage pre-paid to [address of party served], by placing into my office's receptacle designated for official "out-going" first class mail to:

☐ by personally delivering a true copy thereof to the person set forth above through the deportation officer.

☐ by electronic service to the respondent's attorney, with prior consent, at the following e-mail address:

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☑ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

________________________________________

Kevin F. Patcha
Assistant Chief Counsel
U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Exhibit C

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**LAREDO IMMIGRATION COURT**

Respondent Name:
[redacted]

To:
Hoffman, Christine
5830 NW Expressway
Suite #177
Oklahoma City, OK 73132

A-Number:
[redacted]
Riders:
In Custody Redetermination Proceedings

Date:
11/07/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
respondent has not met his burden to show he would not be a danger to the community if released from custody. Respondent was previously arrested for driving while intoxicated, and has a pattern of driving violations, including speeding, car racing, and driving with a license, as well as a return one month after being granted voluntary departure by an Immigration Judge, all showing a disregard for the laws of this country.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: Garcia, Emmanuel 11/07/2025

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☑ | reserved |

Appeal Due: 12/08/2025

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ P ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : [redacted] | [redacted]

Riders:

Date: 11/07/2025 By: DOVALINA, CORDELIA, Court Staff

# Exhibit D

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**LAREDO IMMIGRATION COURT**

Respondent Name:
[redacted]

To:

Hoffman, Christine
5830 NW Expressway
Suite #177
Oklahoma City, OK 73132

A-Number:
[redacted]
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
10/07/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ The Department of Homeland Security has filed the following motion in these proceedings:
Motion for Administrative Closure

After considering the facts and circumstances, the motion is ☐ granted ☑ denied for the following reason(s):
Respondent's motion fails to comply with ICPM 5.2(i). Furthermore, the Court has jurisdiction over this case upon the filing of the notice to appear. Respondent has provided insufficient information to determine how long it would take for respondent's U-Visa petition to be adjudicated by DHS. See 8 C.F.R. § 1003.10(b) ("[i]n all cases, immigration judges shall seek to resolve the questions before them in a timely and impartial manner"). Respondent's motion is DENIED.

Immigration Judge: Garcia, Emmanuel 10/07/2025

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : [redacted] | [redacted]

Riders:

Date: 10/07/2025 By: Sandoval, Michelle, Court Staff