Detained by DHS/ICE

USDC - Central District of California

ICWC, et al

v

Noem, et al

Case#: 2:25-CV-09848-AB-AS

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

additional Evidence in support of my previous request as a class member (pending VAWA and U)

Please Release me and add me to the case and as to get updates while in ICE Detention

A-206-522-199



**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ELIZABETH IMMIGRATION COURT**

Respondent Name:

FRANCIS, EVERSON ROWSON

To:

FRANCIS, EVERSON ROWSON
ECDF
625 EVANS ST
ELIZABETH, NJ 07201

A-Number:
206-522-199
Riders:
In Custody Redetermination Proceedings

Date:
06/11/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Court lacks jurisdiction.

☐ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☐ released from custody under bond of $
  ☐ other:

☐ Other:

retained by DHS/ICE

USDC - Central District of California.

ICWC, et al
V
Noem, et al

Case #: 2:25-cv-09848
Judge: Honorable André Birotte Jr.

Urgent request for relief and injunction as a
Class member and Expedite Request for relief

I, EVERSON FRANCIS (A206522199) is detained by ICE/DHS since 04/23/2026 and I have pending VAWA (I-360) and PFD was issued. I also have a I-918 (crime victim visa) pending since 2021. As an international student (F-1) I was kidnapped at gunpoint, beaten with a gun in the head, side and back. the Gun men tied me up (my hands behind my back and tied my legs behind me).
They placed me on my stomach and kneeled into my back causing it hard for me to breathe and was passing out. they turned the gun from me to the USC and threaten to kill her if I did not say where my valuables are and my response was please place the gun pointed back at me and if you intend to kill anyone kill me. that is what I did to save an American.
I am in ICE Detention in Elizabeth Detention Center, please Help me. I am covered by this injunction and I am a person of good moral character with A.A.S., B.A, M.A and J.D. I was supposed to take California Bar exam in July 2026 but I wrote a letter to cancel.
all I did to be in this situation was attempted to return a rental car I repair for both because my USC daughter and I are being abused by her USC mother. My daughter tongue was severed and days after got a flesh eating bacteria (medical records submitted to USCIS and timeline). Please free me.
I have no criminal records.

Francis



Evesson Francis (Detainee)
A206-522-199
ICE torture Detention
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07201

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 22 2026

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

DV DANIELS NJ    070

18 JUN 2026   PM 8  L

proc.

USDC - Central California
411 West 4th Street
rm 1053
Santa Ana, CA 92701

92701-451653



Purple Heart
The Medal for the
Combat Wounded