Detainee #_____ B#5/ICE

USDC - Central District of California

FILED
CLERK U.S. DISTRICT COURT
JUN 2 2 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ICWC, et al
V
Noem, et al

Case #: 2:25-cv-09848-AB

Judge: Honorable André Birotte Jr.

Urgent request for relief and injunction as a Class member and Expedite Request for relief

I, EVERSON FRANCIS (A206522199) is detained by ICE/DHS since 04/23/2026 and I have pending VAWA (I-360) and PFD was issued. I also have a I-918 (crime victim visa) pending since 2021. As an international student (F-1) I was kidnapped at gunpoint, beaten with a gun in the head, side and back. The gun men tied me up (my hands behind my back and tied my legs behind me).

They placed me on my stomach and kneeled into my back causing it hard for me to breath and was passing out. They turned the gun from me to the USC and threaten to kill her if I did not say where my valuables are and my response was please place the gun pointed back at me and if you intend to kill anyone kill me. That is what I did to save an American.

I am in ICE Detention in Elizabeth Detention Center, please Help me. I am covered by this injunction and I am a person of good moral character with A.A.S., B.A., M.A and J.D. I was supposed to take California Bar Exam in July 2026 but I wrote a letter to cancel.

All I did to be in this situation was attempted to return a rental car I prepaid for both because my USC daughter and I are being abused by her USC mother. My daughter tongue was swelled and days after got a flesh eating bacteria (medical records submitted to USCIS and timeline). Please free me. I have no criminal records.

Franie

To: USCIS, DHS, EOIR, US District Court(USDC), OPLA, ICE et al
From: Everson Francis, A-206-522-199

ICE issuance of intentional false, fraudulent and
fake immigrational charging documents to me

Upon my detention by I-ce(ICE) on 04/23/2026, ICE asked me if
I have USC children and for how long have I been living in the
US? My response was, yes, I have 3 USC children, and I have been
living in the U.S. since 04/09/2003 (I celebrate it every year).

Not knowing the ICE manager in the back was listening, he came
out stating, "everything he (FRANCIS) said is the truth" and he showed
the officers where in the system they can pull up the information
and showed the female ICE officer who was drafting the documents
issued to me how to pull it up.

ICE officers verified I have 3 USC children (18, 14 and 4 years old), they
verified I have (I-D (pending VAWA), pending crime victim visa (I-918),
verified I came 04/09/2003 and changed status from B-1/B-2 to F-1 (student

ICE was able to see all my previous approved immigration applications
and pending ones. Yet ICE intentionally lied and perjured themself
on all charging documents and NTA issued to me after they (ICE) verified
the facts but still issued intentional falsity, perjury and lies on sworn
documents under oath as ICE knows they will not face any
consequences from OPLA, EOIR, DHS and even the USDC (some judges) may fear
holding ICE officers and ICE accountable.

(2)

I came to the U.S. legally on 04/09/2003 as a B-1/B-2. In December 2003, my student visa was approved (F-1), inside the U.S. I began college immediately at Henry Ford College on January 2004.

I then graduated Michigan State University in May 2006. I received OPT. In 2007, I was kidnapped, beaten with a gun in my head, side, back, etcetera and my hands and feet tied behind me. They, the criminals, threatened to kill the American and they stop pointing the loaded revolver on me and turned it to the American and said they will kill that person if I did not say where the valuables are. My response was point the gun back at me, if you want to kill anyone kill me. I offered my life for an American and I would do that again in such situation. (see I-918)

Again in about 2008, in Taylor, Michigan, after moving from Ypsilanti, Michigan where the above violent acts were committed against me and the American, I moved for safety, to Pickwick apartments in Taylor, Michigan and stayed there for about 1 year. I then learned at the end of that one year I was accepted to another U.S. university. I went to have dinner to celebrate and went back home to see the door broken into and everything of mine gone. I was so afraid I thought the criminals from Ypsilanti, Michigan discovered where I am and once again took everything out my apartment but this without violence against me.

This proves I was and still is in the U.S. since 04/09/2003 and the severe and substantial emotional distress, physical injuries, financial harms, etcetera I have and is still suffering from since 2007 and that ICE lied about me entering the U.S in 2024. I have been here since since 2003. I used advance parole after submitting NIW/I-140/, I-485

I-765 and I-131, which these 2 (I-131 and I-765) were approved and USCIS granted me a combo card (advance parole and work authorisation together) and while I was issued authorised stay as a result of the pending adjustment of status application (I-485, I-140 N2W and I-918 which also gave me separate combo cards, so I had 2 sets of combo cards at that time before traveling for 7 days for a teacher's funeral in Antigua and Barbuda). The name of the teacher is teacher Carrelle Shephard a very loving primary school teacher of mine. Her funeral was in May 2024. I left for 7 days after given advance parole from my pending I-485 that gives me authorised stay. That I-485 is still pending today. I never lossed my authorised stay and never gotten any notice it was going to be taken and given an opportunity to be heard before any termination which is a violation of APA, 4th, 5th, 6th, 7th, 8th, 14th amendments and 42 USC 1983, etcetera

My daughter's mother began abusing me since 2017. She had my daughter in 2022 and began abusing our USC daughter practically the day she was born which is April 3, 2022. I was in Hackensack children hospital. ICE lied about when I came. ICE saw the pending VAWA based on these facts before drafting the untrue and intentionally false charges, documents and detention documents.

No detention or removal or prosecution should be had from these substantial violations of my rights under APA, U.S. Constitution, VAWA, INA, etcetera. I should be immediately release and ICE faces additional consequences. I was also not in removal proceedings when ICE detained me. Everything from ICE/OPLA is a lie

To: USDC, USCIS, DHS, EOIR, OPLA, et al

From: Everson Francis, A206-522-199

## Medical Privacy Violations by ICE/agent

I have been bleeding a lot from my penis and the ICE medical facility took my blood and urine and tested me for STDs and then the practioner on June 2, 2026 came into the detention cell I am in and told me that I have no STDs but did so that caused others to hear that I just accepted it to be public knowledge and laugh at it but I felt violated, especially as a VAWA (PFD) and U visa (crime victim).

However the bleeding from my penis and skin is from ICE causing the metal chain to swing and hit my testicles with force, causing me to practically drag cried in pain and failure to provide medical care. I am still in pain and urinating blood. Please see camera on April 23, 2026.

It is not an STD as the test confirms, it was ICE/agents assault and battery against me. Just like on about May 22, 2026 when ICE officers slammed my head against the wall and ripped me out a chair. They put me to sit in causing injuries to my neck and back only because I said he/ICE officer was untruthful about having had EXPARTE communication with a judge about my case, without me.

That knowledge of mine made the ICE officer so mad, without asking me to get up, they dragged me out the chair, slammed my head against the wall and, injuring my neck and back. And I did nothing but prayed in my mind while while they assaulted, battered and abuse me.

I need to be urgently released, I need I-918 B signed by DHS for this assault/battery, for USCIS to expedite and approve my pendings cases

To: ICE, DHS and OPLA

From: Evewren Francis, A206-522-199

Request to be Released as a matter of law based on the May 20, 2026 injunction in Immigration Center for Women and children (ICWC) V. Noem

The ruling restores much of the victim-centered approach that protected survivors/victims, which orders ICE/OPLA/DHS/EOIR and USDC to release immigrants with pending VAWA or U and T applications with DHS.

I have a pending U/(I-918) and granted work/authorization and advance parole (to travel) under this category, and I also have a pending VAWA filed with adjustment of status (I-485) with approve work/authorization and advance parole. I have Prima facie Determination (PFD) issued/granted to me for my VAWA.

Please see case #: 2:25-cv-09848 with caption immigration Center for women and children V. Noem in the U.S. District for the Central District of California.

As a matter of law I should be release. I am no threat to public safety + have pending immigration victim applications and presented a prima facie case. I have been assaulted, battered and terrorized by ICE and have a 4 year old USC child being abused by her USC mother. My mother has cancer, stroke and heart failure, I was taking her to all treatment, only me.

Please Release me from Detention and approve my cases.

please see ICE directive 11005.3

Everson Smith
A2065 22199
Elizabeth Detention Center
625 Evans Street
Elizabeth, N.J. 07201

Dy Daniels NJ
16 JUN 2026 PM 5

US District Court
Central District of California
3470 12th Street
Riverside, CA 92501

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 22 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

