TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al*.,

Plaintiffs,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al*.,

Defendants.

No. 2:25-cv-09848-AB-AS

**DECLARATION OF PUSHKAL MISHRA IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION**

Honorable André Birotte Jr.
United States District Judge

**DECLARATION OF PUSHKAL MISHRA**

1. I am a Special Assistant United States Attorney in the Civil Division of the U.S. Attorney's Office for the Central District of California, and I am counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the following facts and, if called upon, could and would testify truthfully to them. I submit this declaration in support of Defendants' Ex Parte Application for a Stay Pending Appeal Authorization and pursuant to Local Rules 7-19 and 7-19.1.

2. By the accompanying ex parte application, Defendants ask the Court to stay enforcement of ECF 57 ¶¶ 1–5 (the three classwide § 705 stays and the two individual re-entry injunctions) pending the Solicitor General's decision whether to authorize an appeal of ECF 57.

3. On May 20, 2026, the Court entered its Order certifying three nationwide classes and granting preliminary relief, including the three stays under 5 U.S.C. § 705. ECF 57. On June 19, 2026, Defendants filed a protective notice of appeal of ECF 57 to preserve appellate jurisdiction. ECF 61. The Solicitor General has not yet decided whether to authorize the United States to prosecute the appeal; that authorization decision is pending and is expected in the near term.

4. Ex parte relief is warranted because the matter is urgent and cannot be heard on the regular noticed-motion schedule in time to avoid irreparable harm. Absent a stay, Defendants will be required to comply with ECF 57, and to litigate the merits of this action in parallel, before the Solicitor General can decide whether to authorize an appeal—imposing burdens that cannot later be undone and risking mooting the appeal before the authorization decision is made. A short stay preserving the status quo until that decision avoids these harms. The need for ex parte relief is not the result of any lack of diligence by Defendants: The Court entered ECF 57 on May 20, 2026; Defendants filed a protective Notice of Appeal on June 19, 2026; and the Solicitor General's authorization process is underway.

5. Pursuant to Local Rule 7-19, counsel for Defendants notified counsel for

Plaintiffs of the date, substance, and grounds of this ex parte application on June 22, 2026 over a video conference and then again on June 25, 2026 over a phone call.

6. The information for the lead counsel for Plaintiffs is as follows: Bardis Vakili; Center for Human Rights and Constitutional Law; 1505 E. 17th St. Ste. 117, Santa Ana, CA 92705; 619-483-3490; bardis@centerforhumanrights.org.

7. Plaintiffs, through counsel, have advised that they oppose the relief requested in the ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2026, in Irvine, California.

*/s/ Pushkal Mishra*
PUSHKAL MISHRA