UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, et al.,

Plaintiffs,

v.

KRISTI NOEM, Secretary of Homeland Security, et al.,

Defendants.

No. 2:25-cv-09848-AB-AS

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION**

Honorable André Birotte Jr.
United States District Judge

Before the Court is Defendants' Ex Parte Application for a Stay Pending Solicitor General's Appeal Authorization. Having considered the Application and the papers accompanying it, and good cause appearing, the Court GRANTS the Application. Pending the Solicitor General's decision whether to authorize an appeal of this Court's May 20, 2026 Order, ECF 57, IT IS HEREBY ORDERED that, under Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), enforcement of ECF 57 ¶¶ 1–5 (the three classwide § 705 stays and the two individual re-entry injunctions) is STAYED. The parties shall file a joint status report within 14 days of the Solicitor General's authorization decision.

**IT IS SO ORDERED**.

Dated: ____________________

____________________________________
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE