**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>Assigned to District Judge: Hon. André Birotte Jr.<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING DEADLINES AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court **APPROVES** the parties' Stipulation and **ORDERS**:

- Regarding Plaintiffs' Ex Parte Motion to Clarify or Enforce or, in the Alternative, Modify the Court's May 20, 2026 Order (Dkt. 65):
  - Defendants will respond by July 2, 2026;
  - Plaintiffs will file a reply by July 7, 2026.
- Regarding Plaintiffs' Ex Parte Motion for Preliminary Injunction to Permit the Return of Daniel H. to the United States (Dkt. 66):
  - Defendants will respond by July 2, 2026;
  - Plaintiffs will file a reply by July 7, 2026.
- Regarding Defendants' forthcoming motion to stay:
  - Defendants will file their motion by June 29, 2026;
  - Plaintiffs will file their opposition by July 9, 2026;

    - Defendants will file a reply by July 14, 2026.

- Defendants' deadline to respond to the Complaint is extended from July 6, 2026 to August 5, 2026.

**SO ORDERED.**

Dated: June 30, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE