USDC- Central District of California

ICWC et al

V            Case #: 2:25-cv-09848

Noem, et al

Confession under penalty of law and request
for assistance as a class member with pending
VAWA and U Visa

FILED
CLERK, U.S. DISTRICT COURT

JUN 26 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Cover page

To:    DHS, OPLA, EOIR, ICE, USDC, etal,

From:  Everson Francis, A206-522-199

Late Return of a prepaid rental car from
Sixt SE/Sixt Car rental which is the result of ICE detention

I rented a car from Sixt car rental and I would always prepay and
return on time, with no issues. It was a continuous thing, which means
I rented, return, and then when return, I rent another.

However, on this last rental that I prepaid for this vehicle as usual
all sorts of things happened, my daughter severed her tongue and it
was hard for the hospital (overlook in Summit, N.J) to find a
surgeon to operate. They found a gentleman who did the work.

Days after, my daughter got some flesh-eating bacteria and was
rushed to Hackensack Hospital in Hackensack, N.J. and this was
scary as it took days for them (hospital) to know which bacteria/virus
it is and then days to recover. It was scary, my daughter's mother
did not follow instruction on ensuring my daughter's hand or mouth is
clean or even properly fed. But this is a problem I had to have
with her for years with our daughter.

During this time, USIS/DHS needed my mother's I-693 and
I found a civil surgeon who required many test which discovered
my mother still have cancer (she was scanned in Columbia).

I had to rush my mother to various medical facilities as required by U.S. Government (DHS/USCIS) and civil surgeon. Separately, try to get my mother into a hospital for the cancer treatment and heart failure and was given different appointments times and locations for life and death matters. I must also say all these were happening at the same time, please see their timeline and the return and date (or of the rented and paid for sixt vehicle correlates. I also contacted sixt, offered to pay the additional fee virtually and or over the phone, they refused and said I can only extend or renew in person but I said I have emergencies and need this accommodation but Sixt SE/sixt car rental began threatening me and said they will report the vehicle stolen (to get me as a Black man killed and tortured by the police) and I immediately contacted the NJ Department of Consumer affairs, FTC and other government regulatory bodies to complain.

I am asking you to demand the telephone, email, text and letters I send to sixt car rental begging for the accommodation and offering additional payments, also to corroborate my complaint with N.J Department of consumer affairs. Does a person who wants to steal a motor vehicle behave this way?

Also during this period my daughter's mother assaulted me (punch me in the stomach and chest, while holding our daughter), days before she grabs my penis outside my home, saying, that our daughter wants us to be back together". It should be on my neighbor's ring door-bell camera. I constantly told her not to come to my home but she still does. All these things happening around the same time.

2

I truly was going through a lot and simply wanted grace and accommodation and instead I got torture from both police department's jurisdictions, then ICE, then EOIR and DHS/USCIS for this detention and numerous assaults and battery from ICE because I said the honorable Judge would not have Ex Parte communication with him (the ICE officer) as he said he did on the phone.

Because of all the abuse from the police and ICE, even from the courts who have delayed releasing me to my family, I wondered if it was worth saving the life of my daughter, mother, sister, etcetera to be tortured after. My answer is yes, even though I know I would be tortured by the Section 8 car rental, police, DHS, ICE, OPLA, EOIR, courts, etcetera, I do know what I did was moral and legal despite the names listed above thing thinking our life means nothing. But one day you will see my family's life means something, even if you don't believe mine does. Even as a VAWA and U Visa applicant with PFD and BFD, I am in ICE Detention of suffering and my family.

ICE Detention have blocked the facility in Elizabeth from giving you addresses to the courts, USCIS offices, government offices and from laws and case law made after January 2025. I had to literally do things to get someone outside to get me information. While in the other facility called Delaney Hall, a case manager provide these.

So as they, ICE, said and did, my transfer to Elizabeth Torture Detention Center is to make my life harder and to torture me. I am suffering enough. Please release me and Expedite approvals.

Case 2:25-cv-09848-AB-AS    Document 77    Filed 06/26/26    Page 5 of 5    Page ID #:2251

Everson Francis (ICE Detainee)
A206-522-199
Elizabeth Detention Center
625 Evans Street
Elizabeth, N.J. 07201

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 26 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**RUSH**

SUB

USDC - Central California
350 W. 1st street
Los Angeles, CA 90012

90012-453699