US District Court - Central California

ICWC, et al.,

v

Noem

Case #: 25-cv-09848

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 9 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Request for immediate Release as a class member based on extreme case and extra-ordinary circumstances and my request for the Court to use the totality of the circumstances in this request as well as the ultra-sensitive petitions doctrine (VAWA, U visa, etcetera applicant) and that I am a person of good moral character.

and

Expedite Request

cover page

From: Everson Francis, A-206-522

This unlawful transfer from low risk to high risk on May 22 to May 29, 2026 (2 days after ICWC v. Noem, 25-CV-09848 injunction order that said I should have been released instead) was done as if to say to the court I will not comply (that is what ICE meant by its action) to torture me more as a victim, to make my situation worse as a U and VAWA victim by putting me with other alleged and convicted murder, rapist, paedophiles, aggravated assaulters and other alleged and convicted vicious people in ICE attempt to kill me and harm me. Then after 7 days, only when I dispute to others, did they come back and said it was an error. It was not an error, it is torture and violation of my constitutional rights that justifies release.

This was extreme and usual and arbitrary, the only remedy is immediate release from ICE tortures and expedite approval of all my USCIS/DHS applications pending, starting 2021 and onwards.

ICE/DHS have assaulted me on numerous occasions in front of cameras, failed to give me appropriate and immediate medical care and did these tortures after being ordered to release by ICWC v. Noem.

As a professional crime and terrorism victim advocate and researcher who hates violence and chaos, I am not a threat to anyone or thing and should be released.

Francis

A-206-522-199

to: EOIR, DHS, USCIS, OPLA, ICE, USDC

From: Everson Francis, A-206-522-199

### Additional evidence of ICE torture

On May 22, 2026, ICE transferred me after slamming my head to the wall and bringing me out a chair the asked me to sit in while my legs shackled, waist shackled, and hands shackled. Please see previous letter about this.

However, I was transferred from Delaney Hall Detention Center to Elizabeth Detention center at about 9pm to about 9am, I was in a jail/prison cell, no windows, no bed, crowded that enough seats weren't available for the crowded cell. This was when I began wishing I was dead or some one would kill me. it was that horrible, this was the definition of torture for small cell, getting packed, no beds, people laying on the floor that is dirty with poop and you can't move, from about 9pm to 9am. I wished I died.

Then, I was assigned a cell with a bed from May 23rd, 2026 to May 29th, 2026 too. On May 29th, 2026, they came to me and said they erroneously placed me in the high risk section, resulting in all the suffering and pain. But the low risk section I am now in is the same. I haven't seen the sun or sky or went outside since May 22, 2026. I prefer death for myself and this is not civil, at all, this is torture. Please release.

Francis

To:    DHS, OPLA, EOIR, ICE, USDC, etal;

From:  Everson Francis, A206-522-199

Late Return of a prepaid rental car from
Sixt's E/sixt car rental which is the result of ICE detention

I rented a car from sixt car rental and I would always prepay and return on time, with no issues. It was a continuous thing, which means I rented, return, and then when return, I rent another.

However, on this last rental that I prepaid for this vehicle as usual, all sorts of things happened, my daughter severed her tongue and it was hard for the hospital (overlook in Summit, NJ) to find a surgeon to operate. They found a gentleman who did the work.

Days after, my daughter got some flesh-eating bacteria and was rushed to Hackensack Hospital in Hackensack, NJ. and this was scary as it took days for them (hospital) to know which bacteria/virus it is and then days to recover. It was scary, my daughter's mother did not follow instruction on ensuring my daughter's hand or mouth is clean or even properly fed. But this is a problem I had to have with her for years with our daughter.

During this time, USIS/DHS needed my mother's I-693 and I found a civil surgeon who required many test which discovered my mother still have cancer (she was scanned in Columbia).

I had to rush my mother to various medical facilities as required by U.S. Government (DHS/USCIS) and civil surgeon. Separately, try to get my mother into a hospital for the cancer treatment and heart failure and was given different appointments times and locations for life and death matters. I must also say all these were happening at the same time, please see their timeline and the return date of the rented and paid for sixt vehicle correlates. I also contacted sixt, offered to pay the additional fee virtually and or over the phone, they refused and said I can only extend or renew in person but I said I have emergencies and need this accommodation but Sixt SE/sixt car rental began threatening me and said they will report the vehicle stolen (to get me as a Black man killed and tortured by the police) and I immediately contacted the NJ Department of Consumer affairs, FTC and other government regulatory bodies to complain.

I am asking you to demand the telephone, email, text and letters I send to sixt car rental begging for the accommodation and offering additional payments, also to corroborate my complaint with N.J department of consumer affair. Does a person who wants to steal a motor vehicle behave this way?

Also during this period my daughter's mother assaulted me (punch me in the stomach and chest, while holding our daughter), days before she grabs my penis outside my home, saying that our daughter wants us to be back together". It should be on my neighbor's ring door-bell camera. I constantly told her not to come to my home but she still does. All these things happening around the same time.

2

My sister who got into an accident while using uber, causing her severe physical injuries (need for hip replacement, herniated disc and more), during this time my sister started mentioning she is suicidal.

The Uber driver contacted us, my sister mainly, and demanded we lie to the police station, insurance, and all authorities saying he is a friend giving my sister a ride to church, and not a uber driver. He constantly did this and in a manner that made my sister felt unsafe ever since and I felt unsafe too as he told her to tell me the same and I heard him on the phone on an occasion soliciting, demanding, and requesting the same. I was also afraid for my children and my household as this uber driver picked my sister up from home to take her to church. My sister ordered the Uber through the app and when this uber driver caused the accident, the first thing he did according to my sister is tell her to lie while my sister couldn't move to leave out the vehicle because of her injuries and shock. These happened before the late return of the vehicle but my sister's mental and emotional Health problems from this incident spiked during that time. I think I submitted evidence of this to the U.S. District Court where the lawsuit is filed about the urgent need to expedite the case and to DHS/USCIS to expedite my immigration applications as I am the one taking care of my practically crippled sister that is suffering severe emotional distress from not only the accident the uber driver caused but his harassment and intimidation for demanding her to lie as a Christian woman heading to church and continuously.

I was and still is the only one in the family taking care of everyone.

I truly was going through a lot and simply wanted grace and accommodation and instead I got torture from both police departments jurisdictions, then I C E, then EOIR and DHS/USCIS for this detention and numerous assaults and battery from ICE because I said the honorable Judge would not have Ex Parte communication with him (the ICE officer) as he said he did on the phone.

Because of all the abuse from the police and ICE, even from the courts who have delayed releasing me to my family, I wondered if it was worth saving the life of my daughter, mother, sister, etcetera to be tortured after. My answer is yes, even though I knew I would be tortured by the sex in rental, police, DHS, ICE, OPLA, EOIR, courts, etcetera, I do know what I did was moral and legal despite the names listed above ~~they~~ thinking our life means nothing. But one day you will see my family's life means something, even if you don't believe mine does. Even as a VAWA and U Visa applicant with PFD and BFD, I am in ICE Detention of suffering and my family.

I CE Detention have blocked the facility in Elizabeth from giving you addresses to the courts, USCIS offices, government offices and from laws and case law made after January 2025. I had to literally do things to get someone outside to get me information. While in the other facility called Delaney Hall, a case manager provide these.

So as they, ICE, said and did, my transfer to Elizabeth Torture Detention Center is to make my life harder and to torture me. I am suffering enough. Please release me and Expedite approvals.

4

Case 2:25-cv-09848-AB-AS   Document 78   Filed 06/29/26   Page 8 of 9   Page ID #:2259

Evensen Francis (Detainee)
A206-522-199
625 Evans street (Elizabeth Detention Center)
Elizabeth, N.J. 07201



DV DANIELS NJ  O
23 JUN 2026   PM 8

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 9 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

(AB)

USDC - Central California
US District Court
3470  12th street
Riverside, CA 92501

92501-380170