USDC-Central California

FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ICWC

        V                    Case #: 25-cv-09848-AB

Noem

        Emergency submission as a class member

                    of

My case being extreme and of the extra-ordinary circumstances in my case as a VAWA, and U petitioner in ICE/DHS detention

To: USDC, DHS, ICE, USCIS
From: Eobsan Jravis, A206522199

<u>Evidence of</u> Extreme Care and extra-ordinary circumstances that justify my immediate release from ICE after being detained for over 2 months now.

This is not a civil detention, it is torture. I wish death on myself. When in pain and no doctor is available, they send me back without even attempting to help. Saying I must wait for a doctor.

I said I am itching as a result of the water and not having access to lotion or the right time, they send me back to my cell out of medical as they (she) said I have to wait until a doctor comes, maybe one will come the next day, I have been suffering ever since. It is 2 weeks or more now.

ICE while shackling me caused the heavy metal chain to crush my testicles causing me to bleed while urinating, severe pain and swelling and I told them that again that day of my skin itching and they ignored saying no doctor is present.

In what feels like torture and punishment for wanting to see a doctor, they keep you in a small and often shared cell, waiting for often times, an hour a heavy (during count) with no toilet, or water or space to sit, in a tiny cell, often with too many people and locked in. This is punishment for wanting medical care.

Page A
Page A

This is not civil Detention at all, this is torture, and the worse part is, the district court does not have enough to act fast and the I.J keeps saying it has no jurisdiction to issue any Bonds or release.

You are also tortured if you decide to go to immigration court at this facility in Elizabeth torture Detention Center, they put you to wait in a cell, ploaded with people, for hours, no toilet paper, no water to drink, no access to food, Male, no privacy at all to use the bathroom and hard metal bench. At the Delaney hall, you are kept in a room with the door open, a tv, ICE water to drink, with plastic cups and only a few people at a time. It wasn't great at Delaney Hall but I mention them to show the difference.

I have not breathe fresh air since getting to Elizabeth Torture Detention Center and the purpose for ICE to transfer me to this facility to torture me has been accomplished. I wish death on myself. I pray no one else, no other unlawfully detained person, experience this torture from DHS and the courts who is allowing it.

Since May 20, 2026 in the injunction of ICWC V Noem I should have been released as a victim of abuse (Domestic) and as a victim of qualifying crimes (please see pending I-360 VAWA, I-918, I-140 NIW that detail my victimizations in USA) but to this day ICE/DHS has NOT complied with the court's orders and I am still here being tortured and threatened with out of state transfer and solitary confinement if I mention the past is horrible, etc.

page B

The U.S. DoJ said based on my claims that they can verify, that I am entitled to compensation/monetary damages but that is not all I deserve but should be given a I-918 supplement B to approve an I-918 based on these facts, immediate release and binding promise to not detain me again (without due process and not in the near future), sufficient compensation and to help others like me get the same based on fairness.

On May 22, 2026, when ICE transferred me from another facility to this, Elizabeth Torture Detention Center, about 2 days after ICWC V. Nieem ordered ICE/DHS/US DOJ to release me as a class member of VAWA and others, ICE instead assaulted me, slam my head against wall, drag me out of a chair they told me to sit in and I complied and without asking me to get up, while I am shackled, legs, waist and hands, the officer in rage dragged me out the chair causing me neck pain, arm pain, head pain and back pain, it is now 06/22/2026 and I have not gotten any medical care for this while I tell everyone I can about this, even the medical workers they did not even put it in the medical records and ignore my numerous messages on the Tablet about this.

Even the district court I am notifying for weeks now have ignored this, took no action (did not release me or do anything at all) because we aren't human to anyone and I prefer to not exist in a world like this, if I can't be where my ~~boms~~ home is here in U.S.A for over 23 years, 3 USC Children, so I am asking God to take action as I am doing all I can morally and legally do inside ICE numerous places of torture. I will stay moral no matter what.

page C

I must also mention at the Elizabeth Torture Detention Center there are no case workers the staff here said they are not authorized to give us address of court, DHS, USCIS, etcetera.

Here, they also said they can not print or provide you (us detainees) with access to any recent laws or regulations and must await until ICE provide them with up to date books and textbooks which seems to be last updated 2020. This was why I had to beg someone from the outside to loan us information pertaining to VAWA, U, and Victim rights in immigration and in about June 9, 2026 I learned about ICWC v. Noem injunction. As ICE/DHS is actively blocking us (detainees) ~~from~~ from current laws, regulations and protection.

In the other facility, the case worker print the information you ask for ~~at listing~~ pertaining to immigration law. So/ef/s/ I am being tortured, blocked and prevented from making a case as a Pro se.

Please Release me. Please

page D

Emergency Application

To:     EOIR, OPLA, ICE, USDC, DHS, U.S. Whitehouse, DHS-OIG, et al,
From:   Everson Francis, A206-522-199

Emergency Request to be released from all Detention, Request for all my USCIS applications to be expedited (I-360 VAWA, I-918(U), I-140 NIW, both I-485, I-192, and all other)

and

Request to use "Totality of the circumstance" in all parts of my requests, applications, and cases and to apply "Ultra-sensitive petitions" to my requests, applications and cases (in accordance with the intent and law of VAWA, U and recent decision) injunction in ICWC v. Noem (25-CV-09848).

as

My case and situation is an extreme case with extra-ordinary circumstances, that justifies release (immediate) and approval of all applications of mine. Please Help all the other detainees too!

Emergency Requests

To: DHS, ICE, EOIR, USDC, OPLA, USCIS

From: Everson Francis, A-206-522-199

Emergency request for Release based on flu and measles outbreak on military bases, which means ICE Detention Centers (us) are at higher risk and there is a record number of unvaccinated people according to U.S. Department of Health

This high risk of two (2) diseases and as a ultra-sensitive petitioner according to VAWA, U, APA, ICWC v. Nielsen, with DHS (USCIS, ICE, OPLA, etc etc) and Executive Branch of the US Government (USDOJ, EOIR, etc etc) having knowledge of my sensitivities before ICE arrested, detain up and persecution/prosecution of me.

As an immigration detainee of civil immigration prosecution, this is exactly one of extreme cases that applies to section 2241. Habeas jurisdiction over condition of confinement claims applies to extreme case and extra-ordinary circumstances like this one (separately) and based on the totality of my circumstances).

Please release me. I need to take mommy for cancer and stroke treatment. She haven't gone since ICE detained me. I am the only one who takes her.



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br><br>    FRANCIS, EVERSON ROWSON<br><br>To:<br><br>    FRANCIS, EVERSON ROWSON<br>    ECDF<br>    625 EVANS ST<br>    ELIZABETH, NJ 07201 | A-Number:<br>206-522-199<br>Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>06/11/2026 |

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑   Denied, because
    Court lacks jurisdiction.


☐   Granted. It is ordered that Respondent be:
    ☐   released from custody on his own recognizance.
    ☐   released from custody under bond of $
    ☐   other:


☐   Other:

To    EOIR, DHS, USCIS, OPLA, ICE, USDC

From    Everson Jarvis, A-206-522-199

additional evidence of ICE torture

On May 22, 2026, ICE transferred me after slamming my head to the wall and zipping me out a chair the as ed to me me to sit in while my legs shackled, waist shackled, and hand shackled. Please see previous letter about this.

However, I was transferred from Delaney Hall detention center to Elizabeth detention center at about 9pm to about 9am, I was in a jail/prison cell, no windows, no bed, crowded that enough seats weren't available for the crowded cell. This was when I began uriding, I was scared or someone would kill me. it was that horrible, this was the definition of torture for small cell, getting packed, no beds, people laying on the floor that is dirty with poop and you can't move, from about 9pm to 9am. I wished I died.

Then, I was assigned a cell with a bed from May 23rd, 2026 to May 29th, 2026. On may 29th, 2026, they came to me and said they erroneously placed me in the high ish / section, resulting in all the suffering and pain. But the low ish section I am now in is the same. I haven't seen the sun or sky or went outside since May 22, 2026. I prefer death for myself and this is not civil at all, this is torture. Please release.

Jarvis

To: ECIR, DHS, CPLA, USDC, OUSDOJ?

From: Everson, Junius, A-206-522-199

This unlawful transfer from low risk to high risk on May 22 to May 29, 2026 (2 days after ICWC v. Noem, 25-cv-09848 injunction order that said I should have been released instead) was done as if to say to the court I will not comply (that is what ICE meant by its action) to torture me more as a victim, to make my situation worse as a t and rape victim by putting me with other alleged and convicted murders, rapist, paedophiles, aggravated assaulters and other alleged and convicted vicious people in ICE attempt to kill me and harm me. then after 7 days, only when I disputed to others, did they come back and said it was an error. It was not an error, it is torture and violation of my constitutional rights that justifies release.

This was extreme and unusual and arbitrary, the only remedy is immediate release from ICE tortures and expedite approval of all my USCIS/DHS applications pending, starting 2021 and onwards.

ICE/DHS have assaulted me on numerous occasions in front of cameras, failed to give me appropriate and immediate medical care, and did that torture after being ordered to release by ICWC v. Noem.

(As a professional crime and terrorism victim advocate and researcher who hates violence and class, I am not a threat to anyone or thing and should be released.

Everson

A-206-522-199

To:   DHS, OPLA, EOIR, ICE, USDC, etal;

From:  Everson Francis, A206-522-199

Late Return of a prepaid rental car from
Sixt SE/sixt car rental which is the result of ICE detention.

I rented a car from sixt car rental and I would always prepay and
return on time, with no issues. It was a continuous thing, which means
I rented, return, and then when return, I rent another.

However, on this last rental that I prepaid for this vehicle as usual,
all sorts of things happened, My daughter severed her tongue and it
was hard for the hospital (Overlook in Summit, NJ) to find a
surgeon to operate. They found a gentleman who did the work.

Days after, My daughter got some flesh-eating bacteria and was
rushed to Hackensack Hospital in Hackensack, NJ and this was
scary as it took days for them (hospital) to know which bacteria/virus
it is and then days to recover. It was scary, my daughter's mother
did not follow instruction on ensuring my daughter's mouth is
clean or even properly fed. But this is a problem I had to have
with her for years with our daughter.

During this time, USCIS/DHS needed my mother's I-693 and
I found a civil surgeon who required many test which discovered
my mother still have cancer (she was scanned in Columbia).

1

I had to rush my mother to various medical facilities as required by U.S. Government (DHS/USCIS) and civil surgeon. Separately, try to get my mother into a hospital for the cancer treatment and heart failure and was given different appointments, times and locations for life and death matters. I must also say all these were happening at the same time, please see their timeline and the return late (for) of the rented and paid for sixt vehicle correlates. I also contacted sixt, offered to pay the additional fee virtually and or over the phone, they refused and said I can only extend or renew in person but I said I have emergencies and need this accommodation but Sixt SE/sixt car rental began threatening me and said they will report the vehicle stolen (to get me as a Black man killed and tortured by the police) and I immediately contacted the NJ Department of Consumers affairs, FTC and other government regulatory bodies to complain.

I am asking you to demand the telephone, email, text and letters I send to sixt car rental begging, for the accommodation and offering additional payments, also to validate my complaint with N.J department of consumer affairs. Does a person who wants to steal a motor vehicle behave this way?

Also during this period my daughter's mother assaulted me (punch me in the stomach and chest, while holding our daughter), days before she grabs my penis outside my home, saying that our daughter wants us to be back "Together". It should be on my neighbor's ring door-bell camera. I constantly told her not to come to my home but she still does. All these things happening around the same time.

2

My sister who got into an accident while using uber, causing her severe physical injuries (need for hip replacement, herniated disc and more), during this time my sister started mentioning she is suicidal.

The Uber driver contacted us, my sister mainly, and demanded we lie to the police station, insurance, and all authorities saying he is a friend giving my sister a ride to church, and not a Uber driver. He constantly did this and in a manner that made my sister feel unsafe ever since and I felt unsafe too as he told her to tell me the same and I heard him on the phone on an occasion soliciting, demanding, and requesting the same. I was also afraid for my children and my household as this uber driver picked my sister up from home to take her to church. My sister ordered the Uber through the app and when this uber driver caused the accident, the first thing he did according to my sister is tell her to lie while my sister couldn't move to leave out the vehicle because of her injuries and shock. These happened before the late return of the vehicle but my sister's mental and emotional Health problems from this incident spiked during that time. I think I submitted evidence of this to the U.S. District Court where the lawsuit is filed about the urgent need to expedite the case and to DHS/USCIS to expedite my immigration applications as I am the one taking care of my practically crippled sister that is suffering severe emotional distress from not only the accident the uber driver caused but his harassment and intimidation for demanding her to lie as a Christian woman heading to church and into continuously.

I was and still is the only one in the family taking care of everyone.

I truly was going through a lot and simply wanted grace and accommodation and instead I got torture from both police departments' jurisdictions, then ICE, then EOIR and DHS/USCIS for this detention and numerous assaults and battery from ICE because I said the honorable Judge would not have Ex Parte communication with him (the ICE officer) as he said he did on the phone.

Because of all the abuse from the police and ICE, even from the courts who have delayed releasing me to my family, I wondered if it was worth saving the life of my daughter, mother, sister, etcetera to be tortured after. My answer is yes, even though I knew I would be tortured by the detention rental, police, DHS, ICE, OPLA, EOIR, courts, etcetera, I do know what I did was moral and legal despite the names listed above ~~they~~ thinking our life means nothing. But one day you will see my family's life means something, even if you don't believe mine does. Even as a VAWA and U Visa applicant with PFD and BFD, I am in ICE detention of suffering and my family.

ICE detention have blocked the facility in Elizabeth from giving you address to the courts, USCIS offices, government offices and from laws and case law made after January 2025. I had to literally do things to get someone outside to get me information. While in the other facility called Delaney Hall, a case manager outside these.

So as they, ICE, said and did, my transfer to Elizabeth Torture Detention Center is to make my life harder and to torture me. I am suffering enough. Please release me and Expedite approvals.

