CERTIFICATE OF INTERPRETATION

My name is ___Jennifer Nicole Evergin___ and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: ___06/25/2026___                    *Jennifer Nicole Evergin*