USDC—Central District of California

CLERK, U.S. DISTRICT COURT

JUL - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ICWC, et al

V

Case#: 25-CV-09848

Noem. Et al

Judge: The Right Honorable

Class Member urgent Request for
Emergent Preliminary Relief

TO: USDC, EOIR, OPLA, ICE, USDOJ, DHS, US Congress, WHITEHOUSE
From: Everson Francis, A-206-522-199

**Habeas Corpus—Congress intended to expeditiously resolve habeas petitions
&
Laken Riley (even though not applicable to my case as I entered the US lawfully as B-1/B-2 then
switched to F-1 student in 2003 & lives in the US ever since) congress intended for DHS &
USDOJ to investigate (apply a crime victim approach that makes stopping criminality as
important as protecting victims) the charges & convictions against the alien to determine whether
such was a result of abuse/victimization of the alien before Laken Riley act of mandatory
detention could be constitutionally tolerated as mandated in Federal Crime Victim Constitutional
rights, VAWA, National and International human rights and crime victims treaties & laws or else
Laken Riley Act application in that case would be unconstitutional and is unconstitutional when
used in those cases described in ICE directive 11005.3 or ICWC v Noem, etcetera**

Now comes Petitioner with the request for the court to acknowledge the urgency of the Habeas Corpus, as I am in custody that gives jurisdiction to this honorable court under 28 USC section 2241 (c).

Petitioner concurrently filed for an OSC (expedited decision) of the Habeas petition under 28 USC section 2243 (made to be part of the habeas request) which requires that where a petition for writ of habeas corpus has been filed, the court must grant the petition or issue an OSC to the respondents "forthwith". I am humbly asking this honorable court to grant immediate release of me & all other relief.

Respondents did not respond in 3 to 20 days in violation of law & did not show good cause for any additional time, and the court did not give respondents additional time and for this reason, the respondents' answer should be stricken/terminated and respondents not made to participate & for me to be granted immediate release for respondents' failure to respond as it is also clear I qualify for granting of the habeas & is also suffering irreparable & severe harms that I know this honorable court can urgently mitigate in this petition by releasing me urgently.

Please expedite release so I can take care of my daughter who is being abused, take my mother to cancer & stroke treatment who haven't gone since I am detained by ICE (since April 2026 in which she gets treatment about every 14 days). I am still working on my crime victim US (U) visa, VAWA & NIW that needs my tending too while I am outside & I want to inform this honorable court that as of June 17, 2026 the hold barring people with an Antiguan & Barbudan passport from getting US immigration benefits has been lifted, so my applications with USCIS have gone back into "being reviewed" according to USCIS customer service & that I am still in authorize stay status (based on pending I-485s, BFD, PFD, etcetera) since 2021 since I first applied for these since entering the US on 04/09/2003 on B-1/B-2 (visitor's visa) & lived/resided in the US from that day until current on this & other status being listed here.

In about December 2003, I switched to F-1 (student visa) to get my advance US education (see NIW). My advance parole (advance permission to travel abroad travel card issued to me by USCIS) & work authorizations cards are still valid since being issued in 2021 & constantly being timely renewed before expiration up to 2029. At no time during 2021 to 2026 (as the time of writing this) was I without a valid advance parole card that allows me to keep my US authorize stay status & other legal status when I travel outside the US & return as I did in 2024 because of stress from the abuse of my USC child & myself from her USC mother & secondarily for the funeral of my great primary school teacher. I even

contacted CBP before I traveled in 2024 and asked would it be a problem for me to travel with my advance parole and their response was that decision can only be made upon your return by an officer at the airport with my advance parole and passport presented (thank God I had both, I actually had all the advance parole & work authorization cards with me when I arrived at Newark International airport in which you can't enter an airplane without proper entry documents as I had and still have when I boarded the plane to go to Antigua & Barbuda & upon my return). Thank God I sent that message via email to CBP as proof that I traveled with valid US issued travel documents & a valid Antigua & Barbuda passport & information about covid-19 shot requirements & traveled with my advance parole card despite the blatant lies of the respondents that is intentionally because they literally made the record & have full access to their own record.

But still blatantly lying. This clearly shows that I am unlawfully detained and that 8 USC section 1226 (c) does not at all applies to me. I entered the US lawfully and all charges criminal charges against me (a VAWA, U and NIW applicant) for a contract breach to save the live of my USC daughter, LPR mother, USC sister, retired police officer father (he died days after and I haven't gotten to mourn my father because of these charges that are now dismissed I heard and now this ICE detention).

Why the respondents for efficiency and justice sake subpoena sixt car rental for the payment history of mine, business account access of mine and recorded phone calls, text and emails from me saying I have an emergency and begging them to extend the contract without having me come in physically as usual but they responded (on the recorded line) they will not extend unless I do it in person and refuse to take the additional payment for the extension that I constantly beg them to take over the recorded phone line for "quality assurance", the email and text I sent begging for the same sixt car rental to grant me the accommodation so I can simply deal with my daughter's urgent medical and abuse situation.

While at it, why don't the respondents who are task with investigating not get the medical records for my USC daughter, LPR mother, USC sister, father for the same exact period but they won't because I submitted them to the respondents (DHS: USCIS/ICE/AAO/OPLA) before ICE detained & began torturing me to show DHS the seriousness of the abuse, the urgency of expediting my immigration applications & frankly, hoping that if ICE was considering to detain & torture me they would see that I am innocent & should not be detained, that is why I wasn't as afraid as I would have normally be when ICE detained me as I had some hope DHS would look at my VAWA, U & NIW file to see.

But I see there is no honor & justice that exist in these agencies anymore. Just blatant violation of international treaties on how to treat crime and terrorism victims, violation of VAWA, ICE and all other government agencies' directive set forth in 11005.3 and violation of injunction of ICWC V NOEM, all other recent injunctions in New York US District court & US Northern California District court & **the unconstitutional basis of the US government failing to investigate criminal charges or convictions to determine whether the charges or convictions stemmed from the immigrants/alien being abused/victimized before applying Laken Riley act to them.**

I pray for this honorable court to grant immediate release of me, order ICE/OPLA/DHS/USDOJ/EOIR to NOT transfer me out of state & to a worse detention torture place than the one I am already in, order ICE to use crime victim approach & look into criminal charges of people they want to detain or have detained under Laken Riley act (especially those with pending victim base immigration applications to ensure it is not the abuse causing the criminal charges or conviction), & provide a method to enforce all these nationwide injunctions as I promise you that DHS:OPLA, ICE, CBP, & USDOJ & EOIR are not enforcing or doing them and release qualifying persons.

To: EOIR, USCIS, DHS, ICE, OPLA, USDOJ, et al
From: Everson Francis (ICE detainee), A-206-522-199

**EMERGENCY APPLICATION--Being tortured when I decide to see the IJ & medical care**

06/25/2026, I have immigration court for 8:30am. The torture detention facility staff got me from the dungeon about 7:30am and placed me with about 13 people (high risk included) in a small cell with not enough bench & a detainee with a wheelchair making the small place even more tight & uncomfortable for all of us, including the wheelchair gentleman (fellow detainee).

The small cell is locked, got extremely hotter, crammed, with no water or toilet paper & no fresh air, mold growing on the air-vent (I complained & the mold and dust is still right where it was on 06/11/2026, they did nothing about it). Just like everyone and entity with power that I notified, as we are just cockroaches to every entity we are seeking redress & relief from. Have some kind of heart & humanity.

I couldn't breath in that cramped hot small cell. I had and is having chest pain, coughing, head-ache, claustrophobia. They keep us in this smaller & more torturous cell when it is time to see the judge & a similar but extremely smaller one when we want medical, which clearly is meant to severely punish & torture us (including me) for wanting to exercise my constitutional, VAWA, U crime victim visa, & APA rights in the civil/administrative immigration proceedings.

We are (I am) waiting for hours on this day, 06/25/2026 (like the past) & the Immigration judge (IJ) haven't arrived. They specifically would put me last (heard in one situation, she, the court administrator/clerk said, "bring him last" referring to me). I was telling a fellow inmate/torture victim that I heard what she said & said what she said to the other inmate, the male torture facility worker open the door & said it is because they have lawyers, I asked a few that went before me & they said they do not have any attorney. This occurred on the court date on June 11, 2026. But on this court date on 06/25/2026, we are waiting for hours & the judge did not arrive. Every time I go into that smaller and more torturous cell I cough for days & today, have an intense chest pain, in the middle of my chest, & even hurt to the touch, as if someone hit me in the chest with an a hammer. It truly hurts so much.

We are waiting for the IJ who haven't arrived yet, I will be last like always (as I can't afford an attorney because of abuse from my USC daughter's mother, medical bills from her abuse of me and our USC daughter, my mother's cancer and stroke bills, money I owe my mother & father for college expenses, my sister reliance on me because she is severely injured from Uber car accident & not working, credit car bills now over $250,000, about $1,000,000 in student loans, etcetera. )

However, this torture intensifies when it is court time & medical visits. This is intentionally done to us (me) so we (I) do not want to see the judge & get medical care as if you do, you are placed in a small cell, for hours, no access to water or toilet paper (having to use the toilet in a crammed room with even less privacy) often with too many people (high risk included) or solitary confinement, mold & high levels of dust on & around the vent.

Everything about this is punitive, torturing, cruel, unusual punishment & become even more outrageous/egregious, especially during critical times for court & medical. **Please EXPEDITE RELEASE OF ME, APPROVAL OF ALL MY APPLICATIONS & ALL OTHER RELIEFS.**

## EXPEDITE REQUEST
for
Everson Francis (A-206-522-199)

I am writing to request for DHS/USCIS (or those with authority like EOIR, OPLA, DHS, USDC, USDOJ, etcetera to press DHS/USCIS to press) for expedite approval of all my pending applications, especially for I-918 & I-192, as well as all of my other applications based on all the previous expedite request & evidence submitted since my application was on hold since January 2025 as a result of Antigua & Barbuda (birth place) being on the list of countries that President Trump stopped issuing all immigration benefits.

I am learning today, June 24, 2026 that Antigua & Barbuda was removed from that list & now I am asking USCIS to expedite approval of my applications based on previously submitted expedite request that includes but is not limited to my USC daughter being abused by her USC mother, my USC daughter completely severed her tongue & then getting a flesh-eating bacteria, etcetera. And the fact I want to get out of ICE detention being here as a result of domestic abuse and other victimization I am suffering from and the abuse became worse while in ICE custody as I was constantly assaulted and tortured by DHS/ICE.

I am asking for expedite request based on my mother having cancer (I take her every 14 days for cancer treatment & need immigration status security/protection). My mother just got stroke (please see all these medical records already submitted in all my applications to various USCIS locations in charge of each of my applications that includes but is not limited to I-918, I-360VAWA, I-140NIW, I-485 (2 of which pending since about 2021) & advance parole & work authorization approved & constantly renewed since 2021 but I need the principal applications approval for legal defense from ICE torture punitive detention).

It is not just my USC daughter that is being abused by her USC mother but she is abusing me too. Please see her text messages to me asking me why I don't hit her back or get physical with her when she hits me & she asking me, "do you even know how to fight?" as I never get violent & that she wants a man who does. Please see those text messages submitted to USCIS but was ignored because of the Presidential Proclamation . My daughter's life & future is literally at stake & there are more abuse of my child & me that I am too ashamed to mention here from her USC mother.

Please see all the previously submitted EXPEDITE REQUEST & EXHIBITS that corroborate everything for years & the recent assaults & battery that I'm a victim of & made police report in which I'm a victim/witness but now missing, beyond my control, court because of DHS/ICE unlawful torture detention of me. My USC family needs me & my mother hasn't gotten cancer & stroke treatment since ICE unlawfully detained me & ignore the court orders in ICWC V Noem & others that ordered DHS/ICE to release me as a victim with no criminal  records with pending VAWA & U applications.

My USC children needs me, my LPR mother, USC sister, USC medical doctor brother, his 5 USC children (my nephews & nieces) & his USC wife, my USC uncle who co-signed over $300,000 (with interest it is $1,000,000 & does not include those fees paid from cash help from mother, father, neighbor & others who offered some help to me to attend school) worth of student loan for me is also sick & needs me. I am taking care of my family & living the right way with AAS, BA, MA & JD with a Crime Victim Advocacy & Research endeavor (see my submitted NIW about my victim advocacy & assistance organisation for Americans abroad, the services I needed while viciously victimized in the US but no one helped me. I also provide the same service to visitor's to the US who are victimized



while visiting the US (usually international students)). I am registered with the Bar & signed up to take the Bar/law exam in California in July 2026. Please release me.



To: EOIR, USCIS, DHS, ICE, OPLA, USDOJ, et al
From: Everson Francis (DHS, ICE, CORECIVIC & GEO detainee torture victim), A-206-522-199

**The court just do not understand or want to understand and appreciate the truth, if it did, people wouldn't be waiting for weeks on a decision to be released**

On 06/28/2026, I expressed to the assistant warden about receiving the exhibits (medical records) from the US government (USDOJ & DHS/OPLA) showing that I was prescribed bottled water as a result of my allergic & painful reaction to drinking tap water with fluoride, chlorine, bleach & whatever else chemical inside & this assistant warden look at me & say we, Elizabeth Torture Detention Center, will not be providing you with any bottle water & we do not care about what your (my) medical records says that was sent to me by USDOJ & OPLA. This was said to me about 8:15am on Sunday morning, 06/28/2026. She said I must buy water on commissary.

I am telling this court, what is on paper (the ones that are not fake, altered and perjured as provided by the government) is not reality just like the ones that are fake, altered and perjured presented by the government. But who is going to believe a detainee over the US Government? Who is going to stand up for a detainee? Who is going to expedite their decision to eliminate the suffering and rule in accordance with justice? Especially when you are black and believed to be "from shit hole countries", "eating cats" & "low IQ" etcetera. I understand why this torture detention staff treat us like nothing, care nothing about our crime victim status and do their job very well, torturing. I even understand why the court and even DHS delay vital life savings decisions on our applications that could save us from this torture, as we are nothing. Knowing the law is worthless in here. Core Civic & GEO are evil & is breaking US & state law that includes breaking constitutional & tort law.

They even said when the librarian is not around, the library will not be open, so imagine when she goes on holidays & on weekends, I, pro se, have no access at all because they keep saying Ms. Beasley is not here. It is like no one else can open a library door & allow you to read & write, only Ms. Beasley can.

I am not allowed to work on my case (due process violation), especially on weekends and as a Pro Se Core civic and GEO are evil. I am not allowed to get access to up-to-date legal information (nothing on vawa or U or recent injunctions that benefits victims of qualifying crimes like me). Mails complaining about the facility is stolen and not delivered to courts and regulators (violation of federal law). They even said they are not allowed to give court addresses or any government address when you ask to mail letters and applications. While working on my case, I must stop and be in the metal and hard thing we are forced to sleep in, for about 1 hour each time, for about 6 times a day, so about 6 hours a day we are imprisoned inside a prison inside a prison for something called counting.

At all times the detainees are wrong, at no time they take complaints & fix any problems but surround you with officers, like a criminal, threatening you with harm and escalating the situation into intimidation, threat of force or physical punishment, solitary confinement, etcetera. I pray someone will soon prosecute the prosecutors & torturers. One day the nobodies like me will be somebody, maybe.

Even with exhibits from the US Department of Justice & OPLA saying that I must get bottled water, the helm of a torture detention center, is refusing to comply with the medical order stating that I should have bottled water. Imagine what we go through where there are no cameras. Imagine the torture & unconstitutional acts. The staff don't ask questions, they attack immediately and at no time is a detainee right. Even stating their policies trumps US & state law. Even that they stated & on multiple occasions, the assistant warden did on 06/28/2026 again.

To: USCIS, EOIR, ICE, DHS, USDC, OPLA, USDOJ
From: Everson Francis, A206-522-199

## More Torture on 06/25/2026 (these are on camera)

I just came from IJ court located in Elizabeth ICE torture detention Center, I did not get to eat lunch and went to ask the female officer/security assigned to the dungeon/cell that I am in and she responded she is not providing me with any lunch. I was locked in a cell waiting for my turn to see the IJ, I couldn't help missing lunch. They could have left me to eat the lunch instead of putting me in a cell to wait for the judge to call me, which did not happen immediately, so I could have eaten. After court, when I was returned to the main cell where they put me to exist, I told the officer I did not get to eat lunch, the officer refuse to get the lunch I missed. I do not know if she will change her mind but it is about 2:15pm on June 25, 2025. I am starving.

Separately, while in the cell waiting for my turn to see a judge (06/25/2026), a detainee called out & hit the door of the small torture chamber cell we were in to get the attention of the officer/security to request paper (toilet paper) & the officer/security told the other officer, just ignore them, this occurred while we are in that horrific cell I described in another correspondence, the one you must wait in to see the judge that is punitive and horrific.

The same officer that gets upset when I take my logically and legally relevant paperwork to my immigration court matter (uscis vawa, U, I-485 receipts, etcetera) to court as I am Pro SE (self represented). He also said not to bring any pen as he will give me a pen but when I asked him in court today, he said he does not have any pens. The officer with the African accent and glasses.

## Medical record release forgery or Deceit by the US Government (ICE, et al)

While writing this, mail came and I saw that my signature was on a medical records release form, I never signed such document giving permission to any medical provider (during my ICE torture and detention) to release my medical records, especially to DHS/ICE, OPLA, USDOJ. This signature was acquired unlawfully through forgery or deception (they are questioning my capacity but is relying on the same capacity for the medical records release). However, I did not knowingly and voluntarily (Volenti non fit injuria) sign that document and it is highly likely that I did not sign it.

For the reason mentioned here, EOIR, USDC, OPLA, ICE, DHS, and no one should release, accept and rely on such private medical records that was unlawfully acquired by the government. I would never sign and at no time did the US government provided me with an attorney during their torture, detention, abuse, assault, kidnapping, false imprisonment, starvation, and theft of my identity. No person should be considered to have acted knowingly, and voluntarily in such situation. But they, the US government, will continue to behave this way because the courts have condone and left these conduct without corrections and sanctions. These evidence are inadmissible and all evidence derived from them are fruits of the poisonous and torture tree.

I am so sorry for my family and those other innocent families. I pray in Jesus name for his blessing for all of us throughout this time. I know I may never get justice now as everyone in authority fear what they fear.

Urgently
/s/Everson Francis

Elwan Francu (ICE Detaince)
A-206-522-199
Elizabeth torture Detention Center
625 Evans Street
Elizabeth, N.J. 07201

SUB
RUSH

DV DANIELS NJ
30 JUN 2026 PM

RECEIVED
CLERK U.S. DISTRICT COURT

JUL 16 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. District Court
Central California
350 W 1st street
Los Angeles, CA 90012

90012-459525