US District Court

ICWC, et al.,

        Petitioner

V

Noem, et al.

        Respondents

Case#: 2:25-CV-09848-AB-AS

Judge: The Right Honorable Judge

## EMERGENCY APPLICATION FOR PRELIMINARY EMERGENCY INJUNCTIONS AS A CLASS MEMBER:

URGENT REQUEST TO BE RELEASED FROM SOLITARY TORTURE DETENTION & FOR ICE DETENTION FACILITY TO STOP USING THIS AGAINST ME & OTHER DETAINEES. THE OTHER DETAINEE IN THE OTHER ISOLATION DUNGEON CELL TRIED TO KILL HIMSELF. HE MAY BE DEAD. IT IS JUST ME DOWN THERE NOW EVEN THOUGH WE WERE IN DIFFERENT AND APART CELLS, WITH NO WINDOWS OR ABILITY TO SEE EACH OTHER.

I HAVE PENDING VAWA, U VISA PETITIONS AND WAS BEATENED AND ASSAULTED BY ICE AND ICE DETENTION WORKERS.

PLEASE DO SOMETHING YOUR HONORABLE JUDGE. PLEASE. THESE KINDS OF PUNISHMENT SHOULD NOT BE USED IN CIVIL IMMIGRATION MATTERS. IT IS CRUEL AND UNSUAL.

FILED
CLERK, U.S. DISTRICT COURT

JUL 13 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: USCIS, EOIR, ICE, DHS, USDC, OPLA, USDOJ, News agencies, government officials,
From: Everson Francis, A206-522-199

**URGENT REQUEST FOR HELP (ICE Solitary confinement punishment & another person in ICE solitary confinement at the same time as me but in different & apart dungeons tried to KILL himself by hanging, he may be dead at the hospital). PLEASE HELP US. I can't take no more**

I am asking for urgent help. I was placed in solitary confinement in ICE Elizabeth Detention facility, in a small cell, with feces on the wall, smell of feces, no ability to see anyone or interact with anyone. It is all walls, no windows & I was sentenced here for 14 days because I did not lay down when told to lay down at about 8:15am (1 hour after being force to wake up to eat breakfast) on 07/06/2026. I was up preparing for immigration court while detained by ICE & had a M.A.M hearing in immigration court located at the torture detention center that same day & also scheduled to hear a decision of my petition filed in federal court scheduled on that same day (I have been waiting for months for this urgent decision & still no decision yet for this emergency application to avoid these same irreparable & severe harms).

I am still in this isolation cell, on 07/09/2026, as I write this. The other isolation/solitary torture cell, on the other side, had one other person inside, and he attempted to kill himself by hanging on 07/08/2026. This place is hell. Nobody is meant to survive this cruel punishment. Please help us. He is in the hospital or dead now. I am the only person in the dungeon, but when he was there he was in another cell, no windows, nothing.

These isolation cells are torture, cruel, unusual, not proportionate and evil for a civil immigration matter and never to be used for this civil immigration matter. I simply did not lay down as ordered to stop working on my case and lay down in the hard steel framed thing they called a bed that has damaged my leg (as I am longer than the bed with steel at the end rising up) and damaging my back because it is hard steel I am laying on. I am not an animal and even to animals it would be torture.

I just wanted to work on my immigration case because I had a M.A.M hearing that same day in hours & I begged the facility to provide me with law library access & they refused in violation of law like NDC, etcetera. The law says law library/legal resources should be available 7 days a week (even on holidays & weekends, & for no less than 15 hours per week, I have never gotten this from this facility). I was punished for simply working on my immigration case as I have no attorney.

The M.A.M hearing was scary to me because the only thing I knew about it at the time was that the government used it to say the person is crazy in an attempt to keep them detained for years & to deny immigration benefits under some mental defect inadmissibility grounds. I was so scared they would make me look crazy & lie on me like they lied on documents & in previous immigration proceedings against me saying I have no USC children (I have 3) when they verified I do.

USCIS is also untruthfully saying I came to the US in 2024 when they know I came in April 9, 2003. saying I came into the country illegally when they know I came on a valid B-1/B-2 visitors visa & in December 2003 changed to a student visa (F-1 for duration of stay limit) & graduated Michigan State University in 2006 then proceeded to doing my masters. Then attending law school, then applying for adjustment of status that are still pending to this day. I have been living in the US from 04/09/2003 until currently.

DHS/OPLA is even saying to the IJ that I have no pending applications when they know I have pending

I-918 (crime victim U visa applications pending starting 2021 which have given me advance parole/travel document and work authorization & BFD). I also have pending VAWA with approved PFD, advance parole & work authorization and pending I-485 (adjustment of status) pending since 2021 (given me authorized stay since then). My work authorization & advance parole for each category has all been approved & renewed over & over & extended until 2029.

I also have an EB-2NIW application with concurrently filed I-485 (adjustment of status) pending since about 2021. Advance parole/travel document & work authorization approved & constantly renewed & extended until 2029. But DHS/OPLA lies to the immigration judge about these facts.

I am begging for someone to help me, please release me from ICE & release me from solitary confinement, it has no place in civil immigration matters and certainly should not be a punishment for a person who simply was doing his legal work who simply did not lay down immediately as told on a day I practically had 2 courts that will decide my faith. I am begging the world, courts, government officials for urgent help. Please.

I am being tortured. I am a victim of qualifying and horrible crimes with pending I-918 (U visa) & I-360 (VAWA) & I am protected under ICWC V Noem but have not been released but instead being tortured. They are not complying with court orders, the court orders are not being enforced & the courts are not doing anything to ensure they are enforced. The court orders are not reality for us detained in ICE facilities. Immigration judges (EOIR) & DHS/OPLA prosecutors are actually working together as a team (they are under the executive branch and complying with their boss's order as they have the same executive boss).

Urgently
/s/Everson Francis

Case 2:25-cv-09848-AB-AS    Document 84    Filed 07/13/26    Page 4 of 5    Page ID #:2352

Everson Francis
A206522199
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07201

DV DANIELS NJ   070

10 JUL 2026   PM 5   L

RUSH

Rush

Expedite Request - Preliminary Injunction
U.S. District Court - Emergency
255 East temple street, rm 180
Los Angeles, CA 90012

90012-333432