USDC - Central District of California

ICWC
V
Noem

Case#: 2:25-CV-09848-AB-AS



FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Emergency application for Injunction as a class member with sending I-918 (U visa), I-360 VAWA and approved BFD and PFD

I am detained by ICE and was placed in solitary confinement since 07/06/2026 until until 07/19/2026 because I failed to lay down as I was told because I was working on my Immigration case as I am Pro se and court was at 1 pm that same day of 07/06/2026 at Elizabeth Detention and torture Center. at 8:15 am, they demanded I stop working on My case but I had a M.A.M hearing and the only thing I knew about it then was the government use it to say you are crazy to keep you in detention for years and to deny your USCIS applications saying you are crazy. So, I was nervous and was racing to learn and prepare because they refuse to allow us internet time on say.

However, the guy in the solitary confinement cell over the other side of mine tried to kill himself by hanging. He may be dead now. It Happened today 07/08/2026. I am begging you to order ICE to release me or remove me from this hell of solitary confinement. I will not mentally survive this.

Please Help me.

A-206-522-199



Case 2:25-cv-09848-AB-AS     Document 85     Filed 07/13/26     Page 2 of 3     Page ID #:2355

Everson Francis (ICE Detainee)
A206 522-199
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07932

DV DANIELS NJ 070

9 JUL 2026   PM 3  L

Freedom
250

PURPLE HEART
FOR EVER US

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 1 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Expedite Request — USDC
Central District of California
US District Court
255 East Temple street
Los Angeles, C.A. 90012

90012-333299