*manner by ICE/DHS with pending VAWA and U*

USDC - Central District of California

ICWC, et al

V

Noem, et al

Case #: 2:25-CV-09848

FILED
CLERK, U.S. DISTRICT COURT

6/18/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ang _____ DEPUTY

Request to join suit, notifying this court that I, EVERSON FRANCIS, A206522199, is a class member (pending VAWA and U visa application and detained by ICE/DHS/OPLA/EO3 and Request for Injunctive relief to be released immediately)

I am writing for the above reasons to this court and to also inform the court that ICE, OPLA and DHS are Executive branch of government are all defying the courts order by not applying the Victim Centered approach when detaining, transferring and reviewing those who are already detained request to be released.

I am not a national security risk, I am not a threat to public safety and I have 2 victim based applications (VAWA (since 2025) and U crime victim visa (since 2021). I have PFD and BFD. I also have work authorization and advance parole from both categories (two sets).

Please add me to the mailing list and also please have mercy and order me release. My current mailing address is Everson Francis, A206522199, Elizabeth Torture Detention Center, 625 Evans Street, Elizabeth, N.J. 07201.

This have caused me to miss or will not be prepared to take the July 2026 Bar exam in California. Please cancel this exam for me. Please give me full refund. If I am also mailing to the wrong U.S District Court (it should be the Central District of California), please forward this correspondence there.

Please Help me with all of the above and all others appropriate. Thanks and Mercy

EVERSON FRANCIS

A206522199

Efferson Francis
A206522199
Elizabeth ICE Torture Detention Center
625 Evans Street
Elizabeth, N.J. 07201

DV DANIELS NJ 070
15 JUN 2026 PM 8 L

**RUSH**

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 1 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

US District Court
Central District of California
350 W. 1st Street
Los Angeles, CA 90012

90012-459525

Case 2:25-cv-09848-AB-AS    Document 86    Filed 06/18/26    Page 2 of 3    Page ID #:2358