USDC - Central District of California

ICWC et al
        V
Noem, et al

Case #: 25-cv-09848 - AB

Detained class member urgent request for release and other equitable remedies

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 - 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

To: USDC, EOIR, USCIS, DHS, OPLA, ICE

From: Evenson Francis, A206-522-199

This is worse than a Civil Detention and a Criminal Detention, it is torture, cruel and unusual

Everyday for about 6 hours we can not get up from the hard iron thing they (ICE Detention) gives us a bed.

Everyday, multiple times a day for about an hour or two, we are not authorized to move from this hard metal that we must lay on that is shorter than most of us where our leg must be on this hard metal bar at the end which causes severe leg pain, blood clot, swelling, etcetera.

Or we sometimes have to bend our body to fit within the metal Box/bed which causes one pain, more pain, to the injuries I already have from ICE assault and battery, to my back, legs, knees, neck. These mandatory daily stay in the metal box (count time) is cruel and unusual, way beyond Civil Detention and is at torture, cruel and unusual.

Yesterday, I told the lady with the warden about the back pain and other pain I have and needing something soft and longer to lay on, she did not care, this occurred occurred about 06/22/2026 at about 11am in torture cell 6. There is a camera there, so it maybe on it.

This is the kind of extreme case and extra-ordinary circumstances to grant release, especially to VAWA and U applicants in light of ICWC v. Noem.

Francis

To: ECIR, OPLA, DHS, USCIS, USDC, ICE

From: Everson Francis, A206-522-199

Mandatory detention violates New Jersey state and the U.S. constitution

The immigration court stating, it lacks jurisdiction to give me a bond hearing is placing me in mandatory detention which is unconstitutional in all its forms (mandatory detention). Due process are vital for each person.

The NJ district court finds mandatory detention unlawful in general and so does the 3rd circuit over New Jersey, also decided.

It said it is even more unconstitutional for aliens who are VAWA, U or T visa applicant and it also said it is even more unconstitutional for LPR. But in general it is unconstitutional and more because of the torture in what suppose to be a civil detention, which is now torture.

Wherefore, grant my immediate release. I am no longer subjected to statutory mandatory detention as the first IJ ordered erroneously, but that decision was just change as a new IJ saw I was never should be under Laken Riley act. Release me and others here. Help them, help us all. Please.



**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ELIZABETH IMMIGRATION COURT**

Respondent Name:

FRANCIS, EVERSON ROWSON

To:

FRANCIS, EVERSON ROWSON
ECDF
625 EVANS ST
ELIZABETH, NJ 07201

A-Number:
206-522-199
Riders:
In Custody Redetermination Proceedings

Date:
06/11/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Court lacks jurisdiction.

☐ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☐ released from custody under bond of $
  ☐ other:

☐ Other:

To: EOIR, ICE, DHS, USDC, USCIS

From: Everson Francis, A206-522-199

Request to not be transferred but instead to be released home to New Jersey, USA, to my home to take care of my family

The previous letter comparing one (1) facility with the other to show the other is worse than the other in specific ways wasn't a request for me to return there at Delaney Hall ICE torture Detention but to show ICE does not follow its own detention policies and the intent of transferring me was and is to torture me and sabotage my VAWA, U and all other USCIS applications of mine, like I-485.

I do not want to be detained. I do not want to be transferred or transferred back to Delaney Hall where the white medical doctor laugh and mock you (me) for my sickness and refuse to test you to see if you are really allergic before mocking me. I do not want to go back to that place where ICE assaulted me and the staff at the facility did nothing. I do not want to be there as nurses said I need to be admitted to the hospital but this torture doctor overruled them and said no, causing me to suffer for days and night.

At Delaney Hall, there are no windows to look/peep out from, hammered into a very small room the size of a jail cell with 10 people and no window, no sun, dusty, moldy, and hostile staff. Please just release me, it is affecting my mind and emotions. It is torture.

_Francis_



Everson Francis
A206522199
625 Evans Street
Elizabeth, N.J.
07932

DV DANIELS NJ   070
24 JUN 2026  PM 8  L

Freedom
250

Expedite Request — U.S.D.C
Central District of California
350 West 1st street, suite 4311
Los Angeles, CA 90012

90012-456586