UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   2:25-cv-09848-AB-AS | Date:   July 16, 2026 |
|---|---|

| Title: | *Immigration Center for Women and Children et al v. Kristi Noem, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] ORDER DENYING REQUESTS [Dkt. Nos. 68, 69, 70, 77, 78, 79, 82, 84, 85, 86] AND DIRECTING MATTERS TO CLASS COUNSEL**

The Court has received a number of filings by an individual named Everton Francis who claims to be a member of one of the classes this Court provisionally certified. These filings include requests for Court orders and supporting materials. The Clerk's Office has filed these documents. *See* Dkt. Nos. 68, 69, 70, 77, 78, 79, 82, 84, 85, 86.

Although Everson Francis claims to be a class member, they are not a named party, and counsel has been appointed to represent the classes, so the Court will not act on any of the requests. Therefore, all of the foregoing requests are **DENIED**. Class counsel were appointed to represent the classes, so the Court directs these matters to class counsel.

**IT IS SO ORDERED**.