**DETAINED IN ICE ELIZABETH DETENTION CENTER & ALSO IN SOLITARY TORTURE CONFINEMENT (ATTEMPTED SUICIDE OF ANOTHER DETAINEE IN SOLITARY ALSO)**

US District Court — *Central California*

*ICWC, etal*

Petitioner

V

Case#: 2:25-CV-09848-AB-AS

Judge: The Right Honorable Judge

*Noem, etal*

Respondents

## ORDER TO SHOW CAUSE TO EXPEDITE & APPROVE HABEAS PETITION

FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ Saw _____ DEPUTY

**PLEASE HELP ME. HE TRIED TO KILL HIMSELF IN ICE'S ISOLATION TORTURE DUNGEON WHERE I AM LOCATED IN THE ONE ON THE OTHERSIDE**

To: US District Court Chief Judge & US government officials
From: Everson Francis, A-206-522-199 (ICE detainee), Elizabeth Detention Center, 625 Evan Street, Elizabeth, NJ 07201

I am writing to beg the Chief Judge for US District Court (New Jersey), US Supreme Court, US Circuit Court, and US Legislatures to please order that all Habeas Petitions to be promptly decided. I am also asking for a standing order that applications should be immediately granted no transfer out the state (as you humanely & justly already do) and order no isolation detention of immigrants as they are doing to me (which caused another ICE detainee here to attempt to kill himself by strangulation, I promise you it is torture and you will lose your mind). I literally wish God would take my life right now, as when he does it at least I have a chance of going to heaven, so I wouldn't. Because I did not lay down in bed when ordered to because I am pro SE/self representing in immigration court and my Habeas petition and was working on my court papers for court that was scheduled the same day in a matter of about 3 hours (court is located in the detention and torture center) from the time they are forcing me to lay down.

Please help me. Please expedite approval of my Habeas Corpus to be released from ICE, I am a victim of Domestic Violence wit ha pending VAWA & I was kidnapped at gunpoint, beaten, tied up, strangled until I passed out, while they took everything from my apartment (subject of my US crime victim visa, I-918 that is pending with USCIS since 2021). I am begging for mercy and help. Please help me. Please. I am being literally tortured by ICE in the facility and you can see some of the details of this in my Habeas filed in Newark US district court pending for about 3 months. I am also protected and should be released under ICWC V. Noem but ICE/DHS/EOIR refuse to follow the court's Preliminary Injunction (PI Order).

I have a pending Habeas Corpus (sealed from the public as a victim with VAWA & U petitions) with the Honorable Judge Esther Salas (role-model of mine), I hold a law degree (JD) & it has been pending for about 3 months & no response at all have been had, even after submitting numerous expedite request, order to show cause, motion for summary judgment, motion for default judgment, expedite request, emergency request, etcetera. Please help me. I can't take this confinement & torture anymore. I am a victim of vicious crimes with pending VAWA & U since 2021. Please read below.

**URGENT REQUEST FOR HELP (ICE Solitary confinement punishment & another person in ICE solitary confinement at the same time as me but in different & apart dungeons tried to KILL himself by hanging, he may be dead at the hospital). PLEASE HELP US. I can't take no more**

I am asking for urgent help. I was placed in solitary confinement in ICE Elizabeth Detention facility, in a small cell, with feces on the wall, smell of feces, no ability to see anyone or interact with anyone. It is all walls, no windows & I was sentenced here for 14 days because I did not lay down when told to lay down at about 8:15am (1 hour after being force to wake up to eat breakfast) on 07/06/2026. I was up preparing for immigration court while detained by ICE & had a M.A.M hearing in immigration court located at the torture detention center that same day & also scheduled to hear a decision of my petition filed in federal court scheduled on that same day (I have been waiting for months for this urgent decision & still no decision yet for this emergency application to avoid these same irreparable & severe harms).

I am still in this isolation cell, on 07/09/2026, as I write this. The other isolation/solitary torture cell, on the other side, had one other person inside, and he attempted to kill himself by hanging on 07/08/2026. This place is hell. Nobody is meant to survive this cruel punishment. Please help us. He is in the hospital or dead now. I am the only person in the dungeon, but when he was there he was in another cell, no windows, nothing.

These isolation cells are torture, cruel, unusual, not proportionate and evil for a civil immigration matter and never to be used for this civil immigration matter. I simply did not lay down as ordered to stop working on my case and lay down in the hard steel framed thing they called a bed that has

damaged my leg (as I am longer than the bed with steel at the end rising up) and damaging my back because it is hard steel I am laying on. I am not an animal and even to animals it would be torture.

I just wanted to work on my immigration case because I had a M.A.M hearing that same day in hours & I begged the facility to provide me with law library access & they refused in violation of law like NDC, etcetera. The law says law library/legal resources should be available 7 days a week (even on holidays & weekends, & for no less than 15 hours per week, I have never gotten this from this facility). I was punished for simply working on my immigration case as I have no attorney.

The M.A.M hearing was scary to me because the only thing I knew about it at the time was that the government used it to say the person is crazy in an attempt to keep them detained for years & to deny immigration benefits under some mental defect inadmissibility grounds. I was so scared they would make me look crazy & lie on me like they lied on documents & in previous immigration proceedings against me saying I have no USC children (I have 3) when they verified I do.

USCIS is also untruthfully saying I came to the US in 2024 when they know I came in April 9, 2003. saying I came into the country illegally when they know I came on a valid B-1/B-2 visitors visa & in December 2003 changed to a student visa (F-1 for duration of stay limit) & graduated Michigan State University in 2006 then proceeded to doing my masters. Then attending law school, then applying for adjustment of status that are still pending to this day. I have been living in the US from 04/09/2003 until currently.

DHS/OPLA is even saying to the IJ that I have no pending applications when they know I have pending I-918 (crime victim U visa applications pending starting 2021 which have given me advance parole/travel document and work authorization & BFD). I also have pending VAWA with approved PFD, advance parole & work authorization and pending I-485 (adjustment of status) pending since 2021 (given me authorized stay since then). My work authorization & advance parole for each category has all been approved & renewed over & over & extended until 2029.

I also have an EB-2NIW application with concurrently filed I-485 (adjustment of status) pending since about 2021. Advance parole/travel document & work authorization approved & constantly renewed & extended until 2029. But DHS/OPLA lies to the immigration judge about these facts.

I am begging for someone to help me, please release me from ICE & release me from solitary confinement, it has no place in civil immigration matters and certainly should not be a punishment for a person who simply was doing his legal work who simply did not lay down immediately as told on a day I practically had 2 courts that will decide my faith. I am begging the world, courts, government officials for urgent help. Please.

I am being tortured. I am a victim of qualifying and horrible crimes with pending I-918 (U visa) & I-360 (VAWA) & I am protected under ICWC V Noem but have not been released but instead being tortured. They are not complying with court orders, the court orders are not being enforced & the courts are not doing anything to ensure they are enforced. The court orders are not reality for us detained in ICE facilities. Immigration judges (EOIR) & DHS/OPLA prosecutors are actually working together as a team (they are under the executive branch and complying with their boss's order as they have the same executive boss). In my case, the judge literally argues on behalf of OPLA/ICE.

Urgently
/s/Everson Francis

Case 2:25-cv-09848-AB-AS   Document 91   Filed 07/16/26   Page 4 of 5   Page ID #:2393



Everson Francis
A206522199
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07201

Sub

**RUSH**

DV DANIELS NJ   070

13 JUL 2026   PM 2 L

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 1 6 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

*cv*

U.S. District Court - Central C
Urgent application
255 East temple street
Los Angeles, CA 90012

90012-333432