**US District Court**

ICWC

V

Noem

case#: 2:25-cv-09848-AB-AS

Judge: Right Honorable Judge



FILED
CLERK, U.S. DISTRICT COURT

JUL 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### URGENT REQUEST FOR ASSISTANCE AS A CLASS MEMBER WITH PENDING I-918 (Crime Victim U visa) & I-360 (Violence Against Women Act petition (VAWA)) & I-485

Dear Honorable court,

I am writing to let you know that I am in Elizabeth Torture Detention Center, located at 625 Evans street, Elizabeth, NJ 07201, and that I have pending VAWA and I-918 and I submitted numerous expedite request to DHS/USCIS and they responded back saying while in ICE detention, which I am, only ICE can request for DHS/USCIS to expedite my applications. This is not fair.

I requested on numerous occasions for DHS/ICE to request for DHS/USCIS to expedite my applications but they have refused, this request must be sent to DHS/USCIS and they ignore the rest request for them to ask or press DHS/USCIS to please expedite my I-918, especially. I also ask them to release me in accordance to ICWC V Noem Preliminary order but have constantly been ignored.

I am begging this court to please order DHS to release me, order DHS to EXPEDITE my I-918 and decide all my pending applications on their merits and in accordance to how they were decided for decades.

It is unfair that DHS/USCIS is not considering my EXPEDITE REQUEST because I am unlawfully detained by DHS and DHS is forcing me to deport when I have prima facie (VAWA) and Bona-fide (BFD) cases for VAWA and U visa.

Urgently
/s/Everson Francis
A-206-522-199



Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I539 |
|---|---|---|---|
| LIN-03-230-51036 | | APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| July 28, 2003 | | FRANCIS, EVERSON R. |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 19, 2003 | 1 of 1 | FRANCIS, EVERSON R. |

EVERSON R. FRANCIS
20160 WEST POINT
ROMULUS MI 48174

Notice Type: Approval Notice
Class: F1
Valid from 12/19/2003
Valid for Duration of Status

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status, for the applicant(s) named, is also listed above.

Form I-20 ID (student copy) has also been endorsed to show the student's new classification. This is an important document that he or she must submit with any future applications to this service as long as he or she remains in student status.

An updated I-94 is included in the lower portion of this notice. Each applicant must surrender his or her Form I-94 when leaving the U.S.

If any person included in this application must depart the U.S. he or she may wish to take this notice with them to facilitate their return to this status. He or she must obtain a new visa in the new classification before returning to the U.S.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # LIN-03-230-51036
I-94# 785709825 01
NAME FRANCIS, EVERSON R.
CLASS F1

VALID FROM 12/19/2003
         Valid for Duration of Status

PETITIONER: FRANCIS, EVERSON R.
            20160 WEST POINT
            ROMULUS MI 48174

785709825 01

Receipt Number LIN-03-230-51036
Immigration and
Naturalization Service

I-94
Departure Record        Petitioner:

| 14. Family Name | | 16. Date of Birth |
|---|---|---|
| FRANCIS | | 11/20/1983 |
| 15. First (Given) Name | | |
| EVERSON | | |
| 17. Country of Citizenship | | |
| ANTIGUA-BARBUDA | | |

Form I797A (Rev 09/07/93)N









