**US District Court**

ICWC

V

Noem

case#: 2:25-cv-09848-AB-AS

Judge: Right Honorable Judge

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 0 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Urgent Motion for Preliminary Injunction and for Immediate Release as a class member

and

Expedite Request for an answer from the Court

To: USDC, USCIS, DHS, USDC, BIA, EOIR, OPLA, ICE, USDOJ, US CIRCUIT COURT, IJ
From: Everson Francis, A-206-522-199

**EXPEDITE REQUEST FOR MY I-918 & I-192 PEDNING SINCE 2021 (BEYOND THE USCIS
OWN PROCESSING TIME)**

I am writing to urgently **request for my applications to be EXPEDITED & APPROVED** for the
reasons stated in all my previously submitted expedite request but they were not processed by
DHS/USCIS because all immigration benefits were on hold for people from Antigua and Barbuda (I
was born there). I was told on about 06/20/2026 that the hold was removed on 06/17/2026 from my
applications.

I am now asking DHS/USCIS to now process those previously submitted expedite request and the
evidence submitted in support that includes my 4 year old USC daughter & I being abused by her USC
mother (please see text messages of my daughter's mother confessing to beat me numerous times and
that I never hit her back or get aggressive and she was asking if I even know how to fight, you also
have police report filed against her by me, and other evidence of severe abuse of our USC child by her,
even almost caused us to run off the road in a motor-vehicle while she is holding our child hitting my
head and screaming in my ear while I am driving and getting out the seat with our child in her hand and
without seat-belt while I am driving to hit me in the head and scream in my ear).

I also submitted that my mother recently suffered a stroke and I was the one who discovered her in that
state, had I not been there, she would have been dead. I discovered her within the critical 4 hours that
the hospital (overlook medical in Summit, NJ) could use the new clot-buster medication I think they
call it. I discovered her and call 911 and went to the hospital with her and stayed there. I am also the
one taking her to get Cancer treatment from about January 2025 until. I have no help for my mother. \

my sister was in an Uber car accident, the doctor said she needs hip replacement and she also have
herniated disc but the other worse part was that the Uber driver was also harassing us (my sister and I)
to tell lies to law enforcement and judges that he was not an Uber driver but a friend giving us a ride as
he did not want his personal insurance to know he was doing Uber and the harassment because scary,
that my sister even started to mention suicidal things and said she was. I am taking care of her too and a
bunch of horrible things started occurring nearly at the same time and intersecting each other, before
finishing one, another happened.

**I only returned a motor-vehicle that I prepaid for late (one motor-vehicle and the Jurisdiction
that I rented (NJ/NY Port Authority Police charged me and the Jurisdiction that pulled me over,
Florham Park, NJ also charged me for the same vehicle, my own town). I called them and offered
additional payment, please let them release the phone calls, text and emails in which they refused
my additional payments for the additional days I needed for the emergencies starting the day
before the return date and they refuse saying extensions can only be done in person and I begged
and begged for the accommodations because of these medical and other emergencies). I am not a
criminal but a victim of abuse, and crimes. Investigate and see that I am telling the truth. Please
see the lawsuit I filed against sixt car rental for doing this to me in a simple contract breach and
their website said late return will only be punished with liquidated/stipulated damages (late
charges). I offered such and they refused and threatened me with police to kill me and I filed a
complaint with NJ consumer affairs before they reported it stolen as they began threatening me
with such.**

I haven't included my father getting an infection causing his kidneys to be swollen 3 times their size (USCIS have that medical record). Then he got a stroke and died (USCIS have those medical and funeral records). Then my cousin that I close to, grew-up in the same yard died. Then my daughter's tongue completely severe (USCIS have those medical records). Then she got a flesh-eating bacteria (USCIS have those medical records). My daughter's mother was abusing our USC child and I just did not know what to do causing confusing and desperation in my life but at no time did I ever break the law in any way or even considered it.

However, my mother is aged, cancer, heart failure, high blood pressure, stroke, severe and chronic Arthritis and other ailment that I have to help her hands on. I have no other help with my mother, and I am taking care of numerous family members alone, by myself. I am begging for my applications to be expedited, especially for I-918 and I-192. I am begging for all reliefs to be granted. I am begging for **EXPEDITE ADJUDICATION & APPROVAL OF MY I-918 & I-192**. Please grant this relief, I am going through so much and you already have all evidence in support of this request.

**WHEREFORE**, I am asking for release. I am asking for my applications to be demanded to be expedited and approved by DHS/OPLA, ICE and USDOJ. I am being the court to release me and order the government to expedite approval of my applications, on the merit, and not use vindictiveness in my applications adjudication.

Urgently
/s/Everson Francis

**ORDER TO SHOW CAUSE—MOTION FOR SUMMARY JUDGMENT FOR RELEASE**

**&**

**IRREPARABLE HARMS BEING SUFFERED BY ME AS A RESULT OF THE DELAY OF MY RELEASE**

To: EOIR, USDC, OPLA, DHS, UDOJ, US District Court Chief Judge & US government officials
From: Everson Francis, A-206-522-199 (ICE detainee), Elizabeth Detention Center, 625 Evan Street, Elizabeth, NJ 07201

I swear under penalty of law that the information herein is the truth and that this and all documents were served on the appropriate parties named above on 07/13/2026.

I am currently being detained by ICE under 8 USC section 1226 (c) (Laken Riley Act) at the Elizabeth Torture Detention Center. I am arguing among other things that I can not be held under 1226 (c) and that I am entitled to a bond hearing under section 8 USC section 1226 (a). And also as a VAWA and U visa applicant (BFD and PFD granted) while I-485 (adjustment of status is pending) since 2021.

I am also in possession of a letter from USCIS stating that my applications can't be expedited until ICE makes such request (not me), which ICE will not do to ensure I continue being tortured and I chose deportation but I do want my applications to be approved (as the court can see based on expedite request to USCIS). I want my freedom too from this isolated segregation that is mentally killing me from ICE & Core Civic torture (others in segregation are attempting to kill themselves and going to hospitals and it is mentally scary and damaging to me). Please see all evidence attached (may be coming in different envelopes as I do not have big envelopes in detention & isolation).

The core dispute before you is whether 8 USC 1226 (c) or section 1226 (a) of the immigration and nationality act (INA) applies to me:

This distinction matters because of 1226 (c) mandates detention throughout removal proceedings (unconstitutionally), whereas non-citizens detained under section 1226 (a) have the right to a bond hearing (The IJ constantly refused to grant me such hearing based on him saying he lacks jurisdiction and I have to seek release in another court, he never says which court).

Section 8 USC section 1226 (c) only applies if 2 things are met. The first requires the alien to be inadmissible (However, I was admitted into the US as a B-1/B-2 on April 9, 2003 and then changed status to F-1, a student, on about 12/2003, and attended Colleges/Universities for many years in many levels of US education (BA, MA, JD). Starting 2021 to now, I submitted other immigration applications with USCIS that includes, but not limited to, I-360VAWA, I-918 (crime victim U visa), I-485 (adjustment of status), they are still pending while the advance parole and work authorization that derives from each were granted while I was in the US. Secondly, I am not a criminal. I am a victim with pending VAWA and U immigration applications which means that Laken Riley act (8 USC section 1226 (c) can't be applied to me, as the requirements are not met.

In the overwhelming majority of district court and district judges who have considered the issue of whether aliens have a right to bond hearings states that aliens do once they are inside the country, citing 8 CFR section 236.1 (d) (1), 1236.1(d)(1). Non-citizens already in the country are treated differently than those seeking entry. As the Supreme Court observed, "our immigration laws have long made a distinction between those aliens who have come to our shores seeking admissions...and those who are within the United Stats after an entry, irrespective of it legality. In the latter instance, the court has recognize additional rights and privileges not extended to those in the former category who are merely "on the threshold of initial entry"". Leng May Ma V. Barber, 357 US 185 (1958), Shaughnessy V United States (1953); Zadvydas V. Davis (2001), "but one an alien enters the country, the legal circumstances changes, for the due process clause applies to all "persons" within the United States, including to those who are from "shit hole countries" and those being abused by US reside family, whether their presence here is lawful, unlawful, temporary, or permanent". And until recently, DHS has treated aliens— such as me-- already present in the country as detained under 8USC 1226 (a) and entitled to bond hearings.

I have been living in the US for over 23 years now, with 3 USC children, USC siblings, LPR mother, and my own pending VAWA and U applications which also protects me from ICE detention according to ICWC V Noem, and other executive orders of 2011, 2021, etcetera. **Please see all the evidence submitted by my USC sister, Carlene Henry, 105 Sun Valley**

**way, Florham Park, NJ. 07932. I am also asking the court to send a copy of all correspondence sent to me in ICE detention to my sister also, while still sending to me. I want my sister to participate in this matter as I am unable to do certain things while detained/confined.**

For the reasons stated here and previously submitted, the court must reject the government's argument that I am subject to mandatory detention under 8 USC section 1226 (c)(1)(E) and instead immediately release me from ICE custody. I am also being abused and assaulted by ICE and Core Civic employees within segregation, in which others that was in segregation, this week have attempted to kill themselves, both are in hospital and another may be dead. I am suffering severe mental harms here and I will the court would consider these urgent request but they are constantly being ignored. My life is in danger and I am begging the court to order ICE to stop all isolation/segregation of detainees, including me, in civil immigration matters.

**Shahwarn V Chertoff (2005)** said that and alien is entitled to release/freedom and to Habeas being granted "as the alien was not given adequate notice that traveling on advance parole "could" cause him or her to lose his right to a bond hearing. At no time did the US government informed me of such risk and actually, they said it was fine and permitted me to travel while my immigration applications are pending with no consequences to my applications or to anything else. I relied and should not suffer any detriment, so under law I must be released.

**Traore V Ashcroft (3rd circuit 2003)** state that an arriving alien is defined as an applicant for admission coming into the United States at a port of entry "EXCEPT" an alien who was granted advance parole which the alien obtained in the United States prior to the aliens departure from and return to the United States (which is exactly my situation). So, this applies to my case and release must be granted. 8 CFR section 1.1(q). Advance Parole is an administrative device that allows aliens present within the United States, who has a pending application with USCIS/DHS and wishes to leave the country temporarily to obtain permission from INS/DHS/USCIS to be paroled back into the country upon their return (8CFR 208.8, 212.5 (f)). Parole is not indefinite, and when parole terminates, the alien shall be restored to the status he or she had at the time of parole (8 CFR 212.5 (e)(2)(i). I entered the US with a B-1/B-2 in 2003 and changed status in that year to F-1 (student) and then filed for adjustment of status and other applications as described above and these are still pending and was and still is the basis in which advance parole was granted to me and still valid until 2029.

**WHEREFORE**, I am unlawfully detained and being tortured, and must be released according to law. I am really in need of this, I can't manage no more and I do not want to die. I am begging please for urgent release or at minimum order to be taken out of isolation/segregation. Why have I been forsaken Lord. In Jesus name, I ask for release and in accordance with clear law that says I must be released. Even the Immigration judge said that I can't be held under mandatory detention under Laken Riley act and removed it and left only lack of jurisdiction for the only reason he is unable to grant me a bond hearing. **PLEASE HELP ME SOMEBODY/ANYBODY PLEASE.**

I also authorize my USC sister, Carlene Henry, 105 Sun valley way, Florham Park, NJ 07932 to participate in these legal actions of mine and to also receive copies of mails that I am getting. I need help. I do not think I will survive this. Please help me. Please allow me to go take care of my family. Every single day I am here, I am losing everything I have outside and irreparable harms worsening and they are severe and helps those people who have victimized me to victimize me even more.

Urgently
/s/Everson Francis
A-206-522-199



Immigration and Naturalization Service   **Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-03-230-51036 | CASE TYPE I539 APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|

| RECEIPT DATE July 28, 2003 | PRIORITY DATE | APPLICANT FRANCIS, EVERSON R. |
|---|---|---|

| NOTICE DATE December 19, 2003 | PAGE 1 of 1 | BENEFICIARY FRANCIS, EVERSON R. |
|---|---|---|

| EVERSON R. FRANCIS<br>20160 WEST POINT<br>ROMULUS MI 48174 | Notice Type:  Approval Notice<br>Class: F1<br>Valid from 12/19/2003<br>Valid for Duration of Status |
|---|---|

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status, for the applicant(s) named, is also listed above.

Form I-20 ID (student copy) has also been endorsed to show the student's new classification. This is an important document that he or she must submit with any future applications to this service as long as he or she remains in student status.

An updated I-94 is included in the lower portion of this notice. Each applicant must surrender his or her Form I-94 when leaving the U.S.

If any person included in this application must depart the U.S. he or she may wish to take this notice with them to facilitate their return to this status. He or she must obtain a new visa in the new classification before returning to the U.S.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # LIN-03-230-51036
I-94# 785709825 01
NAME FRANCIS, EVERSON R.
CLASS F1

VALID FROM 12/19/2003
          Valid for Duration of Status
PETITIONER: FRANCIS, EVERSON R.
          20160 WEST POINT
          ROMULUS MI 48174

**785709825 01**

Receipt Number LIN-03-230-51036
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner:

| 14. Family Name FRANCIS | |
|---|---|
| 15. First (Given) Name EVERSON | 16. Date of Birth 11/20/1983 |
| 17. Country of Citizenship ANTIGUA-BARBUDA | |

Form I797A (Rev. 09/07/93)N





