CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Monika Y. Langarica (Cal. Bar No. 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
Erika Cervantes (Cal. Bar No. 344432)
erika@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

Immigration Center for Women and Children, et. al.,

      Plaintiffs,

  v.

Kristi Noem, et. al,

      Defendants.

Case No.: 2:25-cv-09848-AB-AS

**NOTICE OF ACKNOWLEDGMENT OF JULY 16, 2026 ORDER DENYING REQUESTS AND DIRECTING MATTERS TO CLASS COUNSEL**

*Additional Counsel for Plaintiffs:*

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar No. 1720816)*
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

*Admitted pro hac vice*

Notice of Acknowledgment of July 16, 2026 Order
Denying Requests and Directing Matters to Class Counsel

Plaintiffs file this Notice of Acknowledgment of the Court's July 16, 2026 Order Denying Requests [Dkt. Nos. 68, 69, 70, 77, 78, 79, 82, 84, 85, 86] and Directing Matters to Class Counsel, Dkt. No. 90 ("Order"). Plaintiffs' counsel have reviewed the filings that form the basis of the Order and have communicated with Mr. Francis. Plaintiffs' counsel will inform the Court if any further action is necessary.

Dated: July 23, 2026

Respectfully submitted,

 _/s/ Monika Y. Langarica_
Monika Y. Langarica

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili
Monika Y. Langarica
Sarah E. Kahn
Erika Cervantes

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum
Jordan Weiner

PUBLIC COUNSEL
Rebecca Brown
Kathleen Rivas

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist
Adam Reese

Notice of Acknowledgment of July 16, 2026 Order
Denying Requests and Directing Matters to Class Counsel