**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

The Court **APPROVES** the Parties' Joint Stipulation to Extend Briefing Deadlines and Continue Hearing on Defendants' Motion to Dismiss, and **ORDERS**:

- Plaintiffs' Response to Defendants' Motion to is due on August 28, 2026;
- Defendants' Reply in Support of the Motion to Dismiss is due on September 11, 2026; and
- The hearing on this Motion is continued to October 9, 2026 at 10:00 a.m.

**SO ORDERED.**

Dated: August 12, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE