CLERK, U.S. DISTRICT COURT

AUG 1 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _HSt_                    DEPUTY

**US District Court**

ICWC et al

       Petitioner

                            Case#: 2:25-CV-09848-AB-AS
                            USCIS File#: A206-522-199

V

                            Judge: The Right Honorable Judge

Noem, et al

       Respondents

## ORDER TO SHOW CAUSE
## FOR
## MOTION FOR EXPEDITE ADJUDICATION OF HABEAS PETITION BASED ON RETALIATORY CONDUCT BY THE ASSISTANT WARDEN (Jacqueline Norman, I think her ~~name is~~) because of ~~my good-faith complaints~~ about the facility & DHS/ICE refusal to adhere to this court's Preliminary Injunctions and the court should implement a way to ensure enforcement of this order

Now comes petitioner in this Habeas matter requesting for the Honorable Judge to expedite granting of this emergency Habeas petition because of the numerous complaints about ICE and ICE detention center I have submitted to this court, my life have been placed in danger, and I have suffered retaliatory actions.

I was placed in solitary confinement, did not get to mail for about the first 2 or 3 days there, but the first day while in solitary cell 9, the closest or one of the closest cell to where the officer is stationed, I heard the assistant warden pleading & bribing the officer, Durant, to sign the complaint for them to be able to keep me in solitary confinement for at least 3 days for wasting their time making complaints about the facility. Your honor, all complaints I made are in good-faith and honest. I swear under penalty of law and of God. If I am lying, I deserve legal and Godly consequences. The harshest the Lord God and the law can provide. I am speaking the truth. I document everything.

I was told the other officers did not want to sign a complaint, as what I did was not anything or major, I simply wanted to work on my immigration case as I am self-represented and had court in about 3 hours for a hearing called M.A.M that I knew nothing about and thought it was a hearing that DHS used to say a person is crazy so they can be kept forever in detention.

I requested to use the law library numerous times the days before & was refused. I had access to practically no information about M.A.M hearings, the facility does not allow internet use & you are not allowed access to update case laws & injunctions that is applicable to your case. Not even certain court forms or court mailing address is provided (according to all staff & mainly Ms. Beasley, librarian).

So, I was nervous and simply wanted to work on my case, but still comply by being in the cell, as I was always in the cell/dungeon and never break rules, I simply document unlawful conduct and file it in my case, as their torture is painful but I expect it would have an impact in my cases. But I will always be truthful and moral. The other part is during this incident, the officer who took up my papers from me, then said that I must fight him to get back my legal documents and I said I do not believe in violence. A second time during this incident, he then stated that when I am release outside, I should come see him, I once more said I do not believe in violence and why is he constantly bringing up violence. I filed complaints and no one is investigating, the captain Miller said the Assistant Warden told her someone

else is investigating it, this is not true, it was her stopping Captain miller from investigating so there are no investigation at all. DHS refuse to investigate saying it is a facility matter, the Immigration judge said it is not his jurisdiction and my role-model judge, my favorite judge, ignored every letter and motion about these matters in my Habeas.

I see the officer who did this to me still working and walking around while I was placed in torture, punitive and horrific isolation dungeon for 14 days, without due process, from a complaint signed by the officer who said Captain Murray blew-up the matter and should have just allowed you to work on your case and that is was in agreement to what I did, which is to simply sit and work on my case. I swear under penalty of law that officer Durant told me this who signed the complaint but was forced to sign by the Assistant warden who have always disliked me and retaliated against me, bar me from things or accommodations because of the complaints I filed with the courts, when it get back to her.

The court needs to understand, outside is different from inside a detention and confinement facility, we have no rights and revenge is taking against us. I simply wanted the court to take my complaint seriously, you do not have to just take my words for it, but order and investigation, decide my case quickly, do anything lawful to help detainees.

I was peaceful, wanting to work on my immigration case, while still in the cell, while not moving at all, and was being forced to lay down and an officer took my paper demanding I use violence to get it back from him and them again tell me to meet him outside when I am released from detention and he gets no punishment, still works here, and I get 14 days in solitary confinement as someone the facility knows is claustrophobic, victim of a kidnapping and beatings from armed gunmen (while in college), tied-up, applicant of a US crime victim (U) visa and US VAWA green-card which they law says shouldn't be detained and was still placed in confinement and I never ever broke a prison rule and literally overheard the Assistant warden demand, bribe, encourage, entice and solicited Officer Durant to sign a complaint he did not want to sign. Please see the video camera and I hope and pray it records sounds. I pray in Jesus name.

I swear under penalty of law and penalty of the one true God, my Lord Jesus Christ, that the information herein is the truth. I say this knowing my mother have cancer (I was the only one taking her to get treatment). I say this knowing my USC daughter and I was getting abuse by my daughter's USC mother. I say this with honesty and dignity. I do not have to make up anything and never did, this facility provides you with all the evidence of torture, abuse, extreme & severe circumstances & situation you need to sue for monetary damages and to prove release in a Habeas.

I do not have to lie and I have not lied. Not even once. I am once again begging your honor to expedite release of me and to please order an investigation into all my complaint. If I am lying punish me with the most severe punishment you can lawfully do, I say this because I am speaking the whole truth and nothing but the truth. My life and safety are placed in danger because I complaining to your honor, even though nothing is being done. I hesitated to send this message to you but I am being bold and doing so now, even though I was afraid to do this particular complaint and wanted to wait until I get out for this particular complaint. I did mention this at the disciplinary hearing but they shut me up at the hearing, I did not have a fair hearing and this warrants release for that isolation sentence with no fair hearing and cruel and unusual punishment in a civil immigration matter, please see attached letter in support.

Urgently
/s/Everson Francis

**To:** USDC, US 3rd Circuit, EOIR, USCIS, DHS, ICE, BIA, OPLA, USDOJ, IJ, CORE CIVICS, US Supereme Court, US Congress, News agencies, Government officials, et al

**From:** Everson Francis (ICE detainee), A-206-522-199, Elizabeth Torture Detention Center, 625 Evans Street, Elizabeth, NJ 07201

### DHS/ICE & CORE CIVIC DETENTION CENTER VIOLATION OF MY APA, 4th, 5th, 6th, 7th, 8th & 14th Amendments rights (can somebody please respond & help)

On 07/06/2026, at about 8:15am, about 1 hour & 15 minutes after when (7:00am) I was force to wake up to eat breakfast at that time or lose getting breaking fast. After eating breakfast & remembering I have Immigration court in about 3 hours in this same ICE Elizabeth Torture Detention Center at the above addressed, I started to work on my immigration case again. I never get enough time to work on my case, as they tell us to lay down in bed for hours even during the day & do not provide proper resource for pro se/self represented folks like me.

Anyway, this day, I was ordered to lay down as usual but I wanted an accommodation because I had a hearing that I knew nothing about. The captain Murray was ordering me into bed, calling me a clown & was his usual abusive, cruel & heartless self. When you contact him for help, he never ever comes. But when it is time to punish, torture & abuse, he is always the first to come & torture. I believe that I was allowed to stay up & work on my case because another captain allowed me to & I honestly believed that captain was right but the other was just horrible, abusive & cruel. He, Captain Murray, has always been the worse, a tyrant.

Captain Murray of the ICE Elizabeth Torture Detention Center told me to laydown on the "bed", a hard metalic thing we must sleep on that has damaged my back, hip, head, hand, chest, side & my entire body. But this one day, I said I did not want to lay down because I wanted to continue working on my urgent case as immigration court was on that same day in about 3 hours & for days I have been begging to use the library, copy machine & other resources inside the library & was refused.

Because I did not lay down, they ordered me in segregation, a horrible, small cell, with no tv, no interaction with people, no window, in a dark area, & hearing others in segregation attempting to kill themself rushed to hospital, etcetera. They placed me into this segregation & then many days after had a disciplinary hearing for me.

I complied and walked with them to segregation and when I got there, the officers immediately pushed me down, I hit my chest so hard (it pains up to now), my knee began bleeding & swollen, & big finger on my left hit hard as I dropped on it. Someone from the medical team came, looked at me, only looked, said he would come back & never ever came back. This was on 07/06/2026 and it is now it 07/18/2026, severe chest pain & not even an X-ray or bandage for my bloodied knee did that doctor bring back or send or anti-septic spray to ensure my cut and swollen knees didn't get infected since we can't shower or clean ourselfs as we should while in detention. I am still in pain & no one is helping. This is extreme cruelty, no investigation done. I want to file a police report & they refused, ICE said through a tablet message I sent, they do not care, it is not their problem.

While I was told to lay down, one officer took my paper and told me to fight him to get it back & my response to him in the presence of the 5 officers & the entire prisoners was that violence is NOT an option for me. This officer was trying to escalate, instead of de-escalate. I then complied & walked to the "bed" & that same officer, again, in front of his colleagues & the entire prisoners in G dungeon in heard the core civic employee tell me to come see him outside when I am free (Threat). My response was, why do you keep talking about violence? I simply wanted to do my paperwork for court, not involve violence. All the officers heard him & did nothing.

I filed complaints to Core Civic, ICE, DHS, USCIS, Immigration Judge, OPLA, Warden, Assistant Warden, other Core Civic Captains & others, & not one humanbeing in regulations or authority helped or took my complaint seriously, literally more than 30 people witness this situation & it is on camera but as usual, they hide everything.

They immediately put me in punitive torture detention to punish me for simply not laying down as i needed to prepare for court that they blocked me from doing constantly, while doing nothing to do those who assaulted me & threatened me with violence when & if I am ever release to the community from DHS/ICE/OPLA.

At the disciplinary hearing, which should be an administrative law hearing, I tried to present a defense, mitigation, necessity, APA, 4th, 5th, 6th, 7th, 8th & 14th amendment defense & the persons on the panel, especially Ms. Beasley & Captain McCollough (I am not sure if that is her name) would stop me & say, "we do not care about law, either you laid or not when told" & this person who I asked around for her name would stop me from presenting defenses like necessity, violation of due process rights & also would stop me from mentioning that another Captain told me when I have court the day before & the day of, I am allowed to work on my case even during the time we are ordered to lay down. I believe that captain, because it makes sense & seems like what the law & policy would allow for self represented defendants or any person in detention with legal matters.

They did not allow me to speak & make a case, they then sentence me to 14 days in solitary confinement without due process in a facility run/governed by a federal administrative agency but during a desciplinary hearing they say law does not apply & they do not care about it. I am begging for an investigation, I am begging for you to get a transcript from this "unfair hearing", if there is one. Please, take this complaint seriously. Make them care about the law. My mental & physical health have now been damaged irreversibly & the punishment they gave me for a non-violent & simple act, after being assaulted by their own staff was unreasonable, unproportionate, cruel & unusual. I simply did not lay down, I wasn't violent, the rule books says basic violations can be punished by warning or 72 hours in segregation but I got 14 days of segregation, physical assault, denial of medical care & torture without a fair trial. I have lost over 25 pounds now.

The panel was made up of core civic staff, co-workers & their bestfriends of the persons who assaulted me & threated to beat me up when I am free. The panel for the hearing are not neutral or impartial or educated in such procedures which is clear from the panel mentioning law is not applicable to the administrative disciplinary hearing they are literally having that pertains to administrative law, statute & US constitution under color of law/government. There is no better evidence of a unfair trial where the wrong decision was made than this. these extreme circumstances justifies my release from ICE detention by itself & based on the totality.

The persons on the disciplinary panel were Ms. Beasley, Captain Campbell, Captain McCollough (not sure if this is here name but she was incharge & the others like they fear her, especially the male Captain Campbell), they are all core-civic employees contracted to detain me with DHS/ICE. None of them have any education beyond high school or law & are actually security guards but was placed in positions that they do not qualify & instead torturing detainees. I understand not everyone will have top education but it does not justify you being unfair & torturing others. I literally had to experience people attempting to kill themself from this torture & I wishing that God would take me because of the torture that they unjustifiable & without due process laid on me. I do not wish my experience on my worse enemy, if I had any, not even on core civic, DHS or USDOJ employees. Nobody deserves that torture. Please Investigate, expedite my release & all other relief. **Every Core Civic employee keep telling me they do not care about the law. Make them care.** I will always be non-violent. They can't force me to be violent.

Everson Jravers
A 206-522-199
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07201

SUB



DV DANIELS NJ   070

6 AUG 2026   PM 2  L

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

U.S. District Court
255 East Temple street
room 180
Los Angeles, CA 90012

90012-333432