US District Court

ICWC et al

Petitioner

Case#: 2:25-CV-09848-AB-AS
USCIS File#: A206-522-199

V

Judge: The Right Honorable Judge

Noem, et al

Respondents

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**ABUSE & CRUELTY FROM FROM ASSISTANT WARDEN, JACQUELINE NORMAN OF ELIZABETH TORTURE DETENTION CENTER IN ELIZABETH, NEW JERSEY**

Now comes CLASS MEMBER,

**To:** DHS, ICE, OPLA, USDC,USCIS, EOIR, BIA, NJ attorney General, Elizabeth Police, Newark Police, Essex County prosecutor, USDOJ, US White House, State & federal officials & Agencies, News agencies

**From:** Everson Francis, A206-522-199 (Detained now at: DHS/ICE Elizabeth Torture Detention Center, 625 Evans street, Elizabeth, NJ 07201)

**JACQUELINE NORMAN, ASSISTANT WARDEN, CAME IN AT ABOUT 6:42AM ON AUGUST 20, 2026 & EXPRESSED HER HATRED & DISGUST FOR ME**

The assistant warden (A.W.) entered the cell that I am house in with others, she saw there was a lot of mail in the mailbox, and looked over to the officer, and said something (perhaps, whose mail), the officer used his head and turned his face to my area, indicating it is me, as her face then turned to my area as the officer indicated to her it is me.

She looked at me with disgust, intimidating & cruelty & whispered something to the officer, after sharply turning her face (in my culture we call it cut your eye, it is a look and turn you give to someone you hate or dislike or angered by). I am not safe. She is in full control of my life & have done evil things to me unjustifiably & others. I am trying to find ways to prove to you that I telling the truth. I am reporting her actions to ICE who said they will not investigate or intervene (as recent as yesterday). I am begging you to please believe me. Please investigate my complaints as you will see I am speaking the Gospel truth. I would never make up such stories or intentionally victimize anyone.

Also, it was about 11pm on August 19, 2026 when I happened to get up & saw the female officer with a flashlight looking through my mail in the mailbox (no one is authorized to do that but the mail lady that comes in the morning, Estes, she said her name is) but another particular officer saw me putting my mail & other mails in the mailbox about 9pm (about 30 white envelopes to various agencies & officials), then she waited until she thinks I was asleep to begin looking through them & writing something after, like the name & address of the people I am writing too.

I couldn't sleep last night as I was & still is worrying about the reason the officer was shining lights in the dark looking at my mail addresses, then writing after looking at my mail & doing so after she thought I was asleep. I fear they are taking & destroying or returning my mail (those I send & those sent to me here).

Also, the information about the Assistant Warden, Jacqueline Norman, causing death to someone at another DHS/ICE torture detention facility which officers said was the reason they transferred her from that location to this location was told to me. Staff openly say she is wicked and evil, for doing things like using her foot to push food trays with food inside for detainees to eat, using her dirty foot, like we are bugs to squash.

Assistant warden, Jacqueline Norman, also does things like bribing & pressuring officers to sign false disciplinary charges against detainees who complain about the facility & her (as she have done to me), having officers force me to sign a blank disciplinary charge paper with no information on it for them to then fill it in with false information (Thank God I did not sign when she had him do it to me in solitary confinement). Then telling them not to give me water while she orderd them to make sure I stay in solitary confinement innocently, even though I am innocent, VAWA & U crime victim visa applicant (BFD & PFD) suffering severe emotional distress from the kidnapping & attempted murder. I am also claustrophic. I pray someone would believe me or at least investigate. As I know I am speaking the truth. Some of her staff says someone should bring her down but I am not here for that. I am here to speak the truth about my experience.

You may say a look is nothing but it is something for a detainee in the total control of this person that gave the detainee that horrible, angry and evil look, especially from an A.W. Who already abused her power to victimize that person who is innocent, on multiple occasions.

**Urgently help us. Help me. I swear under penalty of law, victimization & God. I am begging, people are literally being tortured & denied due process. I BEG FOR HELP NOT ONLY FOR ME BUT FOR MANY OTHER DHS/ICE DETAINEES.**

Urgently
/s/Everson Francis

To: N.J. attorney General
From: Everson Francis, A-206-522-199

I am a witness to Delaney Hall medical Malpractice

When I was there in April 23, 2026 to May 22, 2026, when I am sick and need Help, the medical doctor would make fun and mockery of me saying that if I am allergic to tap water then he is allergic to air. When I am severely sick with fever, they demand I get out of bed to eat while I am sick, weak and dehydrated, not getting bottle water one nurse prescribed to me as the tap water made me cough, sore throat, cough blood and unable to breath.

No license medical doctor should make mockery of some one saying they are sick and allergic to something when the medical doctor never tested me first.

This doctor must be charged with murder. Please see all my complaints about him submitted to DHS, NJ attorney General, DHS-OIG, USCIS, ICE, OPLA, EOIR, USDOJ, U.S.D.C since April and May 2026. I wished you all cared enough to take my complaints seriously, those people would have still been alive.

E. Francis

**REQUEST FOR THE HONORABLE COURT & OTHER REGULATORY PERSONS & AGENCIES TO SIGN SUPPLEMENT B CERTIFICATION (I-918B) FOR ME AS A VICTIM & WITNESS OF DHS & ITS CONTRACTORS MURDERS & OTHER CRIMES IN DELANEY TORTURE DETENTION HALL & THOSE CRIMES COMMITTED IN ELIZABETH TORTURE DETENTION CENTER IN WHICH I AM A VICTIM & WITNESS OF QUALIFYING & VICIOUS CRIMES & STILL BEING DETAINED IN. MY I-918 WAS SUBMITTED TO USCIS FOR THIS**

**AS**

**THIS IS AN EMERGENCY APPLICATION, I AM HUMBLY ASKING FOR EXPEDITE ADJUDICATION OF THIS URGENT REQUEST**

**To:** DHS, ICE, OPLA, USDC,USCIS, EOIR, BIA, NJ attorney General, Elizabeth Police, Newark Police, Essex County prosecutor, USDOJ, US White House, State & federal officials & Agencies, News agencies

**From:** Everson Francis, A206-522-199 (Detained now at: DHS/ICE Elizabeth Torture Detention Center, 625 Evans street, Elizabeth, NJ 07201)

**I WITNESSED THE MURDERS AT DHS/ICE DELANEY HALL DETENTION CENTER BY THE DHS/ICE MEDICAL DOCTOR, MEDICAL STAFF & OTHER DHS/ICE DETENTION STAFF—I AM A WILLING & AVAILABLE WITNESS**

I am a witness to DHS/ICE Delaney Hall medical malpractice, homicides (murder & manslaughter) & CRIMES, documented in all my complaints to each and every one of you since about April 2026 in my numerous letters.

The one medical doctor, a caucasian, that I call doctor death & doctor evil (see all my complaint about him since April 2026) submitted to you all who ignored them causing all these deaths. Like you wanted these death, including myself to be killed, by blatantly ignoring the cries for help that I submitted. Everyone of you are to be blamed. I warned you & you ignored me. Just like you are now.

One incident, my throat was swollen almost shut, I was spitting blood & I couldn't breath in DHS/ICE Delaney Torture Detention Center in Newark ,NJ. One nurse said I should go to the hospital & she call this doctor-death/doctor-evil on his phone, he told her not to call the ambulance & not to take me to the hospital, while the nurse says that I urgently need to go. The nurse said she can't over-rule him & she did not send me to the hospital that night after 12pm I couldn't breath, spitting blood & non-stop coughing (I did not get the urgent and appropriate medical care). I stayed in Delaney Hall in intense pain & weak. It was always like this. It is the same in Elizabeth Torture Detention center they transferred me to after DHS/ICE beat me, ram my head in the wall and ripped me out of a chair. Anyway back to my point about delaney, I never forgot those days and still was force to get up and walk numerous stairs to go to the dining area or else lose all meals, even though I was severely sick. I couldn't swallow my own spit, it was so painful that I wanted to die, literally prayed for death for myself. And you all did nothing.

The other incident, I expressed I am allergic to things in tap water (chemicals in tap-water whether it is fluoride or chlorine or bleach ot whatever it is) which irritates my throat (have been this way my entire life with tap water, having to buy bottle water, especially while living in the US for over 23 years, the proof is in my garage) but this Delaney Hall medical doctor would make mock of me saying that "if I am allergic to water then he, the medical doctor, is allergic to air". He never even tested me to see if I am speaking the truth and I told him test me and see, he never did. Just make mock of me constantly, forcing me to go days and weaks without water or adequate water, severely dehydrated.

The nurse who wrote the prescription for me to get bottle water because she saw my throats irritation after tap-water entered my throat but doctor death & kitchen manager overruled her (please see this document submitted as exhibits by USDOJ & OPLA). I had that paper but 99% of the time, they refuse to give me bottle water. The kitchen worker even came into my cell stating the medical doctor asking him to get it from me to see it, but this was not true, he took it from me and tore it up stating you will not be getting any bottle water. This was the manager of the kitchen. It was after that incident the doctor-death/doctor-evil began mocking when I complaint about what the kitchen manager did and said began saying, "if I am allergic to water the he is allergic to air".

I went for days, weeks, now months without drinking water (drinking a sip a few days apart and different techniques to avoid the pain and trouble at both DHS/ICE's Delaney Hall and Elizabeth torture detention centers) and even before that they were refusing to give me bottle water, even milk

I am allergic too but had to drink because that only gives me severe belly cramps, diarrheoa, and gas, which is less painful than what tap-water does to me, so I force myself to drink milk they force on me even though I am lactose intolerant. It is now about 4 months in DHS/ICE detention centers as a VAWA and U crime victim applicant and I am not getting water regularly & dehydrated as I am typing this. I take sips occasionally, usually days apart. And you all have letters from me dating back to April 2026 and continuously begging for your help.

Why would a medical doctor mock someone telling that doctor that he is sick & need help? This DHS/ICE medical doctor did that & should be criminally charged or you all would have further condone his criminal & tortious acts (I can not wait to get out to sue, I want an attorney also). This was the same incident that caused my transfer to elizabeth torture detention center and then getting assaulted by DHS/ICE officer because I defended the honor of a federal judge who the DHS/ICE officer said gave him permission over the phone (ex parte) to do anything he wants with me including assaulting, battering, transferring me, etcetera.

I filed complaints to everyone since about April 2026 & not one person responded with care, help and justice. I would never ever allow this to happen to none of you and would put my life on line to protect you all. You all made this medical doctor and medical staff working with DHS/ICE killed & abuse these people & tortured me. Now all these innocent people are dead. they caused the death of numerous people in Delaney Hall torture detention hall in Newark and you all were warned by me and you are responsible too. please see all my complaints and briefs to you since April 2026 and see how many lives you would have saved had you simply listened/read all my complaints. I was literally tortured in Delaney hall ICE/DHS detention facility & Elizabeth torture detention center is not any better, they are the same, but it is DHS/ICE from my experience that gives them the authority. İ was assaulted by detention staff and DHS ignored my complaint, just like they ignored my complaint when those officers were assaulting me at Delaney Hall on May 22, 2026.

The medical doctor and few of the nurses in Delaney hall (the Jamaican lady, the African lady, the asian lady and a few more) would see you dying and would let you suffer and become even meaner and hostile or crude and rude when you are most in need of their help.

I would criminally charge nearly the entire medical staff & other employees at delaney hall with murder and or manslaughter and this is coming from me, a guy with a BA & MA in criminology/criminal justice and Juris Doctorate. I know the elements of a crime and they meet all the requirements (act, intent and concurrence of both).

I was assaulted and thrown to the ground, my chest hurts, my back hurts, my knee hurts, my head and neck hurts and none of you all did anything from my complaints, only until I die you may do something but knowing how evil this world is, maybe not even then will anything be done. I want my freedom, I have pending U visa (kidnapping, aggravated assaulted with a deadly gun, tied up, strangulation, etcetera I was a victim of) and I also have a pending VAWA based on my USC child and myself being abused physically, sexually, emotionally, financially) from her USC mother.

I am a witness of the murders in Delaney Hall detention center and I hereby state that I am ready and willing to testify before every news agency, every law enforcement agency, every human rights organisation and testify also before my Lord and Saviour that the information here and other information that I have is the truth.

Another time I was so sick and weak at Delaney Torture Detention center and needed to lay down and Ms. Caldwell and the Jamaica lady nurse started screaming on me because I wanted to lay down. İ was genuinely week, in pain and suffering. I needed to lay down and that did not give reasons for these DHS/ICE employees & contractors of DHS/ICE to abuse me verbally, physically,

emotionally, mentally because I am simply sick and could not keep my body up while sitting and waiting for them to see me & do nothing, seeing them was always a waste of time with you becoming more sick and severely emotionally, verbally, mentally abused. The same like DHS/ICE Elizabeth Torture detention center, the roughest and rudest staff in medical field you can ever find.

Everyone of you that I complaint to, in numerous letters, that have ignored my complaints are responsible for the deaths of those innocent people and the other victims like myself who suffered abuse, torture, cruelty & victimization from DHS/ICE & its contractors.

The female medical staff at delaney hall also love to talk about sex with their co-workers like we detainees are stupid and do not know what they are talking about. Talking about they can get any man they want, while detainees are severely sick and dying and you are talking about sex and that you can get any man you want. Also, the staff love to talk bad about each other & other speak bad about other detainees, even their medical situations causing me and others to hear and they do that to me too. They are not professional in any way, especially that Jamaican lady and the lady who is their day time supervisor, they call her Miss Caldwell. They are need prison time, just like the DHS/ICE officers, but they will not get any, just us detainees will rot in DHS/ICE detention innocently, even as victims of qualifying and vicious crimes and witnesses.

**I WITNESSED THE MURDERS: THE MEDICAL MALPRACTICE & TORTURE FROM DHS/ICE DELANEY HALL DETENTION CENTER.** I even wrote in my letters to you all to contact the medical licensing board about this doctor since about April 2026 because I do not have an address and no one responded. You would have saved so many lives had you simply took my complaints seriously and acted on them. You are to be blamed. If it was your family member that could have been saved, you would have wanted that help and I would have provided such without you having to ask. I would have taken a bullet to save lives like the witnesses says in my I-918 crime victim visa application. That is just me and will forever be me, protecting people.

I witnessed the murders, assaults, battery, false imprisonment and torture but you let it happen. Even when being begged for help and mercy as an innocent immigrant.

Urgently
/s/Everson Francis

Everson Francis
A206-522-199
Elizabeth Detention Center
625 Elkans street
Elizabeth, N.J. 07201

SUB

RUSH

DV DANIELS NJ 070
22 AUG 2026 PM 6 L




RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 25 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

U.S. District Court
Central District
255 East temple street
room 180
los Angeles, CA 90012

90012-333299