US District Court

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2026
CENTRAL DISTRICT OF CALIFORNIA
BY HSP DEPUTY

ICWC et al
Petitioner

Case#: 2:25-CV-09848-AB-AS
USCIS File#: A206-522-199

V

Judge: The Right Honorable Judge

Noem, et al
Respondents

## RESTING MY CASE

I will rest by saying that **DHS & its DETENTION CENTERS & employees call us bodies, like dead bodies**. They say 20 bodies are coming or 1 body is leaving. To them, we are not humans, we have no soul, no life & no humanity. We are dead and a waste to DHS, USDOJ and the Executive branch of government, that is how they see us. We are bodies they can do as they feel & want with.

**The Executive government truly believe they can grab us (bodies) wherever, whenever & however they feel, without any authorization & contrary to the law & humanity & do as they please, we are just bodies to them & no one will do a thing to stand-up for us, even if done to us in time-square.**

I am not a body, I am a living human person with USC children (proud & loving father & family man), a victim/survivor (pending U & VAWA), a victim advocate (EB-2NIW) & helper of other humans & I am part of this country (for over 23 years), community (for over 11 years) & world (over 42 years). I have a future. I am a person. We immigrants are people. We have civil, constitutional & human rights & breath oxygen, just like humans in the executive branch of government & their followers.

The other people in DHS torture detentions like me are humans too. Even those DHS killed and almost to kill that I am a witness to, they were humans when they were alive and for us who survive the murder, we are still alive, we are humans-being too and should not be treated like mere bodies like we are being treated as now.

I pray others sees this and make the government see it by using the law & their lawful authority to make a government that sees humans as humans and act accordingly. By time something is changed, more of us a dead bodies as this government pray for or our life & health irreparably severely harmed, like mine. Please just don't put in on paper or say it, make sure it is enforced.

Based on serious injuries I sustained from DHS, I do not think I will be able to have children (humans), as I still suffer severe pain, bleeding, burning & malfunctioning of my penis & testicles that DHS caused the heavy metal chain they swung around my waist with force (please see camera) causing slack of the heavy & hard metal chain to hit me in that area, causing me to drop grabbing my penis and testicles and screamed out in pain (please see camera in facility they took me from), then refuse to provide me with medical care & detained me up to now blocking me from getting the high standard of medical care that is available nationwide & within this region, instead of the death sentence and severe medical pain, suffering and ignoring (ice pack, painkillers or the usual just ignore).

I ask as a human who is being unlawfully detained to be release back to my house & for all other relief appropriate, just & must be to show & encourage this government to see we are humans with rights & feelings. I ask this for all the wonderful detainees I met in DHS torture detentions also. **RELEASE US**.

Urgently
/s/Everson Francis (a human-being)

Evesa Francis
A206-522-199
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J. 07201

SUB

DV DANIELS NJ 070
24 AUG 2026 PM 6 L

Freedom 250

PURPLE HEART
FOREVER USA

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 27 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

U.S. District Court
Central District - CA
255 East Temple street
room 180
Los Angeles, CA 90012

90012-333432