**US District Court**
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ICWC et al

Petitioner

Case#: 2:25-CV-09848-AB-AS
USCIS File#: A221-346-126

V

Judge: The Right Honorable Judge

Noem, et al

Respondents

**ORDER TO SHOW CAUSE**
**FOR**
**FOR RELEASE BASED ON ICWC V NOEM & FLORES SETTLEMENT**

Now comes class member, Mina Aziz, A221-346-126, requesting directly to the court for urgent release based on USDOJ response in habeas petitions stating that classmembers are not entitled to habeas release based on ICWC V Noem (P.I. Order) through their own habeas petition but must ask this court directly and for that reason, I am asking for this relief, and release directly from the court in good-faith based on the recommendation of another detainee who was told this in his petition for habeas corpus that I am pretty sure this court knows from his “numerous” correspondence to this court for help with being tortured, abused, solitary confined (for the past 2 days on the news DHS-OIG have been saying DHS use of solitary confinement in what suppose to be “civil” detention is unlawful) but this detainee still was placed in solitary confinement for simply sitting still and quietly working on his immigration case (pro se), he had court about 3 hours later, with no representation. He is still representing himself and helping others like me the best way he can. I wish he had help just like he is there for us.

I recently received my approved I-360SIJ. I have been detained in DHS/ICE facility since I was 19 years old (I am 21 years old now). This is a violation of the Flores settlement, this court's P.I order, the 5th Amendment, 4th amendment, APA, M-A-M-, 25 I&N Dec. 474 (BIA 2011), INA section 240 (b)(3), 8 U.S.C section 1229a(b)(3) and seeking reasonable accommodation afforded by section 504 of the rehabilitation act of 1973 (section 504). This detention is also in violation of directive 11005.3 and other victim-centered-approach policies/law in effect now.

**I am also requesting for this honorable court to add me to the mailing list to received updates, orders and submissions from all parties, directly to me at Mina Aziz, A221-346-126, Elizabeth Detention Center, 625 Evans street, Elizabeth, NJ, 07201**

I have pending Habeas, I think, in New Jersey District court and also asking this court AS A SELF-REPRESENTED (PRO SE) DHS DETAINEE (with help from a detainee that this court heard from previously) TO HAVE ACCESS TO THE INTERNET FOR LEGAL & RELATED RESEARCH IN ACCORDANCE WITH MY RIGHTS UNDER THE US 5th & 6th Amendment, ADMINISTRATIVE PROCEDURE ACT (A.P.A), M-A-M-, 25 I&N Dec. 474 (BIA 2011), INA section 240 (b)(3), 8 U.S.C section 1229a(b)(3), seeking reasonable accommodation afforded by section 504 of the rehabilitation act of 1973 (SECTION 504), DIRECTIVE 11005.3, ICWC V NOEM, GEO & CORE CIVIC OWN POLICY, Performance Based National Detention Standards (PBNDS), National Detention Standards (NDS), Franco Class Injunction, NQRP nationwide policy, ICE humanitarian parole authority that exists in INA section 212(d)(5), etcetera

**Wherefore**, I am asking for release for myself, the detainee in this facility that this court knows and who is helping us all, and other class members in this Elizabeth Torture detention center who violates the law and DHS-OIG rules with no consequences, while we detainees suffers non-stop, with no help from courts or regulators or politicians. I am also asking for all other urgent reliefs. Please EXPEDITE.

Urgently
/s/Mina Aziz
Mina Jehla

MINA AZIZ
A221-346-126
ELIZABETH DETENTION CENTER
625 EVANS STREET
ELIZABETH, N.J. 07201

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 2 _ 2026
CALIFORNIA
DEPUTY

Sub

RUSH

CV

DV DANIELS NJ 070
24 SEP 2026 PM 6 L




USDC- Central CA
255 EAST TEMPLE STREET
ROOM 180
LOS ANGELES, CA 90012

90012-333299