**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, et al.,

Defendant.

Case No. 2:25-cv-09848-AB-AS

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

The Court **GRANTS** Plaintiffs' Application for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss the Complaint. Plaintiffs are instructed to file the Sur-Reply within two business days of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: October 5, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE