UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-09848-AB-AS | Date: | October 9, 2026 |

Title: *Immigration Center for Women and Children et al v. Kristi, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Lesbith Castillo | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bardis Vakili | Pushkal Mishra |
| Kathleen Rivas | |
| Rebecca Sarah Brown | |
| Sarah Kahn | |
| Adam Reese | |

**Proceedings: DEFENDANTS' MOTION TO DISMISS COMPLAINT [98]**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

:38