UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES** |

The Court **APPROVES** the Parties' Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, and **ORDERS**:

- The Scheduling Conference is **CONTINUED** to **December 4, 2026.**
- The Parties will confer by **November 13, 2026**.
- The Parties will file a Joint Rule 26(f) Report by **November 20, 2026**.

**SO ORDERED.**

Dated: October 13, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE