UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-09848-AB-AS | Date: | October 20, 2026 |
|---|---|---|---|

Title: *Immigration Center for Women and Children et al v. Kristi Noem, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings: [In Chambers] ORDER DENYING REQUESTS [Dkt. Nos. 89, 91, 92, 94, 102, 107, 111] AND DIRECTING MATTERS TO CLASS COUNSEL**

The Court has received additional filings from Everson Francis. *See* Dkt. Nos. 89, 91, 92, 94, 102, and 107. Another individual, Mina Aziz, has also filed a Motion for an Oder to Show Cause (Dkt. No. 111). These filings include requests for Court orders based on allegations that these individuals are class members.

As the Court explained in its prior Order (Dkt. No. 90) addressing Everson Francis's prior filings, these individuals are not named parties, and counsel has been appointed to represent the classes, so the Court will not act on any of the requests. These matters are therefore **DENIED**.

And, as assented to in Plaintiff's Notice of Acknowledgment (Dkt. No. 95) and at the October 9, 2026, hearing on the Motion to Dismiss, these matters are **directed to class counsel**.

**IT IS SO ORDERED**.