CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (CBN 247783)
bardis@centerforhumanrights.org
Monika Y. Langarica (CBN 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (CBN 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (909) 274-9057

Attorneys for Plaintiffs

Additional counsel listed on the following page

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
PUSHKAL MISHRA (SBN 298695)
Special Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al*.,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, *et al*.,

Defendants.

No. 2:25-cv-09848-AB-AS

**SECOND JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES**

[Declaration of Monika Y. Langarica and Proposed Order filed concurrently]

Honorable André Birotte Jr.
United States District Judge

Additional Counsel for Plaintiffs:
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816) *
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

Pursuant to Local Rules 7-1 and 7-11, the Parties jointly request by stipulation that this Court grant an extension of the Scheduling Conference and corresponding deadlines set by this Court's Order Granting Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, ECF 119, in light of the fact that Defendants' Motion to Dismiss, ECF 98, remains pending.[1]

Whereas the Parties previously sought extensions of four weeks until a date certain, in part to allow for an order to issue on Defendant's pending Motion to Dismiss, ECF 98, the Parties now stipulate to further extensions tethered to the issuance of that order. Specifically, the Parties stipulate to the following:

- The Scheduling conference will take place on the fourth Friday after this Court issues an order on Defendants' pending Motion to Dismiss, ECF 98, barring any irreconcilable scheduling conflicts;[2]
- The Parties will file a Joint Rule 26(f) Report 14 days before the Scheduling Conference; and
- The Parties will confer 21 days before the Scheduling Conference.

The stipulated schedule maintains the time gaps between the conference and deadlines set forth in this Court's original Order Setting Scheduling Conference in Civil Case, ECF 112, and Federal Rule of Civil Procedure 26(f).

As detailed in the Declaration of Monika Y. Langarica, filed concurrently herewith, good cause exists for the extensions because the Court's order on Defendants' Motion to Dismiss, ECF 98, will inform the Parties' conference on a discovery plan and the Joint Rule 26(f) Report, but that order has not yet issued. Thus, the Parties respectfully request

---

[1] In addition to Defendants' Motion to Dismiss, ECF 98, Plaintiffs' Motion to Clarify or Enforce, ECF 65, and Motion for Preliminary Injunction, ECF 66, also remain pending before this Court.

[2] The Parties will inform the Court of any such scheduling conflicts and request a new date as soon as practicable after this Court issues an order on Defendants' pending Motion to Dismiss.

the extensions to ensure they have the benefit of this Court's order on Defendants' Motion to Dismiss prior to conferring on a discovery plan and filing the Joint Rule 26(f) Report.

In light of these considerations, and in the interest of party and judicial economy, the Parties jointly request the Court adopt the Parties' joint stipulation.

This is the second request to the Court for an extension of the Scheduling Conference and corresponding deadlines.

Respectfully submitted,

Dated: November 6, 2026

*/s/ Monika Y. Langarica*
MONIKA Y. LANGARICA

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili
Monika Y. Langarica
Sarah Kahn
Erika Cervantes

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum
Jordan Weiner

PUBLIC COUNSEL
Rebecca Brown
Kathleen Rivas

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist
Adam Reese

*Attorneys for Plaintiffs*

Dated: November 6, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ *Pushkal Mishra*
PUSHKAL MISHRA
Special Assistant United States Attorney

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above signatories concur in the contents of this document and have authorized this filing.

Dated: November 6, 2026

*/s/ Monika Y. Langarica*
MONIKA Y. LANGARICA