**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,<br>Defendants. | No. 2:25-cv-09848-AB-AS<br>**[~~PROPOSED~~] ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES**<br>Honorable André Birotte Jr.<br>United States District Judge |

Having reviewed the Parties' Second Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, and for good cause shown, the Scheduling Conference and deadlines are extended as followed. IT IS HEREBY ORDERED:

- The Scheduling conference will take place on the fourth Friday after this Court issues an order on Defendants' pending Motion to Dismiss, ECF 98, barring any irreconcilable scheduling conflicts;[1]
- The Parties will file a Joint Rule 26(f) Report 14 days before the Scheduling conference; and

[1] The Parties are directed to inform the Court of any such scheduling conflict and request a new date as soon as practicable after this Court issues an order on Defendants' pending Motion to Dismiss.

- The Parties will confer 21 days before the Scheduling Conference.

Dated: November 10, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE