UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-09848-AB-AS | Date: | November 23, 2026 |
|---|---|---|---|

| Title: | *Immigration Center for Women and Children et al v. Kristi Noem, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER DIRECTING MATTERS TO CLASS COUNSEL**

The Court has received attempted filings from Everson Francis and from Marcellino Francisco Ramos. *See* attached. These documents are akin to letters to the Judge which are not permitted. *See* Local Rule 83-2.5. Therefore, the Court will not file them.

These persons are not named parties. Instead, they claim to be class members. However, counsel has been appointed to represent the classes. Therefore, as discussed at the October 9, 2026, hearing on the Motion to Dismiss regarding other similar documents previously sent to the Court, the Court **DIRECTS** these matters to class counsel.

**IT IS SO ORDERED**.

**US District Court**

ICWC et al

Petitioner

Case#: 2:25-CV-09848-AB-AS
DHS File#: A206-522-199

V

Judge: The Right Honorable Judge

Noem, et al

Respondents

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2026
CENTRAL DISTRICT OF CALIFORNIA
BY LRO DEPUTY

**EMERGENCY ORDER TO SHOW CAUSE**
**FOR**
**RELEASE FROM THE MORE PENAL SOLITARY CONFINEMENT IN WHICH I WAS SENTENCED TO 14 DAYS AS OF 11/10/2025 BY ELIZABETH DETENTION CENTER CORE CIVIC WHO IS DETAINING ME FOR ICE FOR USING HOT WATER & ORANGE PEEL IN MY BOWL TO SOOTHE MY THROAT & STAY WARMS AS MENTIONED NUMEROUS TIMES PREVIOUSLY THAT I AM SEVERELY SICK WITH SORE THROAT & HORRIFIC CAUGHING & THAT I AM FREEZING. PLEASE HELP ME. PLEASE I BEG OF YOU**

Now comes CLASS MEMBER PETITIONER Everson Francis,

I AM BEING TORTURED FOR FILING NUMEROUS COMPLAINTS AGAINST STAFF OF CORE CIVIC AND I AM BEGGING FOR HELP FROM THIS MORE PENAL SOLITARY CONFINEMENT I WAS SENTENCED TO. PLEASE, MY MIND CAN'T TAKE IT ANYMORE. I DID NOT DO ANYTHING WRONG.

They do not give me medical care and now want to punish me for something as using hot water and orange peel to feel better. Please anyone please help me and get me out of here, I am claustrophobic and this reminds me of when I was kidnapped at gunpoint and tied up in my home while armed men beat me, threated to kill me and other and took everything from my home. Please help me.

I WILL HA VE NO ACCESS TO TV, PHONE, CAN'T BE IN CONTACT WITH ANYONE, & AND I AM BEGGING THE COURT TO COME SEE THE SMALL, DUSTY, DIRTY, UNCONSTITUTIONAL CELL THAT I AM PLACED IN AS PUNISHMENT FOR BEING SICK AND COLD AND NOT GETTING MEDICAL CARE.

JUDGE, I AM BEGGING YOU IN JESUS NAME TO HELP ME, PLEASE. PLEASE RELEASE ME FROM THIS, I DID NOTHING BUT WAS SIMPLY COLD AND SICK AND THIS IS RETALIATION FOR FILING COMPLAINTS. ALL THE PERSONS ON THE DISCIPLINARY PANEL WAS PEOPLE I FILED COMPLAINTS AGAINST. ALL.

REQUEST FOR CLASS ATTORNEY TO HELP PLEASE, AND THANKS FOR ALL YOU ARE DOING AND FOR CONTACTING ME PREVIOUSLY, THIS OCCURRED THE DAY AFTER THE VIDEO VISIT. PLEASE HELP ME.

URGENTLY
/s/Everson Francis

# DISCIPLINARY APPEAL FORM

**Inmate/Detainee:** EVERSON FRANCIS **DOC#:** A206-522-199 **Date:** 11/10/2026

1. **You must submit your appeal within 15 days from the date of the hearing.**
2. **You will write your appeal on this form in the space provided. If you need additional space to write you may continue on another white legal sheet of paper and attach it to your yellow copies.**
3. **Forward your appeal through the inmate/detainee mail system to the Warden of the Facility.**
4. **The Warden will receive the appeal and review it. The Warden has up to 15 days in which to respond to you. Your response will be forwarded back to you through the inmate/detainee mail system.**

I am requesting for the charges and sentence to be vacated based on the unconstitutional hearing in which I was refused the chance to call witnesses, present ~~the~~ evidence and lacking a fair and impartial adjudicator. Ms. Beasley did not want me to speak and her decision was pre-determined. She stated Waiving my rights to not ~~be~~ waiting for a certain time to have the disciplinary hearing is the same as waiving my rights to calling witnesses and presenting evidence. This is erroneous and resulted in a fundamentally flawed and unconstitutional hearing in violation of my 5th, 8th amendment rights and APA.

## APPEAL ANSWER

**Action:** **(circle one)**

1. **Concur with findings and penalty**
2. **Void the report**
3. **Decrease punishment**
4. **Re-hear case**

**For action other than concurrence, state reason:**

______________________________

______________________________

______________________________

______________________________

______________________________

**Warden's Signature** **Date**

15-100B

**To:** Elizabeth Police department, Newark Police department, Newark Mayor, Elizabeth Mayor, Essex County Government, Union County Government, New Jersey Governor, New Jersey state police, New Jersey Attorney General, DHS-OIG, CIS Ombudsman, DHS, ICE, OPLA, USDC, US CIRCUIT COURT, CLERK OF THE COURTS, USCIS, EOIR, BIA, Newark Police, Essex County prosecutor, Union County prosecutor, USDOJ, US White House, State & federal officials & Agencies, News agencies, Geo, Core Civic, & other organizations

**From:** Everson Francis, A206-522-199 (**detained at:** Elizabeth detention Center, 625 Evans Street, Elizabeth, NJ 07201)

URGENTLY HELP ME PLEASE (CORE CIVIC ICE DETENTION CENTER IN ELIZABETH PLACED ME IN MORE PENAL & SOLITARY CONFINEMENT AS PUNISHMENT FOR FILING COMPLAINTS AGAINST THE FACILITY

I AM BEING TORTURED FOR FILING NUMEROUS COMPLAINTS AGAINST STAFF OF CORE CIVIC & ICE AT THE ELIZABETH DETENTION CENTER. I AM BEGGING FOR HELP FROM THIS MORE PENAL & SOLITARY CONFINEMENT I WAS SENTENCED TO WHILE DETAINED HERE. MY MIND CAN'T TAKE IT ANYMORE. I DID NOT DO ANYTHING WRONG.

They do not give me medical care and now want to punishing me for something as simple as using hot water and orange peel to feel better steam my face and warm my hand, which I had to heat up multiple times a day because the cell is freezing cold, causing me to cough non-stop, and medical refusing to give medical care and sending us back to the cell without medical care.

Please anyone please help me and get me out of here, I am claustrophobic and this reminds me of when I was kidnapped at gunpoint and tied up in my home while armed men beat me, threated to kill me and the other person and took everything from my home. Please help me. I am a VAWA and U visa applicant and begging for urgent assistance.

This is also the same day I find out my mother's cancer is spreading, my USC daughter is crying nonstop for me to come home and my USC sister is suffering severe depression and other emotional and mental defects.

I WILL HA VE NO ACCESS TO TV, PHONE, CAN'T BE IN CONTACT WITH ANYONE, & AND I AM BEGGING THE COURT TO COME SEE THE SMALL, DUSTY, DIRTY, & UNCONSTITUTIONAL CELL THAT I AM PLACED IN AS PUNISHMENT FOR BEING SICK, COLD & NOT GETTING MEDICAL CARE.

I AM BEGGING YOU IN JESUS NAME TO HELP ME, PLEASE. PLEASE RELEASE ME FROM THIS. I DID NOTHING wrong, nothing deserving this BUT WAS SIMPLY COLD AND SICK.

THIS IS RETALIATION FOR FILING COMPLAINTS AGAINST ICE AND CORE CIVIC EMPLOYEES AND I KNOW IT WILL BE WORSE NOW BECAUSE I FILED MORE COMPLAINTS RECENTLY AGAINST THE WARDEN AND OTHER CAPTAINS.

ALL THE PERSONS ON THE DISCIPLINARY PANEL WAS PEOPLE I FILED COMPLAINTS AGAINST. ALL. THERE IS NO DUE PROCESS WHICH MAKES THIS HEARING SO FUNDAMENTALLY UNCONSTITUTIONAL & FLAWED.

URGENTLY
/s/Everson Francis

**To:** Elizabeth Police department, Newark Police department, Newark Mayor, Elizabeth Mayor, Essex County Government, Union County Government, New Jersey Governor, New Jersey state police, New Jersey Attorney General, DHS-OIG, CIS Ombudsman, DHS, ICE, OPLA, USDC, US CIRCUIT COURT, CLERK OF THE COURTS, USCIS, EOIR, BIA, Newark Police, Essex County prosecutor, Union County prosecutor, USDOJ, US White House, State & federal officials & Agencies, News agencies, Geo, Core Civic, & other organizations

**From:** Everson Francis, A206-522-199 (**detained at:** Elizabeth detention Center, 625 Evans Street, Elizabeth, NJ 07201)

**EXPEDITE REQUEST BASED ON MY MOTHER'S WORSENING CANCER MEDICAL DIAGNOSIS (AND HER REQUEST FOR ME TO CONTINUE TO TAKE HER)**

MY MOTHER'S CANCER IS WORSE BECAUSE I AM IN DETENTION AND WAS NOT ABLE TO TAKE HER TO GET THE MEDICAL CARE SHE WAS GETTING EVERY 14 DAYS AND I WAS THE ONLY ONE AVAILABLE TO TAKE HER TO GET HER CANCER TREATMENT—AT THE TIME THE DOCTOR SAID THE CANCER WAS NOT GROWING AT ALL & SINCE I WAS NOT AVAILABLE TO TAKE HER FOR THE FIRST 4 MONTHS BEING DETAINED BY ICE (SHE DID NOT GO FOR CANCER TREATMENT AS SHE CAN'T WALK AND DO NOT KNOW WHERE TO GO) SHE WAS NOT ABLE TO GET THE CANCER TREATMENT FOR ABOUT 4 MONTHS CAUSING HER TO DEVELOP MORE CANCERS. HER CONDITION IS NOW WORSE AS A RESULT OF MISSING THOSE APPOINTMENTS. I AM BEGGING FOR HELP, I AM MENTALLY SUFFERING. MY FAMILY ARE DYING.

MY DAUGHTER IS CRYING FOR ME NEARLY EVERYDAY AND MY SON IS SAD. I AM BEGGING FOR THE VICTIM CENTERED APPROACH AND FOR FAIRNESS. FOR ONCE SINCE EVEN US PRESIDENT TRUMP AFTER THE ELECTION SAID HE WILL ADOPT A SOFTER IMMIGRATION APPROACH.

Eelson Francis
A206-522-799
Elizabeth Detention Center
625 Evans street
Elizabeth, N.J.
07201

DV DANIELS NJ 070
13 NOV 2026 PM 2 L

PURPLE HEART FOREVER USA

RUSH

SUB

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 16 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

U.S.D.C.
255 East temple street
room 180
los Angeles, CA
90012

90012-333299



**US District Court**

ICWC et al

Petitioner

Case#: 2:25-CV-09848-AB-AS
USCIS File#:[redacted] A205592262

V

Judge: The Right Honorable Judge

Noem, et al

Respondents

**ABUSE & CRUELTY FROM FROM ASSISTANT WARDEN, JACQUELINE NORMAN OF ELIZABETH TORTURE DETENTION CENTER IN ELIZABETH, NEW JERSEY**

FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ASP DEPUTY

Now comes CLASS MEMBER,

Request for Help

from

Marcelino Francisco Ramos
A H 205592262
Elizabeth Detention Center
625 Evans Street
Elizabeth NJ, 07201

Please also add me on the mailing list to keep me uptodate, occupied and for protection of my due process rights while my I-918 (U Crime Victim Visa) is pending.

**To:** Elizabeth Police department, Newark Police department, Newark Mayor, Elizabeth Mayor, Essex County Government, Union County Government, New Jersey Governor, New Jersey state police, New Jersey Attorney General, DHS-OIG, CIS Ombudsman, DHS, ICE, OPLA, USDC, US CIRCUIT COURT, CLERK OF THE COURTS, USCIS, EOIR, BIA, Newark Police, Essex County prosecutor, Union County prosecutor, USDOJ, US White House, State & federal officials & Agencies, News agencies, Geo, Core Civic, & other organizations

**From:** Marcelino Francisco Ramos, (DOB: 03/08/1991), A205-592-262 (Detained in Elizabeth Torture Detention Center, 625 Evans street, Elizabeth, NJ 07201)

## RESPONSE TO NOTICE TO ALIEN CUSTODY REVIEW

**&**

### REQUEST FOR URGENT ASSISTANCE TO ATTEND USCIS BIOMETRICS APPOINTMENT FOR MY FILED I-918 IN WHICH POLICE SIGNED I-918B (Police certificate was signed)

**Marcelino Francisco Ramos, (DOB: 03/08/1991), A205-592-262,** I-918 filed and also got the police to sign his I-918B (police certification that he is a was victim of felonious assault, he co-operated and is co-operating with the police, and he suffered severe physical and emotional distress from the persons using a motor-vehicle to intentionally hit him and then coming out the vehicle to continue to assault him causing his hand to be broken, and other serious medical injuries).

USCIS requested that Marcelino Francisco Ramos, (DOB: 03/08/1991), A205-592-262, arrived on 10/30/2026 for biometrics appointment at the Elizabeth Application Support Center but ICE failed to take me and continue to block me from complying with USCIS crime victim U visa requirement and now risk USCIS denying my I-918 for not showing up.

I am asking you to please urgently me Marcelino Francisco Ramos, (DOB: 03/08/1991), A205-592-262. I also have a pending Habeas in which this honorable USDC judge need to be informed of this vitally important and legally and logically relevant update, there is a filed and pending I-918 with Supplement be signed by the police and submitted to USCIS, presenting a Bona-fide determination and Prima facie case. I also also protected under ICWC V Noem injunctions, 11005.3, and other U visa and crime victim protection laws and public policy.

ICE detention facility are filled with about 93% of victims, like me who have a pending, with BFD and PFD, U and VAWA case and still being victimized daily and intentionally by ICE, core civic, paradigm and geo. Please help me as much as you should according to law and morality.

Help help me get to my USCIS appointment and also please grant me urgent release and victim-centered-approach treatment. I also swear that I am person of good moral character and will comply with the law.

I also want to thank detainee **Everson Francis, A206-522-199,** victim advocate and researcher, who helped me filed I-918 and got the police to sign I-918B, police certification, and all other help he provides us all detainees. Thank you , you are truly a good person, and never ever ask for anything and refuses practically everything.

Urgently,
/s/ Marcelino Francisco Ramos

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| IOE0938526952 | | I918 - PETITION FOR U NONIMMIGRANT STATUS |
| Received Date: 10/01/2026 | Priority Date | Applicant A205 592 262 RAMOS, MARCELINO FRANCISCO |
| Notice Date: 10/03/2026 | Page: 1 of 2 | Beneficiary: RAMOS, MARCELINO FRANCISCO |

RAMOS, MARCELINO FRANCISCO
c/o ELIZABETH DETENTION CENTER
625 EVANS STREET
ELIZABETH NJ 07201

**Notice Type:** Receipt Notice
Fee Waived

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

<u>Contacting the Agency</u>

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the center with jurisdiction over your filing. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the center with jurisdiction over your filing in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

SCOPS TEXAS FACILITY
U.S. Citizenship & Immigration Services
6046 N BELT LINE RD.
IRVING, TX 75038-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

**USCIS Contact Center:** www.uscis.gov/contactcenter

Marcelino Francisco Ramos
A'# 2055 92262
Elizabeth Detention Center
625 Evans Street
Elizabeth NJ, 07201

DV DANIELS NJ 070
9 NOV 2026 PM 2 L

PURPLE HEART FOREVER USA

CLERK U.S. DISTRICT COURT
NOV - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SUB

U.S.D.C
255 East Temple street
Room 180
Los Angeles, CA
90012

90012-333299