CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili (CBN 247783)
bardis@centerforhumanrights.org
Monika Y. Langarica (CBN 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (CBN 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (619) 983-7910

Attorneys for Plaintiffs

Additional counsel listed on the following page

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
PUSHKAL MISHRA (SBN 298695)
Special Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,

Defendants.

No. 2:25-cv-09848-AB-AS

**THIRD JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES**

[Declaration of Monika Y. Langarica and Proposed Order filed concurrently]

Honorable André Birotte Jr.
United States District Judge

Additional Counsel for Plaintiffs:
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816) *
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

Pursuant to Local Rules 7-1 and 7-11, the Parties jointly request by stipulation that this Court grant an extension of the Scheduling Conference and corresponding deadlines set by this Court's Order Granting Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, ECF 123, in light of irreconcilable scheduling conflicts.

On November 12, 2026, the Court granted the Parties' Second Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, ECF 123, ordering that:

- The Scheduling conference will take place on the fourth Friday after this Court issues an order on Defendants' pending Motion to Dismiss, ECF 98, barring any irreconcilable scheduling conflicts;
- The Parties will file a Joint Rule 26(f) Report 14 days before the Scheduling conference; and
- The Parties will confer 21 days before the Scheduling Conference.

The Parties were additionally directed to inform the Court of any scheduling conflicts and request a new date as soon as practicable after the Court issues an order on Defendants' pending Motion to Dismiss. Order Granting Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, ECF 123.

On November 20, 2026, the Court issued an Order Granting in Part and Denying in Part Motion to Dismiss [Dkt. No. 98], ECF 126.[1] As a result of both orders, the Scheduling Conference is now scheduled for December 18; the Joint 26(f) Report is now due to be filed December 4; and the Parties must confer by November 27.

The Parties now jointly stipulate to a seven-week extension of those deadlines, with the Scheduling Conference scheduled for February 5; the Joint 26(f) Report due to be filed on January 22; and the Parties due to confer by January 15.

---

[1] The Order is timestamped November 18, ECF 126, but the Parties submit that it was not processed through ECF or otherwise delivered until November 20 at 7:35 p.m.

As detailed in the Declaration of Monika Y. Langarica, filed concurrently herewith, good cause exists for the extensions because the Parties have irreconcilable conflicts with the current operative schedule. Specifically, lead Plaintiffs' counsel's offices are closed on Friday, November 27, the Parties' current deadline to confer; and they have pre-scheduled hearings in other cases and pre-planned holiday vacations that conflict with Friday December 18, the current date of the Schedule Conference. Moreover, because of the December holidays the earliest mutually agreeable date for the Parties' initial deadline to confer is January 15.

In light of these considerations, and in the interest of party and judicial economy, the Parties jointly request the Court adopt the Parties' joint stipulation.

This is the third request to the Court for an extension of the Scheduling Conference and corresponding deadlines.

Respectfully submitted,

Dated: November 24, 2026

*__/s/ Monika Y. Langarica__*
MONIKA Y. LANGARICA

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Bardis Vakili
Monika Y. Langarica
Sarah Kahn

LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum
Jordan Weiner

PUBLIC COUNSEL
Rebecca Brown
Kathleen Rivas

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist
Adam Reese

*Attorneys for Plaintiffs*

Dated: November 24, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ *Pushkal Mishra*
PUSHKAL MISHRA
Special Assistant United States Attorney

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above signatories concur in the contents of this document and have authorized this filing.

Dated: November 24, 2026

*/s/ Monika Y. Langarica*
MONIKA Y. LANGARICA