CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Bardis Vakili (CBN 247783)
bardis@centerforhumanrights.org
Monika Y. Langarica (CBN 308518)
monika@centerforhumanrights.org
Sarah E. Kahn (CBN 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
Tel: (619) 983-7910

Attorneys for Plaintiffs

Additional counsel listed on the following page

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al*.,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, *et al*.,

Defendants.

No. 2:25-cv-09848-AB-AS

**DECLARATION OF MONIKA Y. LANGARICA IN SUPPORT OF THIRD JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES**

Honorable André Birotte Jr.
United States District Judge

Additional Counsel for Plaintiffs:
LA RAZA CENTRO LEGAL
Stephen A. Rosenbaum (Cal. Bar No. 98634)
srosenbaum@law.berkeley.edu
Jordan Weiner (Cal. Bar No. 356297)
jordan@lrcl.org
474 Valencia Street, Suite 295
San Francisco, CA 94103
Tel: (415) 575-3500

PUBLIC COUNSEL
Rebecca Brown (Cal. Bar No. 345805)
rbrown@publiccounsel.org
Kathleen Rivas (Cal. Bar No. 333600)
krivas@publiccounsel.org
610 South Ardmore Ave.
Los Angeles, CA 90005
Tel: (213) 385-2977

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (DC Bar 1720816) *
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: (310) 279-6025

Adam Reese (Cal. Bar No. 362898)
areese@chirla.org
2533 W 3rd Street, #101
Los Angeles, CA 90057
Tel: (213) 353-1333

* *Admitted pro hac vice*

**DECLARATION OF MONIKA Y. LANGARICA**

I, Monika Y. Langarica, hereby declare as follows:

1. I am counsel for Plaintiffs in the above-captioned matter. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2. On November 12, 2026, the Court granted the Parties' Second Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, ECF 123, ordering that:

- The Scheduling conference will take place on the fourth Friday after this Court issues an order on Defendants' pending Motion to Dismiss, ECF 98, barring any irreconcilable scheduling conflicts;
- The Parties will file a Joint Rule 26(f) Report 14 days before the Scheduling conference; and
- The Parties will confer 21 days before the Scheduling Conference.

The Parties were additionally directed to inform the Court of any scheduling conflicts and request a new date as soon as practicable after the Court issues an order on Defendants' pending Motion to Dismiss.

3. On November 20, 2026, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss [Dkt. No. 98], ECF 126. The Order is timestamped November 18, but it was not processed through ECF or otherwise delivered to the Parties until November 20 at 7:35 p.m.

4. As a result of ECF 123 and 126, the Scheduling Conference is now scheduled for December 18; the Joint 26(f) Report is now due to be filed December 4; and the Parties must confer by November 27.

5. My office is closed on Friday, November 27, in observation of the Thanksgiving holiday.

6. On December 18, I will be out of the country as part of a pre-planned holiday vacation. Others in my office have a previously scheduled hearing on the same day in a

separate class action case.

7. My office is closed from December 25 through January 1 in observation of the end-of-year holidays.

8. On November 23, I contacted Defendants' counsel by email to request Defendants' position on a request for a further extension of the Scheduling Conference and corresponding deadlines. The Parties agreed to extend the Scheduling Conference and corresponding deadlines by seven weeks. The stipulated schedule is as follows:

- The Scheduling conference will take place on February 5, 2027;
- The Parties will file a Joint Rule 26(f) Report by January 22, 2027; and
- The Parties will confer by January 15, 2027.

9. This is the third request to the Court for an extension of the Scheduling Conference and corresponding deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2026 in San Diego, California.

*<u>/s/ Monika Y. Langarica</u>*
MONIKA Y. LANGARICA