UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IMMIGRATION CENTER FOR WOMEN AND CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-09848-AB-AS<br><br>**[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND CORRESPONDING DEADLINES**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

Having reviewed the Parties' Third Joint Stipulation to Continue Scheduling Conference and Extend Corresponding Deadlines, and for good cause shown, the Scheduling Conference and deadlines are extended as follows. IT IS HEREBY ORDERED:

- The Scheduling conference will take place on February 5, 2027;
- The Parties will file a Joint Rule 26(f) Report by January 22, 2027; and
- The Parties will confer by January 15, 2027.

Dated: ______________________

______________________________
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE